1  CRAIG H. MISSAKIAN (CABN 125202)
   United States Attorney
2
   PAMELA T. JOHANN (CABN 145558)
3  Chief, Civil Division

4  DOUGLAS JOHNS (CABN 314798)
   Assistant United States Attorney
5
        60 South Market Street, Suite 1200
6       San Jose, California 95113
        Telephone: (415) 846-8947
7       FAX: (408) 535-5081
        Douglas.Johns@usdoj.gov
8
   Attorneys for Respondents-Defendants
9

10                          UNITED STATES DISTRICT COURT

11                         NORTHERN DISTRICT OF CALIFORNIA

12                                   SAN JOSE DIVISION

13

   CARMEN ARACELY PABLO SEQUEN,           )  CASE NO. 25-cv-06487-PCP
14                                        )
        Petitioner-Plaintiff,             )                    MODIFIED
15                                        )  **STIPULATION AND [PROPOSED] ORDER
      v.                                  )  REGARDING BRIEFING SCHEDULE FOR
16                                        )  MOTION FOR TEMPORARY RESTRAINING
   Polly KAISER, Acting Field Office Director of )  ORDER**
17 the San Francisco Immigration and Customs )
   Enforcement Office; Todd LYONS, Acting )
18 Director of the United States Immigration and )  Honorable P. Casey Pitts
   Customs Enforcement; Kristi NOEM, Secretary ) United States District Judge
19 of the United States Department of Homeland )
   Security; Pamela BONDI, Attorney General of )
20 the United States, acting in their official )
   capacities,                            )
21                                        )
        Respondents-Defendants.           )
22 _____ )

23

24

25

26

27

28
   STIPULATION REGARDING BRIEFING SCHEDULE FOR TRO
   25-CV-06487-PCP
                                           1

Pursuant to Civil Local Rules 6-1(b), 6-2 and 7-12, and subject to the Court's approval, Petitioner-Plaintiff, Carmen Aracely Pablo Sequen ("Plaintiff"), and Respondents-Defendants, Polly Kaiser, Todd Lyons, Kristi Noem, and Pamela Bondi ("Defendants"), hereby stipulate as follows:

WHEREAS, on August 1, 2025, Plaintiff filed a petition for Writ of Habeas Corpus and a Motion for Temporary Restraining Order (Dkt. Nos. 1, 6);

WHEREAS, on August 1, 2025, the Court entered an order granting Plaintiff's motion for temporary restraining order pending further briefing and hearing (Dkt. No. 7 ("August 1 Order"));

WHEREAS, the Court's August 1 Order stated, in relevant part: "This Order shall remain in effect until August 11, 2025, at 5:00 p.m. (*id.* at 7);

WHEREAS, Plaintiff and Defendants consent to the Court's August 1 Order remaining in effect pending a decision from the Court on Plaintiff's Motion for Temporary Restraining Order, following briefing and a hearing;

WHEREAS, the Court's August 1 Order contained a specific briefing and hearing schedule (*id.* at 7);

WHEREAS, and after conferring, the parties have agreed on a proposed briefing and hearing schedule for Plaintiff's Motion for Temporary Order;

NOW THEREFORE, IT IS HEREBY STIPULATED by and between Plaintiff and Defendants that, subject to the Court's approval:

1. The following deadlines will apply to Plaintiff's Motion for Temporary Restraining Order:

| Event | Date |
|---|---|
| Defendants file Opposition to Plaintiff's Motion for TRO | 8/19/2025 |
| Plaintiff files Reply in Support of Motion for TRO | 8/22/2025 |
|  |  |

| Hearing on Motion for TRO | 08/28/2025 at 10:00 am at the San Jose Courthouse (or on a date and at a location convenient for the Court) |
|---|---|

2. The Court's August 1 Order will remain in effect pending a decision from this Court on Plaintiff's Motion for Temporary Restraining Order following briefing and a hearing.

DATED: August 5, 2025                    Respectfully submitted,

                                                        CRAIG H. MISSAKIAN
                                                        United States Attorney

                                                        */s/ Douglas Johns*
                                                        DOUGLAS JOHNS
                                                        Assistant United States Attorney

                                                        *Attorneys for Respondents-Defendants*

DATED: August 5, 2025

                                                        */s/ Laura Victoria Sanchez*
                                                       LAURA VICTORIA SANCHEZ
                                                       CARECEN SF

                                                        *Attorneys for Petitioner-Plaintiff*

## ATTESTATION

In compliance with Civil L.R. 5-1(i)(3), I, Douglas Johns, attest that I have obtained concurrence in the filing of this document from each of the other signatories.

Dated: August 5, 2025            By:     */s/ Douglas Johns*
                                                             DOUGLAS JOHNS

**MODIFIED**
**[~~PROPOSED~~] ORDER**

Pursuant to the parties' stipulation, IT IS HEREBY ORDERED that:

1. The following deadlines will apply to Plaintiff's Motion for Temporary Restraining Order:

| Event | Date |
|---|---|
| Defendants file Opposition to Plaintiff's Motion for TRO | 8/19/2025 |
| Plaintiff files Reply in Support of Motion for TRO | 8/22/2025 |
| Hearing on Motion for TRO | 08/28/2025 at ~~10:00 am~~ **1:00 PM** at the San Jose Courthouse (or on a date and at a location convenient for the Court) |

2. The Court's Order dated August 1, 2025, Dkt. No. 7, will remain in effect pending a decision from this Court on Plaintiff's Motion for Temporary Restraining Order following briefing and a hearing.

Pursuant to stipulation, IT IS SO ORDERED.

DATED: August 5, 2025

_____
HONORABLE P. CASEY PITTS
United States District Judge

STIPULATION REGARDING BRIEFING SCHEDULE FOR TRO
25-CV-06487-PCP

4