Laura Victoria Sanchez (SBN 253736)
CARECEN SF
3101 Mission Street, Suite 101
San Francisco, CA 94110
Telephone: (415) 642-4402
laura@carecensf.org

*Attorney for Petitioner-Plaintiff*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| CARMEN ARACELY PABLO SEQUEN, | Case No. 25-cv-06487-PCP |
| Petitioner-Plaintiff, | |
| v. | **STIPULATED JOINT REQUEST FOR AN ORDER ALLOWING PETITIONER TO FILE A LATE REPLY BRIEF AND CONFIRMING RESPONDENTS' OBJECTION TO REPLY EVIDENCE; [PROPOSED] ORDER** |
| Polly KAISER, Acting Field Office Director of the San Francisco Immigration and Customs Enforcement Office; Todd LYONS, Acting Director of the United States Immigration and Customs Enforcement; Kristi NOEM, Secretary of the United States Department of Homeland Security; Pamela BONDI, Attorney General of the United States, acting in their official capacities, | Date: August 28, 2025<br>Time: 2:00 p.m.<br>Location: Courtroom 8 – 4th Floor<br><br>Honorable P. Casey Pitts<br>United States District Judge |
| Respondents-Defendants. | |

STIPULATED JOINT REQUEST FOR AN ORDER ALLOWING PETITIONER TO FILE A LATE REPLY BRIEF AND CONFIRMING RESPONDENTS' OBJECTIONS TO REPLY EVIDENCE
25-CV-06487-PCP

1

Pursuant to Civil Local Rules 6-1(b), 6-2 and 7-12, and subject to the Court's approval, Petitioner-Plaintiff, Carmen Aracely Pablo Sequen ("Plaintiff"), and Respondents-Defendants, Polly Kaiser, Todd Lyons, Kristi Noem, and Pamela Bondi ("Defendants"), hereby stipulate as follows:

WHEREAS, on August 1, 2025, Plaintiff filed a petition for Writ of Habeas Corpus and a Motion for Temporary Restraining Order (Dkt. Nos. 1, 6);

WHEREAS, on August 5, 2025, in accordance with a stipulation of the parties, the Court ordered a briefing schedule whereby Defendants' deadline to file the Opposition to Plaintiff's Motion for a Temporary Restraining Order was due on August 19, 2025 and Plaintiff's deadline to file a Reply in Support of Motion for TRO was due on August 22, 2025 (Dkt. No. 14);

WHEREAS, Defendants timely filed their Opposition (Dkt. No. 21);

WHEREAS, Plaintiff attempted to timely file her Reply and associated documents on the evening of Friday, August 22, 2025, but was unable to get the court's filing system to accept the filing;

WHEREAS, Plaintiff promptly informed Defendants of the problem with filing, and emailed Defendants courtesy copies of the documents to be filed;

WHEREAS, and after conferring, the parties have agreed on a joint request to accept late filing of the Reply in order to allow the technical filing issue to be resolved;

WHEREAS, and despite agreeing to allowing Petitioner to file a late reply brief, Respondents object to the submission and proffering of reply evidence in violation of, among other rules and laws, Local Rule 7-3(d) including, but not limited to, Exhibit 1, Exhibit 2, Exhibit 3, Exhibit 4, and the Declaration of Petitioner;

WHEREAS, and despite agreeing to allowing Petitioner to file a late reply brief, Respondents object to the presentation of new cases and arguments not included within Petitioner's Motion for a Temporary Restraining Order but included in the proposed reply brief; and

///

///

///

///

STIPULATED JOINT REQUEST FOR AN ORDER ALLOWING PETITIONER TO FILE A LATE REPLY BRIEF AND CONFIRMING RESPONDENTS' OBJECTIONS TO REPLY EVIDENCE
25-CV-06487-PCP

NOW THEREFORE, IT IS HEREBY STIPULATED by and between Plaintiff and Defendants that, subject to the Court's approval:

Petitioner may file a late reply brief subject to Respondents' objections set forth above.

DATED: August 23, 2025                                       Respectfully submitted,

                                                            /s/ Laura Victoria Sanchez
                                                            LAURA VICTORIA SANCHEZ
                                                            CARECEN SF

                                                            Attorney for Petitioner-Plaintiff


DATED: August 23, 2025

                                                            CRAIG H. MISSAKIAN
                                                            United States Attorney

                                                            /s/ Douglas Johns
                                                            DOUGLAS JOHNS
                                                            Assistant United States Attorney

                                                            Attorneys for Respondents-Defendants


**ATTESTATION**

In compliance with Civil L.R. 5-1(i)(3), I, Laura Sanchez, attest that I have obtained concurrence in the filing of this document from each of the other signatories.

Dated: August 23, 2025            By:     /s/ Laura Victoria Sanchez
                                          LAURA VICTORIA SANCHEZ

STIPULATED JOINT REQUEST FOR AN ORDER ALLOWING PETITIONER TO FILE A LATE REPLY BRIEF AND CONFIRMING RESPONDENTS' OBJECTIONS TO REPLY EVIDENCE
25-CV-06487-PCP

# [PROPOSED] ORDER

Pursuant to the parties' stipulation, IT IS HEREBY ORDERED that:

1.  Petitioner may file a late reply brief subject to Respondents' objections that the reply brief includes the submission of new reply evidence, and the presentation of new arguments and cases not included within Petitioner's Motion for a Temporary Restraining Order.

Pursuant to stipulation, IT IS SO ORDERED.

DATED: _____August 25, 2025_____

_____

HONORABLE P. CASEY PITTS
United States District Judge

STIPULATED JOINT REQUEST FOR AN ORDER ALLOWING PETITIONER TO FILE A LATE REPLY BRIEF AND CONFIRMING RESPONDENTS' OBJECTIONS TO REPLY EVIDENCE
25-CV-06487-PCP