UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARMEN ARACELY PABLO SEQUEN, et al., <br><br>Plaintiffs, <br><br>v. <br><br>POLLY KAISER, et al., <br><br>Defendants. | Case No. 25-cv-06487-PCP <br><br>**ORDER EXTENDING TEMPORARY RESTRAINING ORDER** |

To allow the parties to file supplemental briefs and evidence concerning petitioners' request for a preliminary injunction, and to enable the Court to consider such briefs and evidence, the Court hereby extends its temporary restraining order, Dkt. No. 36, for fourteen days. *See* Fed. R. Civ. P. 65(b)(2). The temporary restraining order shall remain in effect through and until the earlier of October 16, 2025 at 5:00pm or the issuance of the Court's written order granting or denying petitioners' request for a preliminary injunction. Respondents may file a supplementary brief by no later than October 1, 2025. Petitioners may file a responsive supplementary brief by no later than October 8, 2025. The parties should file any supplementary evidence material to petitioners' request for a preliminary injunction, as discussed at the September 30, 2025 hearing, by no later than October 6, 2025 at 5:00pm.

**IT IS SO ORDERED.**

Dated: September 30, 2025

P. Casey Pitts
United States District Judge