UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

CARMEN ARACELY PABLO SEQUEN, et al.,

             Plaintiffs,

     v.

POLLY KAISER, et al.,

             Defendants.

Case No.  25-cv-06487-PCP

**ORDER RESOLVING MOTION TO EXPEDITE BRIEFING AND HEARING SCHEDULE**

Re: Dkt. No. 84

Plaintiffs have moved to shorten the time for briefing and hearing their motion for a preliminary injunction and a stay of agency action under 5 U.S.C. § 705, Dkt. No. 64, currently set for hearing at 10:00am on November 20, 2025. The Court denies plaintiffs' request to amend the briefing schedule on their motion, but will move the hearing date forward. The current deadlines for the parties to file their opposition and reply shall remain in effect. The Court will hear plaintiffs' motion at 10:00am on November 10, 2025 in Courtroom 8 of this Court's San José courthouse.

    **IT IS SO ORDERED.**

Dated: October 15, 2025

_____

P. Casey Pitts
United States District Judge

United States District Court
Northern District of California