CRAIG H. MISSAKIAN (CABN 125202)
United States Attorney

PAMELA T. JOHANN (CABN 145558)
Chief, Civil Division

DOUGLAS JOHNS (CABN 314798)
Assistant United States Attorney

    60 South Market Street, Suite 1200
    San Jose, California 95113
    Telephone: (415) 846-8947
    FAX: (408) 535-5081
    Douglas.Johns@usdoj.gov

Attorneys for Defendants-Respondents

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| CARMEN ARACELY PABLO SEQUEN, YULISA ALVARADO AMBROCIO, MARTIN HERNANDEZ TORRES, and LIGIA GARCIA,<br><br>    Plaintiffs-Petitioners,<br><br>    v.<br><br>SERGIO ALBARRAN, MARCOS CHARLES, THOMAS GILES, MONICA BURKE, KRISTI NOEM, U.S. DEPARTMENT OF HOMELAND SECURITY, TODD M. LYONS, SIRCE E. OWEN, PAMELA BONDI, U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT, UNITED STATES DEPARTMENT OF JUSTICE, EXECUTIVE OFFICE FOR IMMIGRATION AND REVIEW, UNITED STATES OF AMERICA,<br><br>    Defendants-Respondents. | CASE NO. 25-cv-06487-PCP<br><br>**PRELIMINARY INJUNCTION APPEAL**<br><br>Honorable P. Casey Pitts<br>United States District Judge |

RESPONDENTS' NOTICE OF APPEAL OF PRELIMINARY INJUNCTION
25-CV-06487-PCP

1    Please take notice that Respondents, Sergio Albarran, Marcos Charles, Thomas Giles, Monica
2  Burke, Kristi Noem, Todd M. Lyons, Sirce E. Owen, and Pamela Bondi, all in their official capacities,
3  and the U.S. Department of Homeland Security, U.S. Immigration and Customs Enforcement, U.S.
4  Department of Justice, the Executive Office for Immigration and Review, and the United States of
5  America hereby appeal to the United States Court of Appeals for the Ninth Circuit from the District
6  Court's Order Granting Preliminary Injunction, entered on October 15, 2025 (ECF No. 90). This order is
7  appealable under 28 U.S.C. § 1292(a)(1).

8  DATED: December 15, 2025                    Respectfully submitted,

                                               CRAIG H. MISSAKIAN
                                               United States Attorney

                                               */s/ Douglas Johns*
                                               DOUGLAS JOHNS
                                               Assistant United States Attorney

                                               *Attorneys for Respondents-Defendants*

RESPONDENTS' NOTICE OF APPEAL OF PRELIMINARY INJUNCTION
25-CV-06487-PCP

1