CRAIG H. MISSAKIAN (CABN 125202)
United States Attorney

PAMELA T. JOHANN (CABN 145558)
Chief, Civil Division

DOUGLAS JOHNS (CABN 314798)
Assistant United States Attorney

    60 South Market Street, Suite 1200
    San Jose, California 95113
    Telephone: (415) 846-8947
    FAX: (408) 535-5081
    Douglas.Johns@usdoj.gov

Attorneys for Defendants-Respondents

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| CARMEN ARACELY PABLO SEQUEN, YULISA ALVARADO AMBROCIO, MARTIN HERNANDEZ TORRES, and LIGIA GARCIA,<br><br>    Plaintiffs,<br><br>    v.<br><br>SERGIO ALBARRAN, MARCOS CHARLES, THOMAS GILES, MONICA BURKE, KRISTI NOEM, U.S. DEPARTMENT OF HOMELAND SECURITY, TODD M. LYONS, SIRCE E. OWEN, PAMELA BONDI, U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT, UNITED STATES DEPARTMENT OF JUSTICE, EXECUTIVE OFFICE FOR IMMIGRATION AND REVIEW, UNITED STATES OF AMERICA,<br><br>    Defendants. | CASE NO. 25-cv-06487-PCP<br><br>**DEFENDANTS' NOTICE OF FILING OF CERTIFIED ADMINISTRATIVE RECORD FOR THE NATIONWIDE HOLD ROOM WAIVER**<br><br>Honorable P. Casey Pitts<br>United States District Judge |

DEFENDANTS' NOTICE OF FILING OF CERTIFIED ADMINISTRATIVE RECORD FOR THE NATIONWIDE HOLD ROOM WAIVER
25-CV-06487-PCP

Defendants herewith file a copy of the Administrative Record of the memorandum issued by U.S. Immigration and Customs Enforcement dated June 24, 2025, and titled, "Nationwide Hold Room Waiver," which is at issue in this litigation. The Certification and Index of that Administrative Record are also attached to this Notice.

DATED: December 19, 2025                    Respectfully submitted,

                                            CRAIG H. MISSAKIAN
                                            United States Attorney

                                            /s/ Douglas Johns
                                            DOUGLAS JOHNS
                                            Assistant United States Attorney

                                            *Attorneys for Respondents-Defendants*

DEFENDANTS' NOTICE OF FILING OF CERTIFIED ADMINISTRATIVE RECORD FOR THE NATIONWIDE HOLD ROOM WAIVER
25-CV-06487-PCP

1

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

CARMEN ARACELY PABLO SEQUEN,

       Petitioner,

   v.

SERGIO ALBARRAN, MARCOS CHARLES, THOMAS GILES, MONICA BURKE, KRISTI NOEM, U.S. DEPARTMENT OF HOMELAND SECURITY, TODD M. LYONS, SIRCE E. OWEN, PAMELA BONDI, U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT, UNITED STATES DEPARTMENT OF JUSTICE, EXECUTIVE OFFICE FOR IMMIGRATION AND REVIEW, UNITED STATES OF AMERICA

       Defendants-Respondents.

Case No. 5:25-CV-10216-PCP

**CERTIFICATION OF ADMINISTRATIVE RECORD**

I, Monica S. Burke, pursuant to 28 U.S.C. §1746, declare under penalty of perjury as follows:

1.  I presently serve as Assistant Director of Custody Management Division (CMD), Enforcement and Removal Operations, U.S. Immigration and Customs Enforcement (ICE), U.S. Department of Homeland Security (DHS or Department). I have served in this capacity since August 2, 2021. I started my career at ICE in the Office of the Principal Legal Advisor, ERO Law Division (EROLD) in 2011. I was a Section Chief and Deputy Division Chief in EROLD. Prior to my current position, I was the Deputy Assistant Director for Custody Programs within CMD from March 2020 to August 2021.

2.  CMD provides policy and oversight for the administrative custody of ICE's highly transient and diverse population of immigration detainees. CMD is composed of two divisions – the Oversight Compliance and Acquisitions Division (OCAD) and the Custody Programs Division (CPD).

3. As the Assistant Director, I am responsible for the effective and proficient performance of these divisions and their various units, including the oversight of compliance with ICE's detention standards and conditions of confinement at ICE detention facilities generally. I am further responsible for managing ICE detention operations efficiently and effectively to provide for the safety, security, and care of detainees.

4. The facts attested to herein are based upon my personal knowledge or upon information provided to me in my official capacity, and upon conclusions and determinations reached and made in accordance therewith.

5. The documents listed in the accompanying Administrative Record Index and contained in the files annexed hereto constitute to the best of my knowledge and belief, a true and complete copy of all non-privileged documents and materials considered by ICE in issuing the June 24, 2025, Memorandum, titled Nationwide Hold Room Waiver.

I certify under penalty of perjury that foregoing is true and correct to the best of my knowledge.

Executed December 18, 2025, in Washington, D.C.

MONICA S BURKE
Digitally signed by MONICA S BURKE
Date: 2025.12.18 16:42:36 -05'00'

Monica S. Burke
Assistant Director
Custody Management Division
U.S. Immigration and Customs Enforcement

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| CARMEN ARACELY PABLO SEQUEN,<br><br>   Petitioner,<br><br>  v.<br><br>SERGIO ALBARRAN, MARCOS CHARLES, THOMAS GILES, MONICA BURKE, KRISTI NOEM, U.S. DEPARTMENT OF HOMELAND SECURITY, TODD M. LYONS, SIRCE E. OWEN, PAMELA BONDI, U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT, UNITED STATES DEPARTMENT OF JUSTICE, EXECUTIVE OFFICE FOR IMMIGRATION AND REVIEW, UNITED STATES OF AMERICA<br><br>   Defendants-Respondents. | Case No. 5:25-CV-10216-PCP<br><br>**UNITED STATES IMMIGRATION AND CUSTOMS ENFORCEMENT ADMINISTRATIVE RECORD FOR JUNE 24, 2025, MEMORANDUM: NATIONWIDE HOLD ROOM WAIVER** |

**INDEX TO CERTIFIED ADMINISTRATIVE RECORD**

| **DOCUMENT** | **PAGE** |
|---|---|
| 1. Memorandum from Assistant Director Custody Management Monica S. Burke, *National Hold Room Waiver* (June 24, 2025) | **1-2** |
| 2. Proclamation No. 14159, 90 Fed. Reg. 8443 (Jan. 29, 2025) | **3-8** |
| 3. Proclamation No. 14165, 90 Fed. Reg. 8467 (Jan. 30, 2025) | **9-11** |
| 4. Operations of ERO Holding Facilities, Dir. No. 11087.2 (Jan. 31, 2024) | **12-26** |
| 5. Email from Assistant Director Custody Management Monica S. Burke, *ERO BAL Hold Room Waiver* (Feb. 10, 2025) | **27-28** |
| 6. Memorandum from Deputy Field Office Director ERO Baltimore Nikita Baker, *ERO Baltimore Field Office Hold Room- Waiver Request* (Jan. 30, 2025) | **29-30** |
| 7. Email from Assistant Director Custody Management Monica S. Burke, *Field Ops Waiver -12- Hour Hold Room Waiver Request – HLG, MIA, and SNA* (Feb. 10, 2025) | **31-32** |

| | |
|---|---|
| 8. Memorandum from Assistant Director Field Operations Division Garrett J. Ripa *Hold Room Waiver Request – HLG, MIA and SNA* (Feb. 10, 2025) | **33-34** |
| 9. Email from Assistant Director Custody Management Monica S. Burke, *requesting waiver of 12 hour hold room directive / self-reporting - Exceeding 12 Hours Holding Facility* (Feb. 27, 2025) | **35-39** |
| 10. Memorandum from Acting Field Office Director ERO New York City William P. Joyce, *ERO New York City Field Office Hold Room – Waiver Request* (Feb 20, 2025) | **40-41** |
| 11. Email from Assistant Director Custody Management Monica S. Burke, Detention Standard Waiver Request Submission and Review Process (Mar. 34, 2025) | **42-43** |
| 12. *Detention Contract Management Requests (DCM)*, Item #449 (Jun. 4, 2025) | **44-48** |
| 13. *Detention Contract Management Requests (DCM),* Item #448 (Jun. 4, 2025) | **49-53** |
| 14. *Detention Contract Management Requests (DCM),* Item #442 (Jun. 4, 2025) | **54-58** |
| 15. *Detention Contract Management Requests (DCM)*, Item #441 (Jun. 4, 2025) | **59-63** |
| 16. *Detention Contract Management Requests (DCM), Item #439* (Jun. 4, 2025) | **64-68** |
| 17. *Detention Contract Management Requests (DCM),* Item #366 (Apr. 17, 2025) | **69-75** |
| 18. *Detention Contract Management Requests (DCM),* Item #365 (Apr. 17, 2025) | **76-82** |
| 19. *Detention Contract Management Requests (DCM),* Item #309 (Mar. 21, 2025) | **83-88** |
| 20. *Detention Contract Management Requests (DCM),* Item #307 (Mar. 21, 2025) | **89-94** |
| 21. *Detention Contract Management Requests (DCM),* Item #306 (Mar. 21, 2025) | **95-100** |

| | |
|---|---|
| 22. *Detention Contract Management Requests (DCM),* Item #299 (Mar. 21, 2025) | **101-106** |
| 23. *Detention Contract Management Requests (DCM),* Item #298 (Mar. 21, 2025) | **107-112** |
| 24. *Detention Contract Management Requests (DCM),* Item #297 (Mar. 20, 2025) | **113-118** |
| 25. *Detention Contract Management Requests (DCM),* Item #296 (Mar. 20, 2025) | **119-124** |
| 26. *Detention Contract Management Requests (DCM),* Item #295 (Mar. 20, 2025) | **125-130** |
| 27. *Detention Contract Management Requests (DCM),* Item #294 (Mar. 20, 2025) | **131-137** |
| 28. *Detention Contract Management Requests (DCM),* Item #293 (Mar. 20, 2025) | **138-143** |
| 29. *Detention Contract Management Requests (DCM)*, Item #233 (Feb. 27, 2025) | **144-149** |

*Enforcement and Removal Operations*

**U.S. Department of Homeland Security**
500 12th Street,
SW Washington,
DC 20536



U.S. Immigration
and Customs
Enforcement

June 24, 2025

**MEMORANDUM FOR:**   All ERO Field Office Directors

**THROUGH:**   ████████
Interim Assistant Director
Field Operations

**FROM:**   Monica S. Burke
Assistant Director
Custody Management

MONICA S BURKE

Digitally signed by
MONICA S BURKE
Date: 2025.06.24
20:24:58 -04'00'

**SUBJECT:**   Nationwide Hold Room Waiver

Purpose:

This memorandum provides a nationwide waiver for U.S. Immigration and Customs Enforcement (ICE) Enforcement and Removal Operations (ERO) field offices' 12-hour hold room utilization time, as it relates to Directive 11087.2: Operations of ERO Holding Facilities (January 31, 2024). Specifically, this memorandum addresses section 5.1, "Holding Facility Supervision and Monitoring – Procedures for ERO Officers," which states: "*Absent exceptional circumstances, no detainee should be housed in a holding facility for longer than 12 hours.*"

This waiver allows for aliens who are recently detained, or are being transferred to or from a court, detention facility, other holding facility, or other agency to be housed in a holding facility.[1] for up to, but not exceeding, 72 hours, absent exceptional circumstances. This waiver is effective immediately and will remain in effect for one calendar year, subject to review, extension, and rescission at my discretion.

Discussion:

On January 20, 2025, President Donald J. Trump issued several executive orders, including Protecting the American People Against Invasion and Securing Our Borders, which declared a national emergency and ordered the detaining, to the maximum extent authorized by law, aliens apprehended on suspicion of violating Federal or State law, until such time as they are removed from the United States.

---

[1] Consistent with Directive 11087.2, this includes all holding facilities operated by ERO, located in ERO field offices, or jointly operated by ERO and Homeland Security Investigations (HSI) in shared offices. It does not apply to detention facilities with hold rooms.

AR-1

Nationwide Hold Room Waiver
Page 2

As a result of increased enforcement efforts, ERO's average daily population has significantly increased to over 54,000. This increase has put additional strain on finding and coordinating transfers of aliens to available beds within the required timeline detailed in Directive 11087.2. Further, ERO field offices no longer have the option to discretionarily release aliens, nor decline to take aliens into custody from our counterparts in Homeland Security Investigations (HSI) or U.S. Customs and Border Protection (CBP). As a result of these constraints, ERO field offices have had to resort to holding aliens in holding facilities beyond than the 12-hour limit.

To accommodate appropriately housing the increased number of detainees while ensuring their safety and security and avoid violation of holding facility standards and requirements, this waiver allows for aliens to be housed in a holding facility for up to, but not exceeding, 72 hours, absent exceptional circumstances. Detainees shall be in a holding facility for the least amount of time required for their processing, transfer, release, or repatriation as operationally feasible. All other hold room and hold facilities requirements continue to apply to ensure the safety, security and humane treatment of those in custody in hold rooms and hold facilities.

AR-2



# Presidential Documents

Executive Order 14159 of January 20, 2025

## Protecting the American People Against Invasion

By the authority vested in me as President by the Constitution and the laws of the United States of America, including the Immigration and Nationality Act (INA) (8 U.S.C. 1101 *et seq.*) and section 301 of title 3, United States Code, it is hereby ordered:

**Section 1.** *Purpose.* Over the last 4 years, the prior administration invited, administered, and oversaw an unprecedented flood of illegal immigration into the United States. Millions of illegal aliens crossed our borders or were permitted to fly directly into the United States on commercial flights and allowed to settle in American communities, in violation of longstanding Federal laws.

Many of these aliens unlawfully within the United States present significant threats to national security and public safety, committing vile and heinous acts against innocent Americans. Others are engaged in hostile activities, including espionage, economic espionage, and preparations for terror-related activities. Many have abused the generosity of the American people, and their presence in the United States has cost taxpayers billions of dollars at the Federal, State, and local levels.

Enforcing our Nation's immigration laws is critically important to the national security and public safety of the United States. The American people deserve a Federal Government that puts their interests first and a Government that understands its sacred obligation to prioritize the safety, security, and financial and economic well-being of Americans.

This order ensures that the Federal Government protects the American people by faithfully executing the immigration laws of the United States.

**Sec. 2.** *Policy.* It is the policy of the United States to faithfully execute the immigration laws against all inadmissible and removable aliens, particularly those aliens who threaten the safety or security of the American people. Further, it is the policy of the United States to achieve the total and efficient enforcement of those laws, including through lawful incentives and detention capabilities.

**Sec. 3.** *Faithful Execution of the Immigration Laws.* In furtherance of the policies described in section 2 of this order:

(a) Executive Order 13993 of January 20, 2021 (Revision of Civil Immigration Enforcement Policies and Priorities), Executive Order 14010 of February 2, 2021 (Creating a Comprehensive Regional Framework To Address the Causes of Migration, To Manage Migration Throughout North and Central America, and To Provide Safe and Orderly Processing of Asylum Seekers at the United States Border), Executive Order 14011 of February 2, 2021 (Establishment of Interagency Task Force on the Reunification of Families), and Executive Order 14012 of February 2, 2021 (Restoring Faith in Our Legal Immigration Systems and Strengthening Integration and Inclusion Efforts for New Americans) are hereby revoked; and

(b) Executive departments and agencies (agencies) shall take all appropriate action to promptly revoke all memoranda, guidance, or other policies based on the Executive Orders revoked in section 3(a) of this order and shall employ all lawful means to ensure the faithful execution of the immigration laws of the United States against all inadmissible and removable aliens.

AR-3

**8444**    **Federal Register** / Vol. 90, No. 18 / Wednesday, January 29, 2025 / Presidential Documents

**Sec. 4**. *Civil Enforcement Priorities.* The Secretary of Homeland Security shall take all appropriate action to enable the Director of U.S. Immigration and Customs Enforcement, the Commissioner of U.S. Customs and Border Protection, and the Director of U.S. Citizenship and Immigration Services to set priorities for their agencies that protect the public safety and national security interests of the American people, including by ensuring the successful enforcement of final orders of removal. Further, the Secretary of Homeland Security shall ensure that the primary mission of U.S. Immigration and Customs Enforcement's Homeland Security Investigations division is the enforcement of the provisions of the INA and other Federal laws related to the illegal entry and unlawful presence of aliens in the United States and the enforcement of the purposes of this order.

**Sec. 5**. *Criminal Enforcement Priorities.* The Attorney General, in coordination with the Secretary of State and the Secretary of Homeland Security, shall take all appropriate action to prioritize the prosecution of criminal offenses related to the unauthorized entry or continued unauthorized presence of aliens in the United States.

**Sec. 6**. *Federal Homeland Security Task Forces.* (a) The Attorney General and the Secretary of Homeland Security shall take all appropriate action to jointly establish Homeland Security Task Forces (HSTFs) in all States nationwide.

(b) The composition of each HSTF shall be subject to the direction of the Attorney General and the Secretary of Homeland Security, but shall include representation from any other Federal agencies with law enforcement officers, or agencies with the ability to provide logistics, intelligence, and operational support to the HSTFs, and shall also include representation from relevant State and local law enforcement agencies. The heads of all Federal agencies shall take all appropriate action to provide support to the Attorney General and the Secretary of Homeland Security to ensure that the HSTFs fulfill the objectives in subsection (c) of this section, and any other lawful purpose that fulfills the policy objectives of this order.

(c) The objective of each HSTF is to end the presence of criminal cartels, foreign gangs, and transnational criminal organizations throughout the United States, dismantle cross-border human smuggling and trafficking networks, end the scourge of human smuggling and trafficking, with a particular focus on such offenses involving children, and ensure the use of all available law enforcement tools to faithfully execute the immigration laws of the United States.

(d) The Attorney General and the Secretary of Homeland Security shall take all appropriate action to provide an operational command center to coordinate the activities of the HSTFs and provide such support as they may require, and shall also take all appropriate action to provide supervisory direction to their activities as may be required.

**Sec. 7**. *Identification of Unregistered Illegal Aliens.* The Secretary of Homeland Security, in coordination with the Secretary of State and the Attorney General, shall take all appropriate action to:

(a) Immediately announce and publicize information about the legal obligation of all previously unregistered aliens in the United States to comply with the requirements of part VII of subchapter II of chapter 12 of title 8, United States Code;

(b) Ensure that all previously unregistered aliens in the United States comply with the requirements of part VII of subchapter II of chapter 12 of title 8, United States Code; and

(c) Ensure that failure to comply with the legal obligations of part VII of subchapter II of chapter 12 of title 8, United States Code, is treated as a civil and criminal enforcement priority.

**Sec. 8**. *Civil Fines and Penalties.* (a) The Secretary of Homeland Security, in coordination with the Secretary of Treasury, shall take all appropriate action to ensure the assessment and collection of all fines and penalties

AR-4

that the Secretary of Homeland Security is authorized by law to assess and collect from aliens unlawfully present in the United States, including aliens who unlawfully entered or unlawfully attempted to enter the United States, and from those who facilitate such aliens' presence in the United States.

(b) Within 90 days of the date of this order, the Secretary of the Treasury and the Secretary of Homeland Security shall submit a report to the President regarding their progress implementing the requirements of this section and recommending any additional actions that may need to be taken to achieve its objectives.

**Sec. 9.** *Efficient Removals of Recent Entrants and Other Aliens.* The Secretary of Homeland Security shall take all appropriate action, pursuant to section 235(b)(1)(A)(iii)(I) of the INA (8 U.S.C. 1225(b)(1)(A)(iii)(I)), to apply, in her sole and unreviewable discretion, the provisions of section 235(b)(1)(A)(i) and (ii) of the INA to the aliens designated under section 235(b)(1)(A)(iii)(II). Further, the Secretary of Homeland Security shall promptly take appropriate action to use all other provisions of the immigration laws or any other Federal law, including, but not limited to sections 238 and 240(d) of the INA (8 U.S.C. 1228 and 1229a(d)), to ensure the efficient and expedited removal of aliens from the United States.

**Sec. 10.** *Detention Facilities.* The Secretary of Homeland Security shall promptly take all appropriate action and allocate all legally available resources or establish contracts to construct, operate, control, or use facilities to detain removable aliens. The Secretary of Homeland Security, further, shall take all appropriate actions to ensure the detention of aliens apprehended for violations of immigration law pending the outcome of their removal proceedings or their removal from the country, to the extent permitted by law.

**Sec. 11.** *Federal-State Agreements.* To ensure State and local law enforcement agencies across the United States can assist with the protection of the American people, the Secretary of Homeland Security shall, to the maximum extent permitted by law, and with the consent of State or local officials as appropriate, take appropriate action, through agreements under section 287(g) of the INA (8 U.S.C. 1357(g)) or otherwise, to authorize State and local law enforcement officials, as the Secretary of Homeland Security determines are qualified and appropriate, to perform the functions of immigration officers in relation to the investigation, apprehension, or detention of aliens in the United States under the direction and the supervision of the Secretary of Homeland Security. Such authorization shall be in addition to, rather than in place of, Federal performance of these duties. To the extent permitted by law, the Secretary of Homeland Security may structure each agreement under section 287(g) of the INA (8 U.S.C. 1357(g)) in the manner that provides the most effective model for enforcing Federal immigration laws in that jurisdiction.

**Sec. 12.** *Encouraging Voluntary Compliance with the Law.* The Secretary of Homeland Security shall take all appropriate action, in coordination with the Secretary of State and the Attorney General, and subject to adequate safeguards, assurances, bonds, and any other lawful measure, to adopt policies and procedures to encourage aliens unlawfully in the United States to voluntarily depart as soon as possible, including through enhanced usage of the provisions of section 240B of the INA (8 U.S.C. 1229c), international agreements or assistance, or any other measures that encourage aliens unlawfully in the United States to depart as promptly as possible, including through removals of aliens as provided by section 250 of the INA (8 U.S.C. 1260).

**Sec. 13.** *Recalcitrant Countries.* The Secretary of State and the Secretary of Homeland Security shall take all appropriate action to:

(a) Cooperate and effectively implement, as appropriate, the sanctions provided by section 243(d) of the INA (8 U.S.C. 1253(d)), with the Secretary of State, to the maximum extent permitted by law, ensuring that diplomatic

AR-5

efforts and negotiations with foreign states include the foreign states' acceptance of their nationals who are subject to removal from the United States; and

(b) Eliminate all documentary barriers, dilatory tactics, or other restrictions that prevent the prompt repatriation of aliens to any foreign state. Any failure or delay by a foreign state to verify the identity of a national of that state shall be considered in carrying out subsection (a) this section, and shall also be considered regarding the issuance of any other sanctions that may be available to the United States.

**Sec. 14**. *Visa Bonds.* The Secretary of Treasury shall take all appropriate action, in coordination with the Secretary of State and the Secretary of Homeland Security, to establish a system to facilitate the administration of all bonds that the Secretary of State or the Secretary of Homeland Security may lawfully require to administer the provisions of the INA.

**Sec. 15**. *Reestablishment of the VOICE Office and Addressing Victims of Crimes Committed by Removable Aliens.* The Secretary of Homeland Security shall direct the Director of U.S. Immigration and Customs Enforcement (ICE) to take all appropriate and lawful action to reestablish within ICE an office to provide proactive, timely, adequate, and professional services to victims of crimes committed by removable aliens, and those victims' family members. The Attorney General shall also ensure that the provisions of 18 U.S.C. 3771 are followed in all Federal prosecutions involving crimes committed by removable aliens.

**Sec. 16**. *Addressing Actions by the Previous Administration.* The Secretary of State, the Attorney General, and the Secretary of Homeland Security shall promptly take all appropriate action, consistent with law, to rescind the policy decisions of the previous administration that led to the increased or continued presence of illegal aliens in the United States, and align any and all departmental activities with the policies set out by this order and the immigration laws. Such action should include, but is not limited to:

(a) ensuring that the parole authority under section 212(d)(5) of the INA (8 U.S.C. 1182(d)(5)) is exercised on only a case-by-case basis in accordance with the plain language of the statute, and in all circumstances only when an individual alien demonstrates urgent humanitarian reasons or a significant public benefit derived from their particular continued presence in the United States arising from such parole;

(b) ensuring that designations of Temporary Protected Status are consistent with the provisions of section 244 of the INA (8 U.S.C. 1254a), and that such designations are appropriately limited in scope and made for only so long as may be necessary to fulfill the textual requirements of that statute; and

(c) ensuring that employment authorization is provided in a manner consistent with section 274A of the INA (8 U.S.C. 1324a), and that employment authorization is not provided to any unauthorized alien in the United States.

**Sec. 17**. *Sanctuary Jurisdictions.* The Attorney General and the Secretary of Homeland Security shall, to the maximum extent possible under law, evaluate and undertake any lawful actions to ensure that so-called "sanctuary" jurisdictions, which seek to interfere with the lawful exercise of Federal law enforcement operations, do not receive access to Federal funds. Further, the Attorney General and the Secretary of Homeland Security shall evaluate and undertake any other lawful actions, criminal or civil, that they deem warranted based on any such jurisdiction's practices that interfere with the enforcement of Federal law.

**Sec. 18**. *Information Sharing.* (a) The Secretary of Homeland Security shall promptly issue guidance to ensure maximum compliance by Department of Homeland Security personnel with the provisions of 8 U.S.C. 1373 and 8 U.S.C. 1644 and ensure that State and local governments are provided with the information necessary to fulfill law enforcement, citizenship, or immigration status verification requirements authorized by law; and

AR-6

(b) The Attorney General, the Secretary of Health and Human Services, and the Secretary of Homeland Security shall take all appropriate action to stop the trafficking and smuggling of alien children into the United States, including through the sharing of any information necessary to assist in the achievement of that objective.

Sec. 19. *Funding Review.* The Attorney General and the Secretary of Homeland Security shall:

(a) Immediately review and, if appropriate, audit all contracts, grants, or other agreements providing Federal funding to non-governmental organizations supporting or providing services, either directly or indirectly, to removable or illegal aliens, to ensure that such agreements conform to applicable law and are free of waste, fraud, and abuse, and that they do not promote or facilitate violations of our immigration laws;

(b) Pause distribution of all further funds pursuant to such agreements pending the results of the review in subsection (a) of this section;

(c) Terminate all such agreements determined to be in violation of law or to be sources of waste, fraud, or abuse and prohibit any such future agreements;

(d) Coordinate with the Director of the Office of Management and Budget to ensure that no funding for agreements described in subsection (c) of this section is included in any appropriations request for the Department of Justice or the Department of Homeland Security; and

(e) Initiate clawback or recoupment procedures, if appropriate, for any agreements described in subsection (c) of this section.

Sec. 20. *Denial of Public Benefits to Illegal Aliens.* The Director of the Office of Management and Budget shall take all appropriate action to ensure that all agencies identify and stop the provision of any public benefits to any illegal alien not authorized to receive them under the provisions of the INA or other relevant statutory provisions.

Sec. 21. *Hiring More Agents and Officers.* Subject to available appropriations, the Secretary of Homeland Security, through the Commissioner of U.S. Customs and Border Protection and the Director of U.S. Immigration and Customs Enforcement, shall take all appropriate action to significantly increase the number of agents and officers available to perform the duties of immigration officers.

Sec. 22. *Severability.* It is the policy of the United States to enforce this order to the maximum extent possible to advance the interests of the United States. Accordingly:

(a) If any provision of this order, or the application of any provision to any person or circumstance, is held to be invalid, the remainder of this order and the application of its other provisions to any other persons or circumstances shall not be affected thereby; and

(b) If any provision of this order, or the application of any provision to any person or circumstance, is held to be invalid because of the failure to follow certain procedures, the relevant executive branch officials shall implement those procedural requirements to conform with existing law and with any applicable court orders.

Sec. 23. *General Provisions.* (a) Nothing in this order shall be construed to impair or otherwise affect:

(i) the authority granted by law to an executive department or agency, or the head thereof; or

(ii) the functions of the Director of the Office of Management and Budget relating to budgetary, administrative, or legislative proposals.

(b) This order shall be implemented consistent with applicable law and subject to the availability of appropriations.

(c) This order is not intended to, and does not, create any right or benefit, substantive or procedural, enforceable at law or in equity by any party

AR-7

**8448**    **Federal Register** / Vol. 90, No. 18 / Wednesday, January 29, 2025 / Presidential Documents

against the United States, its departments, agencies, or entities, its officers, employees, or agents, or any other person.

THE WHITE HOUSE,
*January 20, 2025.*

[FR Doc. 2025–02006
Filed 1–28–25; 11:15 am]
Billing code 3395–F4–P

AR-8



# Presidential Documents

Executive Order 14165 of January 20, 2025

## Securing Our Borders

By the authority vested in me as President by the Constitution and the laws of the United States of America, including the Immigration and Nationality Act (INA), 8 U.S.C. 1101 *et seq.,* and section 301 of title 3, United States Code, it is hereby ordered:

Section 1. *Purpose.* Over the last 4 years, the United States has endured a large-scale invasion at an unprecedented level. Millions of illegal aliens from nations and regions all around the world successfully entered the United States where they are now residing, including potential terrorists, foreign spies, members of cartels, gangs, and violent transnational criminal organizations, and other hostile actors with malicious intent.

Deadly narcotics and other illicit materials have flowed across the border while agents and officers spend their limited resources processing illegal aliens for release into the United States. These catch-and-release policies undermine the rule of law and our sovereignty, create substantial risks to public safety and security, and divert critical resources away from stopping the entry of contraband and fugitives into the United States.

We have limited information on the precise whereabouts of a great number of these illegal aliens who have entered the United States over the last 4 years.

This cannot stand. A nation without borders is not a nation, and the Federal Government must act with urgency and strength to end the threats posed by an unsecured border.

One of my most important obligations is to protect the American people from the disastrous effects of unlawful mass migration and resettlement.

My Administration will marshal all available resources and authorities to stop this unprecedented flood of illegal aliens into the United States.

Sec. 2. *Policy.* It is the policy of the United States to take all appropriate action to secure the borders of our Nation through the following means:

   (a) Establishing a physical wall and other barriers monitored and supported by adequate personnel and technology;

   (b) Deterring and preventing the entry of illegal aliens into the United States;

   (c) Detaining, to the maximum extent authorized by law, aliens apprehended on suspicion of violating Federal or State law, until such time as they are removed from the United States;

   (d) Removing promptly all aliens who enter or remain in violation of Federal law;

   (e) Pursuing criminal charges against illegal aliens who violate the immigration laws, and against those who facilitate their unlawful presence in the United States;

   (f) Cooperating fully with State and local law enforcement officials in enacting Federal-State partnerships to enforce Federal immigration priorities; and

   (g) Obtaining complete operational control of the borders of the United States.

AR-9

**Sec. 3**. *Physical Barriers.* The Secretary of Defense and the Secretary of Homeland Security shall take all appropriate action to deploy and construct temporary and permanent physical barriers to ensure complete operational control of the southern border of the United States.

**Sec. 4**. *Deployment of Personnel.* (a) The Secretary of Defense and the Secretary of Homeland Security shall take all appropriate and lawful action to deploy sufficient personnel along the southern border of the United States to ensure complete operational control; and

(b) The Attorney General and the Secretary of Homeland Security shall take all appropriate action to supplement available personnel to secure the southern border and enforce the immigration laws of the United States through the use of sections 1103(a)(2) and (4)–(6) of the INA (8 U.S.C. 1103(a)(2) and (4)–(6)).

**Sec. 5**. *Detention.* The Secretary of Homeland Security shall take all appropriate actions to detain, to the fullest extent permitted by law, aliens apprehended for violations of immigration law until their successful removal from the United States. The Secretary shall, consistent with applicable law, issue new policy guidance or propose regulations regarding the appropriate and consistent use of lawful detention authority under the INA, including the termination of the practice commonly known as ''catch-and-release,'' whereby illegal aliens are routinely released into the United States shortly after their apprehension for violations of immigration law.

**Sec. 6**. *Resumption of Migrant Protection Protocols.* As soon as practicable, the Secretary of Homeland Security, in coordination with the Secretary of State and the Attorney General, shall take all appropriate action to resume the Migrant Protection Protocols in all sectors along the southern border of the United States and ensure that, pending removal proceedings, aliens described in section 235(b)(2)(C) of the INA (8 U.S.C. 1225(b)(2)(C)) are returned to the territory from which they came.

**Sec. 7**. *Adjusting Parole Policies.* The Secretary of Homeland Security shall, consistent with applicable law, take all appropriate action to:

(a) Cease using the ''CBP One'' application as a method of paroling or facilitating the entry of otherwise inadmissible aliens into the United States;

(b) Terminate all categorical parole programs that are contrary to the policies of the United States established in my Executive Orders, including the program known as the ''Processes for Cubans, Haitians, Nicaraguans, and Venezuelans.''

(c) Align all policies and operations at the southern border of the United States to be consistent with the policy of Section 2 of this order and ensure that all future parole determinations fully comply with this order and with applicable law.

**Sec. 8**. *Additional International Cooperation.* The Secretary of State, in coordination with the Attorney General and the Secretary of Homeland Security, shall take all appropriate action to facilitate additional international cooperation and agreements, consistent with the policy of Section 2, including entering into agreements based upon the provisions of section 208(a)(2)(A) of the INA (8 U.S.C. 1158(a)(2)(A)) or any other applicable provision of law.

**Sec. 9**. *DNA and Identification Requirements.* (a) The Attorney General and the Secretary of Homeland Security shall take all appropriate action to fulfill the requirements of the DNA Fingerprint Act of 2005, title X of Public Law 109–162, for all aliens detained under the authority of the United States; and

(b) The Secretary of Homeland Security shall take all appropriate action to use any available technologies and procedures to determine the validity of any claimed familial relationship between aliens encountered or apprehended by the Department of Homeland Security.

**Sec. 10**. *Prosecution of Offenses.* The Attorney General and the Secretary of Homeland Security shall take all appropriate action to prioritize the

**Federal Register** / Vol. 90, No. 19 / Thursday, January 30, 2025 / Presidential Documents   **8469**

prosecution of offenses that relate to the borders of the United States, including the investigation and prosecution of offenses that involve human smuggling, human trafficking, child trafficking, and sex trafficking in the United States.

**Sec. 11**. *Additional Measures.* Within 14 days of the date of this order, the Secretary of State, the Attorney General, the Secretary of Health and Human Services, and the Secretary of Homeland Security shall provide recommendations to the President regarding the use of any other authority to protect the United States from foreign threats and secure the southern border.

**Sec. 12**. *General Provisions.* (a) Nothing in this order shall be construed to impair or otherwise affect:

(i) the authority granted by law to an executive department or agency, or the head thereof; or

(ii) the functions of the Director of the Office of Management and Budget relating to budgetary, administrative, or legislative proposals.

(b) This order shall be implemented consistent with applicable law and subject to the availability of appropriations.

(c) This order is not intended to, and does not, create any right or benefit, substantive or procedural, enforceable at law or in equity by any party against the United States, its departments, agencies, or entities, its officers, employees, or agents, or any other person.

THE WHITE HOUSE,
*January 20, 2025.*

[FR Doc. 2025–02015
Filed 1–29–25; 8:45 am]
Billing code 3395–F4–P

AR-11

**U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT**
**OFFICE OF ENFORCEMENT AND REMOVAL OPERATIONS**

### Operations of ERO Holding Facilities

**Policy Number:** 11087.2: Operations of ERO Holding Facilities
**Issue Date:  January 31, 2024**
**Effective Date:  January 31, 2024**
**Superseded:**  11087.1: *Operations of ERO Holding Facilities* (September 22, 2014).

## 1.    Purpose/Background.

1.1    This Directive provides U.S Immigration and Customs Enforcement (ICE) Enforcement and Removal Operations (ERO) officers with policy and procedures for operating holding facilities located within their respective field offices. These procedures include but are not limited to holding facility supervision and monitoring, detainee placement and searches, sexual abuse prevention and reporting, etc.

1.2    While these guidelines apply to all holding facilities operated by ERO, located in ERO field offices, or jointly operated by ERO and Homeland Security Investigations (HSI) in shared offices, requirements for holding facilities are contained in the U.S. Department of Homeland Security (DHS) regulation, *Standards to Prevent, Detect, and Respond to Sexual Abuse and Assault in Confinement Facilities*[1] and other ICE policies and procedures for responding to sexual abuse and assault incidents.[2]

1.3    This Directive does not supplant other holding facilities requirements or procedures found in the applicable ICE detention standards.

## 2.    Policy.

2.1    Each holding facility shall maintain sufficient supervision of detainees, including through appropriate staffing levels and, where applicable, video monitoring, to protect detainees against sexual abuse and assault. When detainees in a holding facility are placed in rooms not originally designed for holding detainees (e.g., interview rooms or offices), they shall remain under continuous direct supervision and any unusual detainee behavior or detainee complaints shall be addressed as soon as practical and appropriately reported to a supervisor, and the detainee shall be separated from other detainees, if necessary.

2.2    Staff is prohibited from retaliating against any person, including a detainee, who reports, complains about, or participates in an investigation into an allegation of sexual abuse, or for participating in sexual activity as a result of force, coercion, threats, or fear of force.

---

[1]  79 Fed. Reg. 13100 (Mar. 7, 2014), codified at 6 C.F.R. Part 115.
[2] See ICE Directive 11062.2, *Sexual Abuse and Assault Prevention and Intervention* (May 22, 2014).

AR-12

**2.3**     ERO field office personnel shall not carry firearms, oleoresin capsicum spray (aka OC spray or pepper spray), batons or other non-deadly force devices into a hold room, except as necessary and appropriate in responding to a security incident.

**2.4**     ERO personnel shall be sensitive to detainees' cultural and religious practices. Taking into account safety or security concerns, whenever possible, detainees' religious beliefs and practices shall be accommodated.

**2.5**     ICE ERO *Holding Facility Poster*, outlining the operational requirements for holding facilities, shall be posted in locations accessible to holding facility staff.

**2.6**     Annual compliance assessments shall be required for all facilities operated by ERO, located in ERO field offices, or jointly operated by ERO and HSI in shared offices. Detention facilities with hold rooms and ICE Air Operations staging areas shall be excluded from this exercise, as they are assessed separately via the detention standards.

**3.**     **Definitions.**  The following definitions apply for purposes of this Directive only:

**3.1.**     **Detainee.**  An individual in ICE custody.

**3.2.**     **Holding Facility.**  A facility that contains hold rooms that are primarily used for the short-term confinement[3] of individuals who have recently been detained, or are being transferred to or from a court, detention facility, other holding facility, or other agency.

**3.3.**     **Hold Room.**  A holding cell, cell block, or other secure enclosure within a holding facility.

**3.4.**     **Minor.**  Any person under 18 years of age.

**3.5.**     **Pat Search.**  The sliding or patting of the hands over the clothed body of a detainee by staff to determine whether the individual possesses contraband. A pat search does not require the detainee to remove clothing, although the inspection includes a search of the detainee's clothing and personal effects.

**3.6.**     **Strip Search.**  A search that requires a person to remove or arrange some or all of their clothing so as to permit a visual inspection of the person's breasts, buttocks, or genitals.

**3.7.**     **Visual Body Cavity Search.**  A visual inspection of the anal or genital opening. This does not include contact or penetration of either opening.

**3.8.**     **Body Cavity Search.**  A search of a body cavity aided by the use of fingers or simple instruments.

---

[3] Short-term is defined as a period not to exceed 12 hours, absent exceptional circumstances.

AR-13

**3.9.**    **Cross-Gender Search.**  A search conducted by a member of the opposite gender identity (i.e., male to female, and female to male).

**3.10.**    **Exigent Circumstances.**  Temporary and unforeseen circumstances that require immediate action.

**3.11.**    **Gender Identity.**  An individual's internal sense of being a man, woman, or another gender. A person's chosen gender identity may not always be based on or informed by the individual's biological sex or on the individual's sexual orientation.

**3.12.**    **Transgender.**  A person whose assigned sex at birth does not match their gender identity (i.e., internal sense of feeling male or female).

**3.13.**    **Intersex.**  Having sexual or reproductive anatomy or chromosomal pattern that does not seem to fit typical definitions of male or female. Intersex medical conditions are sometimes referred to as disorders of sex development.

**3.14.**    **DHS PREA**: The Department of Homeland Security final rule Standards to Prevent, Detect and Respond to Sexual Abuse and Assault in Confinement Facilities, 6 C.F.R. Part 115.

**3.15.**    **Sexual Abuse and Assault.**

1)    **Sexual abuse and assault** includes:

   a)   Sexual abuse and assault of a detainee by another detainee; and/or

   b)   Sexual abuse and assault of a detainee by a staff member, contractor, or volunteer.

2)    **Sexual abuse, harassment and assault of a detainee by another detainee** includes any of the following acts by one or more detainees, prisoners, inmates, or residents of the facility in which the detainee is housed who, by force, coercion, or intimidation, or if the victim did not consent or was unable to consent or refuse, engages in or attempts to engage in:

   a)   Contact between the penis and the vulva or anus and, for purposes of this subparagraph, contact involving the penis upon penetration, however slight;

   b)   Contact between the mouth and the penis, vulva, or anus, however slight.

   c)   Penetration, however slight, of the anal or genital opening of another person by a hand or finger or by any object;

AR-14

d) Touching of the genitalia, anus, groin, breast, inner thighs or buttocks, either directly or through the clothing, with an intent to abuse, humiliate, harass, degrade or arouse or gratify the sexual desire of any person; or

e) Threats, intimidation, or other actions or communications by one or more detainees aimed at coercing or pressuring another detainee to have sexual contact with any person and/or to engage in a sexual act.

3) **Sexual abuse, harassment and assault of a detainee by a staff member, contractor, or volunteer** includes any of the following acts, if engaged in by one or more staff members, volunteers, or contract personnel who, with or without the consent of the detainee, engages in or attempts to engage in:

a) Contact between the penis and the vulva or anus and, for purposes of this subparagraph, contact involving the penis upon penetration, however slight;

b) Contact between the mouth and the penis, vulva, or anus, however slight;

c) Penetration, however slight, of the anal or genital opening of another person by a hand or finger or by any object that is unrelated to official duties or where the staff member, contractor, or volunteer has the intent to abuse, arouse, or gratify sexual desire;

d) Intentional touching of the genitalia, anus, groin, breast, inner thighs or buttocks, either directly or through the clothing, that is unrelated to official duties or where the staff member, contractor, or volunteer has the intent to abuse, arouse, or gratify sexual desire;

e) Threats, intimidation, harassment, indecent, profane or abusive language, or other actions or communications, aimed at coercing or pressuring a detainee to have sexual contact with any person and/or to engage in a sexual act;

f) Repeated verbal statements or comments of a sexual nature to a detainee;

g) Any display of the staff member's uncovered genitalia, buttocks, or breast in the presence of a detainee; or

h) The inappropriate visual surveillance of a detainee for reasons unrelated to official duties (e.g., staring at a detainee who is using a toilet in their cell to perform bodily functions; requiring a detainee to expose their buttocks, genitals, or breasts; or taking images of all or part of a detainee's naked body or of a detainee performing bodily functions).

AR-15

**4.       Responsibilities.**

**4.1**     The **Executive Associate Director for ERO** is responsible for ensuring compliance with the provisions of this Directive within ERO.

**4.2**     The **Assistant Directors for Custody Management and Field Operations** are responsible for ensuring compliance with the provisions of this Directive within their respective Divisions and Programs.

**4.3**     **Field Office Directors (FODs), or their supervisory designees (Deputy Field Office Directors and Assistant Field Office Directors),** are responsible for ensuring that field office personnel follow the procedures in this Directive for operating holding facilities located within their respective field offices. More specifically, FODs are responsible for:

1) Ensuring that detainees are properly screened so that those with serious mental health disorders or conditions are expeditiously identified and those who exhibit signs of acute mental health distress are referred to mental health professionals pursuant to the applicable detention standards and policy;

2) Ensuring a coordinated, multidisciplinary team approach to responding to allegations of sexual abuse, harassment and assault occurring in holding facilities, or in the course of transit by ERO or ERO contract personnel to or from holding facilities, as well as to allegations made by a detainee at a holding facility of sexual abuse, harassment or assault that occurred elsewhere in ICE custody;

3) Ensuring that key information regarding ICE's zero-tolerance policy for sexual abuse, harassment and assault is visible or continuously and readily available to detainees (e.g., through posters, detainee handbooks, or other written formats);

4) Developing and maintaining a written evacuation plan for holding facilities in a location accessible only to employees and developing medical emergency procedures and response plans for medical emergencies (to include appropriate supervisory notification);

5) Considering the effect of the design, acquisition, expansion, or modification upon the agency's ability to protect detainees from sexual abuse, harassment and assault when designing or developing any new ERO holding facility and in planning any substantial expansion or modification of existing holding facilities, in coordination with ERO Custody Management, Headquarters Field Operations Division, the Office of Acquisition Management, and the Office of Asset and Facilities Management;

6) Considering how such technology may enhance the agency's ability to protect detainees from sexual abuse, harassment and assault when installing or updating a video monitoring system, electronic surveillance system, or other monitoring technology in a hold room in coordination with ERO Custody Management,

**AR-16**

Headquarters Field Operations Division, the Office of Acquisition Management, and the Office of Asset and Facilities Management; and

7) Conducting an annual review of the application of this policy via the Holding Facilities Self-Assessment Tool at each holding facility within their area of responsibility to ensure ongoing compliance.

**4.4.1   ERO Officers are responsible for:**

1) Ensuring that each holding facility maintains sufficient supervision of detainees by taking into consideration the physical layout of each holding facility; the composition of the detainee population; the prevalence of substantiated and unsubstantiated incidents of sexual abuse, harassment and assault; the findings and recommendations of sexual abuse, harassment and assault incident review reports; and any other relevant factors, including but not limited to, the length of time detainees spend in custody at the holding facility;

2) Ensuring that detainees are provided a meal at least every six hours;

3) Ensuring that hold rooms are safe, clean, equipped with restroom facilities, and clear of objects that could be used as weapons against ERO personnel, contractors, or detainees;

4) Ensuring that males and females are not detained in the same hold room, unless they are a family unit;

5) Ensuring that unaccompanied minors, elderly detainees, or family units are not placed in hold rooms, unless they have demonstrated or threatened violent behavior, have a history of criminal activity, or pose an escape risk;

6) Ensuring that minors are detained in the least restrictive setting appropriate to their age and special needs, provided that such setting is consistent with the need to protect the minor's well-being and that of others, as well as with any other laws, regulations, or legal requirements;

7) Ensuring that minors are held apart from adults, minimizing sight, sound, and physical contact, unless the juvenile is in the presence of an adult member of the family unit or legal guardian, and provided there are no safety or security concerns with this arrangement;

8) Ensuring that detainees with disabilities are provided an equal opportunity to access, participate in, and benefit from in-custody programs, services, and activities and those with communication disabilities are provided with auxiliary aids and services as necessary to allow for effective communication and those who are illiterate or with limited English proficiency are provided with meaningful access to services;

AR-17

9) Ensuring that all pat down searches are conducted in a professional and respectful manner, and in the least intrusive manner possible, consistent with security needs and ICE policy and that when pat down search indicates the need for a more thorough search, an extended search (i.e., strip search) it is conducted in accordance with ICE policies and procedures;

10) Ensuring that detainees are not searched or physically examined for the sole purpose of determining their gender.

**5.      Procedures and Requirements.**

**5.1.    Holding Facility Supervision and Monitoring – Procedures for ERO Officers.**

1) Account for and continuously monitor detainees and empty holding facilities upon the conclusion of daily operations in those field office locations operating on a daily schedule. Absent exceptional circumstances, no detainee should be housed in a holding facility for longer than 12 hours.

2) Monitor detainees for any apparent indications of a mental or physical health condition or signs of hostility, self-harm, or harm to others that may require closer supervision or emergency medical care.

3) Subject detainees to direct supervision, which shall include regular visual monitoring via facility staff and/or via a video camera placed inside the hold room where applicable. Physical hold room conduct checks shall also occur at least every 15 minutes.

4) Log all physical hold room checks, including the time of each check and any important observations.

**5.2.    Hold Room Conditions – Procedures for ERO Officers.**

1) Provide minors and pregnant women with regular access to meals, snacks, milk, and juice, regardless of their time in custody.

2) Provide detainees with access to drinking water in hold rooms at all times.

3) If the hold room is not equipped with restroom facilities, ERO officers should position themselves within direct sight or earshot of the hold room so that detainees may request and have regular access to restroom facilities.

4) Closely monitor detainees using the restroom, consistent with the requirements of this Directive.

AR-18

**5.3.    Placement of Detainees with Specialized Needs – Procedures for ERO Officers.**

1) Detain pregnant individuals in the least restrictive setting available, provided such setting is consistent with the need to protect the well-being of the pregnant individual and others and separate them from other detainees, whenever possible.

2) A nursing detainee will not be separated from their child absent an articulable serious safety risk.

3) Detainees not placed in a hold room shall be seated in a designated area outside the hold rooms, under direct supervision and control.

4) If the physical layout of the holding facility precludes holding such individuals outside the hold room, they may be held in a separate room.

5) To the extent possible, hold unaccompanied minors apart from adults and younger minors separately from older minors.  The unaccompanied minor may temporarily remain with a non-parental adult family member where the family relationship has been vetted to the extent feasible and it has been determined that remaining with the non-parental adult family member is appropriate, given the totality of circumstances.

**5.4.    Detainees with Disabilities and Detainees Who are Limited English Proficient – Procedures for ERO Officers**

1) Provide any detainee who has a communication disability with auxiliary aids and services as necessary to allow for effective communication.

2) Provide any detainee who is illiterate or has limited English proficiency and speaks a language in which written material has not been translated with in-person or telephonic oral interpretation.  This includes all ICE- and facility-related information and communications, including efforts to prevent, detect, and respond to sexual abuse (including written materials) and for matters relating to allegations of sexual abuse. Interpretation must be provided by someone other than another detainee unless the detainee expresses a preference and the FOD determines the interpretation to be appropriate.

**5.5.    Searches of Detainees – Procedures for ERO Officers.**

1) *Pat Down Searches*.

   a) Where operationally feasible, an officer of the same gender (internal sense of being a man, woman, or another gender), gender identity, or declared gender as the detainee will perform the pat down search. All cross-gender pat searches must be documented.

AR-19

    b) Every detainee shall undergo a pat down search for weapons and contraband before being placed in a hold room. A pat down search shall be performed even if another agency or other ERO personnel reported completing one prior to the detainee's arrival at the ERO facility or transfer of custody.

    c) Sharp objects, including pens, pencils, knives, nail files, and other objects that could be used as weapons or to deface property, as well as any smoking materials, matches, and lighters shall be removed from the detainee's possession.

2) *Strip and Visual Body Cavity Searches.*

    a) All strip searches and visual body cavity searches must be documented in a detailed manner;

    b) Cross-gender strip searches or cross-gender visual body cavity searches are not conducted except in exceptional and unforeseen circumstances, including consideration of officer safety. Cross-gender strip searches may be performed by medical practitioners; and

    c) Visual body cavity searches of minors are conducted by a medical practitioner only and not by law enforcement personnel.

3) *Searches to Determine Gender* – If the detainee's gender is unknown, it may be determined during conversations with the detainee or by reviewing medical records (if available).

**5.6.    Limits to Cross-Gender Viewing – Procedures for ERO Officers.**

1) Permit detainees to shower (where showers are available), perform bodily functions, and change clothing without being viewed by staff of the opposite gender, except in exceptional and unusual circumstances or when incidental to routine cell checks.

2) ERO personnel of the opposite gender must announce their presence when entering an area where detainees are likely to be showering, performing bodily functions, or changing clothing.

**5.7.    Property – Procedures for ERO Officers.**

1) Search detainee parcels, suitcases, bags, bundles, boxes, and other property for contraband. Keep all detainee property outside the hold room in a safe and secure area out of the reach of detainees.

2) Allow detainees to keep personal inhaled medication on their person and have access to other prescribed medication as necessary.

AR-20

3) Appropriately process, inventory, and safeguard detainee property (including funds, valuables, baggage, and other personal property), to ensure the return of all such property to the detainee prior to removal or upon release from ICE custody, pursuant to applicable ICE policies and detention standards.

**5.8.    Written Logs – Procedures for ERO Officers.**

1) *Detention Logs* – Maintain a detention log for every detainee brought into custody, regardless of purpose (e.g., new arrival, awaiting legal visitation, awaiting interviews). At the conclusion of each day, the FOD shall ensure that an ERO supervisor reviews, dates, and signs the detention log. The detention log will record, at a minimum:

a) Detainee's name;

b) Gender;

c) Age;

d) A-Number;

e) Nationality;

f) Language spoken, and if a detainee is not proficient in English;

g) Known or reported disability;

h) Other special vulnerability (e.g., nursing mother);

i) Reason for placement (e.g., court run, removal, interview with detention officer);

j) Time in;

k) Mealtime;

l) Time out;

m) Final disposition (e.g., removed, transported to a county jail, Office of Refugee Resettlement placement);

n) Badge number of logging officer; and

o) Cross-gender pat-down search, strip search, and visual body cavity search information.

AR-21

2) *Holding Facility Inspection Logs* – Inspect all hold rooms every 12 hours. Each ERO field office maintain a "Hold Room Inspection Log" to document the results of those inspections.

    a) The log will include the date, time, name, and signature of the officer conducting each inspection.

    b) Visual inspections of every hold room will be conducted at the beginning and conclusion of daily operations to ensure that the hold rooms are operational, plumbing is functional, and that no contraband has been introduced prior to placing a detainee into the room. Visual inspections will be recorded in the log.

    c) Any evidence of tampering with doors, locks, windows, grills, telephones, plumbing or electrical fixtures will be immediately reported to a supervisor for corrective action or repair and noted in the log. The hold room will not be utilized until the corrective action and/or repair is complete, and a supervisor at the Assistant Field Office Director or higher level has authorized its use.

**5.9.    Holding Facility Plans for Evacuations and Medical Emergencies – Procedures for ERO Officers.**

    a) Be aware of the location of emergency medical supplies and equipment; and

    b) Respond immediately to observed or reported medical emergencies and contact local emergency medical services when a detainee is determined to need urgent medical care.

        i) If the detainee is removed from a holding facility for medical treatment, ERO personnel shall accompany and remain with the detainee until the completion of treatment and official medical clearance is provided.

        ii) If the detainee is hospitalized, appropriate supervisory notification shall occur.

**5.10.    Sexual Abuse and Assault Prevention – Procedures for FODs.**

1) *Screening*

    a) Ensure that before placing detainees together in a hold room, there shall be consideration of whether a detainee may be at a high risk of being sexually abused or assaulted, and, when appropriate, shall take necessary steps to mitigate any such danger to the detainee.

    b) Ensure that the following criteria are considered in assessing detainees for risk of sexual victimization or abusiveness, to the extent that the information is available:

AR-22

     i)   Whether the detainee has a mental, physical, or developmental disability;

     ii)  The age of the detainee;

     iii) The physical build and appearance of the detainee;

     iv) Whether the detainee has previously been incarcerated or detained;

     v)  The nature of the detainee's criminal history;

     vi) Whether the detainee has any convictions for sex offenses;

     vii) Whether the detainee has self-identified as Lesbian, Gay, Bisexual, Transgender or Intersex (LGBTI) or gender nonconforming;

     viii) Whether the detainee has self-identified as previously having experienced sexual victimization; and

     ix) The detainee's own concerns about their physical safety.

c) Implement appropriate controls on the dissemination of any sensitive information regarding a detainee provided pursuant to screening procedures.

d) When staff has a reasonable belief that a detainee is subject to a substantial risk of imminent sexual abuse, they shall take immediate action to protect the detainee.

e) For detainees identified as being at high risk for victimization, the FOD shall provide heightened protection, including continuous direct sight and sound supervision, single-housing, or placement in a hold room actively monitored on video by a staff member sufficiently proximate to intervene.

2) *Sexual Abuse and Assault Reporting*

a) Ensure that detainees are provided instructions on multiple ways they can confidentially, and if desired, anonymously report incidents of sexual abuse or assault and retaliation for reporting sexual abuse or assault, or staff neglect or violations of responsibilities that may have contributed to such incidents to ERO personnel.

b) Implement procedures for ERO personnel to accept reports made verbally, in writing, anonymously, and from third parties and promptly document any verbal reports.

c) Ensure that detainees are provided with instructions on how they can contact the DHS Office of Inspector General (OIG) (or, as appropriate, another public or

AR-23

private entity which is able to receive and immediately forward detainee reports of sexual abuse or assault to agency officials) to confidentially and, if desired, anonymously, report these incidents.

d)  All staff are required to report immediately and according to agency policy[4] any knowledge, suspicion, or information regarding a sexual abuse incident, retaliation against detainees or staff who reported or participated in a related investigation; and any staff neglect or violation of responsibilities that may have contributed to an incident or retaliation.

e)  Implement appropriate controls on the dissemination of any sensitive information regarding a reported sex abuse allegation, retaliation, or staff neglect.

f)  If an alleged sex abuse victim is under the age of 18 or determined, after consultation with the relevant Office of the Principal Legal Advisor Office of the Chief Counsel, to be a vulnerable adult under a State or local vulnerable persons statute, the FOD shall report the allegation to the designated State or local services agency under applicable mandatory reporting laws.

**5.11.  Responding to Sexual Abuse and Assault Incidents – Procedures for FODs.**

1)  *Reporting Duties* – Ensure that all allegations of sexual abuse and assault occurring in holding facilities are immediately reported pursuant to the notification requirements of the ICE Directive on Sexual Abuse and Assault Prevention and Intervention.

2)  *First Responder Duties (officers or agents)* – Ensure that upon learning of an allegation that a detainee was sexually abused or assaulted, the responder, or their supervisor:

a)  Separates the alleged victim and abuser;

b)  Considers whether any staff, contractor or volunteer alleged to have perpetrated sexual abuse should be removed from duties requiring detainee contact pending the outcome of an investigation and shall do so if the seriousness and plausibility of the allegation make removal appropriate.

c)  Preserves and protects, to the greatest extent possible, any crime scene until appropriate steps can be taken to collect any evidence;

d)  If the sexual abuse or assault occurred within a time period that still allows for the collection of physical evidence, requests the alleged victim not to take any actions that could destroy physical evidence, including, as appropriate, washing, brushing teeth, changing clothes, urinating, defecating, smoking, drinking, or eating; and

---

[4] This includes methods by which staff can report misconduct outside of their chain of command.

AR-24

e) If the sexual abuse or assault occurred within a time period that still allows for the collection of physical evidence, ensures that the alleged abuser does not take any actions that could destroy physical evidence, including, as appropriate, washing, brushing teeth, changing clothes, urinating, defecating, smoking, drinking, or eating.

3) *First Responder Duties (non-officers or agents)* – If the first responder is not an officer or agent, the responder shall request the alleged victim not to take any actions that could destroy physical evidence, and then notify an officer or agent.

4) *Medical and Mental Health Care and Community and Victim Services*

a) Ensure that detainee victims of sexual abuse or assault have timely, unimpeded access to emergency medical and mental health treatment and crisis intervention services, including emergency contraception and sexually transmitted infections prophylaxis, in accordance with professionally accepted standards of care. This treatment must be without financial cost to the victim and regardless of whether the victim names the abuser or cooperates with any investigation arising out of the incident.

b) Coordinate with ERO HQ and the agency Prevention of Sexual Assault Coordinators in utilizing, to the extent available and appropriate, community resources and services that provide expertise and support in the areas of crisis intervention and counseling to address victims' needs.

c) If a victim is transferred between DHS facilities covered by DHS PREA subpart A or B, the FOD shall, as permitted by law, inform the receiving facility of the incident and the victim's potential need for medical or social services.

d) If a victim is transferred from a DHS holding facility to a facility not covered by section (c) above, the FOD shall, as permitted by law, inform the receiving facility of the incident and the victim's potential need for medical or social services, unless the victim requests otherwise.

5) *Forensic Medical Examinations* – Where evidentiarily or medically appropriate, at no cost to the detainee, regardless of whether the victim names the abuser, and only with the detainee's consent, the FOD shall arrange for or refer an alleged victim detainee to a medical facility to undergo a forensic medical examination, including a Sexual Assault Forensic Examiner (SAFE) or Sexual Assault Nurse Examiner (SANE) where practicable. If SAFEs or SANEs cannot be made available, the examination can be performed by other qualified health care personnel. If, in connection with an allegation of sexual abuse or assault, the detainee is transported for a forensic examination to an outside hospital that offers victim advocacy services, the detainee shall be permitted to use such services to the extent available, consistent with security needs.

AR-25

6) *Sexual Abuse and Assault Incident Reviews* – Conduct a sexual abuse and assault incident review at the conclusion of every investigation of sexual abuse or assault occurring at a holding facility and, unless the allegation was determined to be unfounded, prepare a written report recommending whether the allegation or investigation indicates that a change in policy or practice could better prevent, detect, or respond to sexual abuse and assault. Such review shall ordinarily occur within 30 days of ERO's receipt of the investigation results from the investigating authority.

   a) Implement the recommendations for improvement, or document its reasons for not doing so, in a written justification. The review, report and justification shall be forwarded to the ICE PSA Coordinator.

**6.     Authorities/References.**

**6.1.**  Standards to Prevent, Detect, and Respond to Sexual Abuse and Assault in Confinement Facilities, 79 Fed. Reg. 13100 (Mar. 7, 2014).

**6.2.**  ICE Policy 11062.2: *Sexual Abuse and Assault Prevention and Intervention* (May 22, 2014).

**6.3.**  Section 504 of the Rehabilitation Act of 1973, 29 U.S.C. § 794, as amended.

**6.4.**  ICE Policy 11071.1: *Assessment and Accommodations for Detainees with Disabilities* (December 15, 2016).

**6.5.**  ICE Policy 11032.4: *Identification and Monitoring of Pregnant, Postpartum, or Nursing Individuals* (July 1, 2021).

**6.6.**  ICE Policy 11063.2: *Identification, Communication, Recordkeeping, and Safe Release Planning for Detained Individuals with Serious Mental Disorders or Conditions and/or Who Are Determined To Be Incompetent By An Immigration Judge* (April 5, 2022).

**7.     No Private Right Statement.**  This document is an internal policy statement of ICE. It is not intended to, does not, and may not be relied upon to create any right or benefit, substantive or procedural, enforceable at law by any party in any administrative, civil, or criminal matter. Nor are any limitations hereby placed on otherwise lawful enforcement prerogatives of ICE.



**Executive Associate Director**
**Office of Enforcement and Removal Operation**
**U.S. Immigration and Customs Enforcement**

AR-26

**From:** Burke, Monica S
**Sent:** Wednesday, February 5, 2025 10:00 AM
**To:** ████████████
**Cc:** ████████████
**Subject:** RF: ERO BAL Hold Room Waiver
**Attachments:** ERO BAL waiver v1.pdf

signed

**From:** ████████ ████████████████ >
**Sent:** Monday, February 3, 2025 1:44 PM
**To:** Burke, Monica S ████████████ >
**Subject:** FW: ERO BAL Hold Room Waiver
**Importance:** High

Here is the Hold Room waiver from Baltimore as we previously discussed.  OCAD worked with them to draft this document.

████████████

Deputy Assistant Director
Oversight, Compliance, and Acquisition Division
Enforcement and Removal Operations
U.S. Immigration and Customs Enforcement

**From:** ████████ ████████████
**Sent:** Monday, February 3, 2025 8:34 AM
**To:** ████████████████████ >
**Subject:** FW: ERO BAL Hold Room Waiver
**Importance:** High

Good morning,

Please see the attached waiver for the AD, which is a request for Baltimore regarding the 12 hour hold room requirement.

Thanks

████████████

Unit Chief, Detention Oversight Unit
Oversight, Compliance and Acquisitions Division
Enforcement and Removal Operations
U.S. Immigration and Customs Enforcement
████████████

1

AR-27

**From:** ███████ █ ████████████████ >
**Sent:** Thursday, January 30, 2025 6:07 PM
**To:** ███████████████████
**Subject:** RE: ERO BAL Hold Room Waiver

See attached.

███████████

Deputy Field Office Director
Baltimore Field Office
Enforcement and Removal Operations
U.S. Immigration and Customs Enforcement

████████████████████
████████



2

AR-28



Office of Enforcement and Removal Operations
U/S Department of Homeland Security
31 Hopkins Plaza, Suite 700
Baltimore, MD 21201

**U.S. Immigration and Customs Enforcement**

January 30, 2025

| | |
|---|---|
| MEMORANDUM FOR: | Monica Burke<br>Assistant Director<br>Custody Management |
| THROUGH: | <br>Deputy Assistant Director<br>Oversight, Compliance and Acquisitions Division<br><br>Unit Chief<br>Oversight, Compliance and Acquisitions Division |
| FROM: | ,<br>Deputy Field Office Director<br>ERO Baltimore |
| SUBJECT: | ERO Baltimore Field Office Hold Room -Waiver Request |

<u>Purpose</u>

The purpose of this memorandum is to request a waiver for the ERO Baltimore Field Office 12-hour hold room utilization time, as it relates to 11087.2: *Operations of ERO Holding Facilities (January 31, 2024), Section 5.1: Holding Facility Supervision and Monitoring – Procedures for ERO Officers,* which states the following: "Absent exceptional circumstances, no detainee should be housed in a holding facility for longer than 12 hours". The ERO Baltimore Field Office does not have any detention space within our area of responsibility (AOR). As a result, the Baltimore Field Office must request detention space nationwide to facilitate the transfer of aliens arrested by our law enforcement officers. This process has caused significant hold room times for the ERO Baltimore Field Office while awaiting transfer approval requests.

<u>Background:</u> On July 1, 2021, the Maryland Dignity Not Detention Act went into effect which prohibits state and local law enforcement from entering into agreements to detain aliens for federal civil immigration violations. Additionally, it prevents the sharing of personal information with federal immigration authorities without a judicial warrant. This law eliminated all detention space for the ERO Baltimore Field Office within the state of Maryland. On January 20, 2025, President Trump signed an Executive Order order declaring a national emergency for immigration.  An increased nationwide operating posture has been implemented making detention space less readily available. This has significantly impacted the ERO Baltimore field office hold room times while pending approval and transfer of aliens for detention space.

<u>Discussion:</u> The ERO Baltimore Field Office would like to request an extension of 48 hours beyond the 12 hours for utilization of hold rooms to detain aliens pending transfer.

<u>Recommendation:</u> I recommend that you approve a waiver to policy 11087.2: *Operations of ERO Holding Facilities (January 31, 2024) Section 5.1: Holding Facility Supervision and Monitoring – Procedures for ERO Officers.*

**AR-29**

Approve/date _____ MONICA S BURKE

Digitally signed by MONICA S BURKE
Date: 2025.02.01 00:00:00 -05'00'

Disapprove/date _____

Modify/date _____

Needs more
discussion/date _____

AR-30

| | |
|---|---|
| **From:** | Burke, Monica S |
| **To:** | ▮▮▮▮▮▮▮ |
| **Subject:** | RE: Field Ops Waiver - 12-Hour Hold Room Waiver Request - HLG, MIA, and SNA |
| **Date:** | Monday, February 10, 2025 5:04:00 PM |
| **Attachments:** | HLG MIA SNA - Hold Room Extension Regust 02.10.2025.pdf |

signed

**From:** ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ >
**Sent:** Monday, February 10, 2025 4:50 PM
**To:** Burke, Monica S ▮▮▮▮▮▮▮▮▮▮▮▮ >
**Subject:** FW: Field Ops Waiver - 12-Hour Hold Room Waiver Request - HLG, MIA, and SNA

As discussed, please sign.

S.

**From:** ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ >
**Sent:** Monday, February 10, 2025 4:49 PM
**To:** ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ >
**Subject:** RE: Field Ops Waiver - 12-Hour Hold Room Waiver Request - HLG, MIA, and SNA

Signed.

Thx

▮▮▮▮▮▮▮
*Acting Assistant Director*
**Field Operations**
ICE – Enforcement and Removal Operations
Department of Homeland Security
Washington D.C.
▮▮▮▮▮▮▮▮

**From:** ▮▮▮▮▮▮▮ ▮▮▮▮▮▮▮▮▮▮
**Sent:** Monday, February 10, 2025 4:30 PM
**To:** ▮▮▮▮▮ < ▮▮▮▮▮▮▮▮▮ >
**Subject:** Field Ops Waiver - 12-Hour Hold Room Waiver Request - HLG, MIA, and SNA

▮▮▮▮ ,

Would you mind signing the attached hold room time-limit waiver request and return to me. ATD reached out this morning seeking a waiver for ERO HLG, MIA, and SNA to support a planned removal operation.  Once you sign off, I'll have AD Burke approve and provide copies to the relevant offices.

Thank you,

▮▮▮▮

AR-31

███████████████

**Chief of Staff**
**Custody Management**
**Enforcement and Removal Operations**
**Immigration and Customs Enforcement**
███████

---

**From:** ██████████████████████████
**Sent:** Monday, February 10, 2025 3:27 PM
**To:** ███████████     ████████████
**Cc:** ███████████████████████████████████>
**Subject:** Field Ops Waiver – 12-Hour Hold Room Waiver Request – HLG, MIA, and SNA

███████

Attached is a draft of the hold room waives for ERO Harlingen, Miami, and San Antonio. I attached both a word and .pdf version for you review.

Per discussion with UC ██████ and UC ██████ were a huge help is drafting. I believe the signatory authority will be AD ██████████ for Field ops and Monica for CMD.

Let me know if this looks good to you, happy to route if needed.

███████████

Deputy Assistant Director | ATD
Non-Detained Management Division
**U.S. Immigration and Customs Enforcement**
**Enforcement and Removal Operations**
████████████████

**AR-32**

*Office of Enforcement and Removal Operations*

**U.S. Department of Homeland Security**
500 12th Street, SW
Washington, D.C. 20536



**U.S. Immigration
and Customs
Enforcement**

<table>
<tr><td>MEMORANDUM FOR:</td><td>Monica Burke<br>Assistant Director<br>Custody Management</td></tr>
<tr><td>FROM:</td><td>██████████ <br>Assistant Director<br>Field Operations Division</td></tr>
<tr><td>DATE:</td><td>February 10, 2025</td></tr>
<tr><td>SUBJECT:</td><td>Hold Room Waiver Request – HLG, MIA and SNA</td></tr>
</table>

Purpose

The purpose of this memorandum is to request a temporary waiver for the ERO Harlingen, Miami, and San Antonio Field Offices 12- hour hold room utilization time, as it relates to 11087.2: *Operations of ERO Holding Facilities (January 31, 2024), Section 5.1: Holding Facility Supervision and Monitoring – Procedures for ERO Officers,* which states the following: "Absent exceptional circumstances, no detainee should be housed in a holding facility for longer than 12 hours." The Harlingen, Miami, and San Antonio Field Offices are temporarily the domestic staging sites for a multi-state ATD enforcement operation which includes ERO San Antonio, ERO Dallas, ERO Harlingen, ERO El Paso, ERO Miami and ERO Houston. ERO Harlingen, Miami, and San Antonio Field Office hold rooms will temporarily be utilized to stage aliens from outside these AOR locations while they await ICE Air Operations (IAO) removal flights destined for El Salvador, Guatemala, and Honduras. As a result, the ERO Harlingen, Miami, and San Antonio Field Offices may temporarily exceed the 12-hour hold room limit based on operational necessity.

Background:

On Friday February 7, 2025, the ICE Office of the Director (OD) and ERO's Executive Associate Director's Office (EAD) directed a mission critical enforcement and removal operation to be conducted on Monday, February 10, 2025, with removal efforts the following day Tuesday, February 11, 2025. This mission critical operation requires ERO to leverage short-turn removal pathways outside current/existing removal schedule, which will require Field Offices to temporarily utilize their hold rooms awaiting removal flights.

On February 10, 2024, ERO's Alternatives to Detention Program (ATD) in close coordination with ERO Field Operations Division, International Operations Division (IOD), and ICE Air Operations (IAO) are scheduled to conduct a one-day operation targeting aliens enrolled in the ATD program that are single adults from El Salvador, Guatemala, and Honduras with an executable final order of removal residing in the states of Florida and Texas. Those aliens targeted and arrested during this operation will be removed from the United States to their home countries within 24 hours, with those removal efforts tentatively scheduled to be conducted the following day on Tuesday February 11, 2024.

**AR-33**

The tentative removal missions for each country are listed below:

- ➢ Guatemala (Mission Number 25-000943)
  - o Departs San Antonio, TX at **0850 hrs.** Central Standard Time (CST) on Tuesday, February 11, 2024, in route to Guatemala
- ➢ El Salvador (Mission Number 25-000972)
  - o Departs San Antonio, TX at **0745 hrs.** Central Standard Time (CST) on Tuesday, February 11, 2024, in route to El Salvador
- ➢ Guatemala (Mission Number 25-000943)
  - o Departs Harlingen, TX at **0910 hrs.** Central Standard Time (CST) on Tuesday, February 11, 2024, in route to Honduras

<u>Discussion</u>

The ERO Harlingen, Miami, and San Antonio Field Office request an extension to 48 hours for utilization of hold rooms to detain aliens pending transfer / removal to support this operation during the week of February 09, 2025, only.

<u>Recommendation</u>

I recommend Custody Management approve a temporary waiver to policy 11087.2: *Operations of ERO Holding Facilities (January 31, 2024) Section 5.1: Holding Facility Supervision and Monitoring – Procedures for ERO Officers.*

MONICA S BURKE
Digitally signed by MONICA S BURKE
Date: 2025.02.10 16:53:57 -05'00'

Approve/date _____    Disapprove/date _____

Modify/date _____    Needs more discussion/date _____

AR-34

| | |
|---|---|
| **From:** | Burke, Monica S |
| **Sent:** | Thursday, February 27, 2025 2:17 PM |
| **To:** | ███████████ |
| **Subject:** | RE: Requesting waiver of 12 hour hold room directive / self reporting - Exceeding 12 Hours Holding Facility |
| **Attachments:** | ERO New York City Field Office Hold Room -Waiver Request Memo.pdf |

I signed this a couple days ago. Attached for your records.



**Subject:** RE: Requesting waiver of 12 hour hold room directive / self reporting - Exceeding 12 Hours Holding Facility

Hi Monica –

Hope all is well.   This has been sitting festering for a little bit, due in no small part to my inability to navigate your SharePoint site, no doubt, so, I was hoping that you could either take a moment to either have a member of your staff put in in the system on my behalf, or provide me with instruction as to how to accomplish same?



Having the waiver in place would be one less thing that we needed to worry about.

Regards,

███████

Acting Field Office Director
New York City Field Office, Manhattan Duty Station
Enforcement and Removal Operations
U.S. Immigration and Customs Enforcement
███████████

NOTICE: This communication is UNCLASSIFIED//FOR OFFICIAL USE ONLY (U//FOUO). It contains information that may be exempt from public release under the Freedom of Information Act (5 U.S.C. 552). It is to be controlled, stored, handled, transmitted, distributed, and disposed of in accordance with DHS policy relating to FOUO information and is not to be released to the public or other personnel who do not have a valid "need-to-know" without prior approval of an authorized DHS official. No portion of this communication should be furnished to the media, either in written or verbal form.

AR-35

**From:** ███████████████████
**Sent:** Friday, February 21, 2025 10:00 AM
**To:** ███████████████████
████████████████████████████████████

**Subject:** RE: Requesting waiver of 12 hour hold room directive / self reporting - Exceeding 12 Hours Holding Facility

Sorry ███

I do not have access to the DCM, or I would be able to help out!

I apologize for that, I wish I could be of help with the submission.

███



**From:** █████████████████████████ >
**Sent:** Friday, February 21, 2025 8:39 AM
**To:** ███████████████████
████████████████████████████████████

**Subject:** RE: Requesting waiver of 12 hour hold room directive / self reporting - Exceeding 12 Hours Holding Facility

Thanks ███ –

No worries.  I do have access to the link, so, that's a good start, I think.  That said, and I don't want to seem obtuse, but, where exactly in the SP site should I put it?  I couldn't find a sublocation for "waiver requests", and most of the Field Office oversight sub areas don't seem applicable, either.

███

AR-36



AR-37

**From:** ███████████████████████
**Sent:** Friday, February 21, 2025 8:03 AM
**To:** ████████████████████████>
**Cc:** ███████████████████
**Subject:** FW: Requesting waiver of 12 hour hold room directive / self reporting - Exceeding 12 Hours Holding Facility

Good morning, ██ ,

██ asked me to forward you the DCM link so the Field Office can submit the waiver through there.  Unfortunately, that is the process now and it helps CM track the disposition and status of waivers.  Please let me know if you need anything else,

██

████████████████████████████████████

**From:** ███████████████████████>
**Sent:** Friday, February 21, 2025 8:01 AM
**To:** ████████████████████████>
**Subject:** Fw: Requesting waiver of 12 hour hold room directive / self reporting - Exceeding 12 Hours Holding Facility

████████████

Unit Chief, Detention Oversight Unit
Oversight, Compliance and Acquisitions Division
**Enforcement and Removal Operations**
**U.S. Immigration and Customs Enforcement**
████████████
████████████

**From:** ██████████████████████████>
**Sent:** Thursday, February 20, 2025 5:19:41 PM
**To:** ████████████████████████>
**Cc:** ████████████████████████████████████
████████████████████████████████████████████
████████████████████████
**Subject:** Requesting waiver of 12 hour hold room directive / self reporting - Exceeding 12 Hours Holding Facility

Good evening, ████ –

Please see attached, relative to our request for a waiver of 12 hour hold room directive. ████████████
████████████████████████

█████████████████████████████████████████████
████████████████████

4

AR-38

I have cc'd Field Ops DADs East and West (*as well as the DAD OCAD*) for their visibility.

Regards,



**Acting Field Office Director**
**New York City Field Office, Manhattan Duty Station**
**Enforcement and Removal Operations**
**U.S. Immigration and Customs Enforcement**

NOTICE: This communication is UNCLASSIFIED//FOR OFFICIAL USE ONLY (U//FOUO). It contains information that may be exempt from public release under the Freedom of Information Act (5 U.S.C. 552). It is to be controlled, stored, handled, transmitted, distributed, and disposed of in accordance with DHS policy relating to FOUO information and is not to be released to the public or other personnel who do not have a valid "need-to-know" without prior approval of an authorized DHS official. No portion of this communication should be furnished to the media, either in written or verbal form.

**From:**
**Sent:** Thursday, February 20, 2025 9:09 AM
**To:**
**Subject:**

Good morning,

**Regards,**

Assistant Field Office Director, Non-Detained
New York City Field Office
Enforcement and Removal Operations
U.S. Immigration and Customs Enforcement

AR-39

February 20, 2025

MEMORANDUM FOR:    Monica Burke
Assistant Director
Custody Management

THROUGH:    ███████████

Deputy Assistant Director
Oversight, Compliance and Acquisitions Division

██████████

Unit Chief
Oversight, Compliance and Acquisitions Division

FROM:    ████████   ████████   ██████████
Date: 2025.02.20 17:01:17 -05'00'

Acting Field Office Director
ERO New York City

SUBJECT:    ERO New York City Field Office Hold Room - Waiver Request

Purpose:

The purpose of this memorandum is to request a waiver for ERO Field Office New York City's (ERO NYC) 12-hour "hold" room utilization time, as it relates to Directive 11087.2: Operations of ERO Holding Facilities , version dated January 31, 2024, specifically section 5.1, which is entitled Holding Facility Supervision and Monitoring – Procedures for ERO Officers; it states in the pertinent part: "*Absent exceptional circumstances, no detainee should be housed in a holding facility for longer than 12 hours*". ERO NYC does not have sufficient detention space, nor "higher level of care" medical beds, within our area of responsibility (AOR) required to keep pace with the current operational tempo and posture, having available and utilizing only Orange County Jail, and more recently, Nassau County Jail, both of which are IGSAs.

ERO NYC, as with every AOR, no longer has the option to discretionarily release aliens, nor decline to take aliens into custody from our counterparts in HSI or CBP[1] rather, under

---

[1] **Discretionary releases include, but are not limited to**: Orders of Supervision, Orders of Recognizance, Field Office Issued Bonds, Paroles, CAT/WH cases, or Denial of Bed Space (CBP and HSI). Releases based upon an ICE decision that there is no SLRRFF should also be elevated prior to release. *Cases that are presented to ERO by HSI and CBP for bed*

**AR-40**

current directives, must temporarily house such individuals or hours or days, awaiting a determination from the acting ICE Director.

As a result, ERO NYC must request detention space nationwide to facilitate the transfer of aliens arrested by our law enforcement officers, while seeking appropriate housing arrangements, should either facility be full, or refuse to house an alien, based upon known or suspected medical issues.  This process has caused  significant  hold-rooms times for some cases for  ERO NYC, as evinced by this morning's "self-report" of the violation to the Joint Intake Center (see email attached), and is likely not only to continue, but, to worsen.

Discussion:  ERO NYC would like to request an extension of 48 hours beyond the 12 hours for utilization of hold rooms to detain aliens pending transfer, or release approval from AD1.

Recommendation:  I recommend that you approve a waiver of Directive 11087.2: Operations of ERO Holding Facilities, Section 5.1, Holding Facility Supervision and Monitoring – Procedures for ERO Officers, as it pertains to ERO Field Office New York City.

MONICA S BURKE  Digitally signed by MONICA S BURKE
Date: 2025.02.25 15:55:52 -05'00'

Approve/Date: _____    Disapprove/Date: _____

Modify/Date: _____    Needs more discussion/Date: _____

*space are required to follow the same protocol*. Each release that is approved by the custody determining official will require next higher-level approval, up to and including the Acting ICE Director, following the ICE supervisory chain of command.  Should the release be denied at any level, the cases will be referred for continued detention.

AR-41

**From:** ▮▮▮▮▮▮▮▮▮▮▮▮
**Subject:** Detention Standard Waiver Request Submission and Review Process
**Date:** Monday, March 24, 2025 4:59:40 PM
**Attachments:** image001.png
image003.png

**To:**  Field Office Directors, Deputy Field Office Directors, and Assistant Field Office Directors

**Subject:**  Detention Standard Waiver Request Submission and Review Process

This broadcast establishes a streamlined process to submit detention standard waiver requests for review and concurrence by the Assistant Director (AD) for Custody Management (CM) pursuant to a delegation of authority signed by Russell Hott, former (a) Executive Associate Director on January 2, 2025. Effective immediately, CM will use its existing Detention Contract Management (DCM) system to review, adjudicate, and track all detention waiver requests.

Integrating waivers into the DCM system will improve record-keeping, transparency, and overall compliance with the requirements set forth by ICE national detention standards. All waiver requests must be reviewed and approved by the Field Office Director (FOD), prior to submission in the DCM system by the Contracting Officer Representative (COR).

CM will consider waivers based on the following criteria:

- Physical plant or infrastructure design issues that do not comply with a detention standard <u>and</u> which do not significantly impede the delivery of detainee services.
- A city, county or state law, or a judicial court order, or a public health order, issued by a governmental entity having jurisdiction over the facility, that results in a newly created issue of noncompliance to a detention standard.
- Temporary waivers due to various resource constraints or operational demands. Waivers will only be approved for short durations of time and typically will not require a contract modification.

When submitting a request in the DCM system, select "proposed waivers of individual detention standards" and provide all the requested information on the form. It is imperative to provide full justification, and all attachments corresponding to the request, to include an approval email from the FOD.

**Note**: Waivers for life and safety requirements will not be considered. Waiver requests will be processed on a case-by-case basis and will typically not be used as a permanent means to waive ICE national detention standards. Waiver requests must provide articulable facts with supporting evidence justifying why a waiver is necessary for the good order of the facility without diminishing service delivery or detention care and custody. Field offices are expected to ensure facilities have explored all potential alternative means of compliance prior to submitting a waiver request.

As noted above, each waiver request must include evidence substantiating the basis of the request (e.g. purchase orders, copy of work contract with anticipated start and completion date, contract modification application or request) as well as an action plan to remedy the issue identified and the anticipated date of correction. Requests to temporarily waive processing or hold times must justify what systems will be implemented to ensure good order of the facility while the waiver is in place.

The DCM system will route the request for review and concurrence of the AD CM. Upon the AD's concurrence, the contracting officer will review the request to ensure the proposed waiver is consistent with contract terms and comply with Federal Acquisition Regulation (FAR), where applicable. The CO will retain a copy of the approved waiver for OAQ records and determine whether to incorporate the waiver into the contract or agreement via a contract modification. The CO will then

AR-42

provide a copy of any modification to the assigned COR.

As waivers are intended as a temporary measure to support effective detention operations, AD CM will determine the period of each waiver. Maintaining safety and security will be at the forefront of all decisions. CM will conduct a review of all waivers on an annual basis to determine continued suitability and need.

Given the current operational tempo, waiver submissions are not required for the following actions so long as the practice does **NOT exceed 30 days**:
1. The use of emergency beds (aka boat beds),
2. Hold room timeframes beyond 48 hours, and
3. 12-hour medical intake screenings not to exceed 24 hours.

The use of any of the three waiver exceptions listed above shall not impede detainee life, health, or safety and may not negatively impact facility order or ability to manage emergency situations. All other requirements regarding the use of emergency beds, hold rooms, and intake screenings shall remain in place. Waiver requests must be submitted for all these three areas for periods exceeding 30 days. Additionally, regardless of the timeframe for use, field offices are required to report the use of emergency/boat beds to CM **prior to their use**. CM will track and monitor the use of emergency/boat beds centrally and may require additional information related to their use. Notification shall be provided via DCM.

Please contact Joseph Teamer, Acting Deputy Assistant Director of the Oversight, Compliance & Acquisition Division (OCAD), at ▮▮▮▮▮▮▮▮▮▮ with questions or concerns.


**Monica S. Burke**
Assistant Director
Custody Management
**Enforcement and Removal Operations**
**U.S. Immigration and Customs Enforcement**

This message was sent in concurrence with AD Field Operations.

This message expires one year from the date it was sent, pursuant to ERO Policy.



NOTICE: This communication is UNCLASSIFIED//FOR OFFICIAL USE ONLY (U//FOUO). It contains information that may be exempt from public release under the Freedom of Information Act (5 U.S.C. 552). It is to be controlled, stored, handled, transmitted, distributed, and disposed of in accordance with DHS policy relating to FOUO information and is not to be released to the public or other personnel who do not have a valid "need-to-know" without prior approval of an authorized DHS official. No portion of this communication should be furnished to the media, either in written or verbal form.

AR-43

Detention Contract Management Requests (DCM) > Item #449

## DETENTION-RELATED CONTRACT INSTRUCTIONS

The form must be completed in its entirety and each field addressed. The Contracting Officer's Representative (COR) is responsible for working with Field Office leadership, Contract Management Unit (CMU), Custody Management Division (CMD) and the Office of Acquisition Management (OAQ) to ensure all contract actions are processed in a timely manner to maintain access to detention resources and prevent a lapse in service. CORs must ensure all local Field Office authorizations are finalized prior to submission.  This form **must** be submitted to CMD no later than **120 days** prior to expected execution of the action. For new contracts the form must be submitted no later than **180 days**.

CMD will review each request, engage with the COR/Field Office (as necessary) and seek ERO Deputy Executive Associate Director approval.   After approval, if needed.  After approval, OAQ will coordinate with CMD and the COR.  A form is required for all detention-related contract actions to include:

- New procurements;
- Implementing a new/renewed agreement, exercising an option year, and changes to guaranteed minimum (GM)/facility operating charge (FOC) requirements;
- Substantive contract modifications and task orders, including but not limited to: changes to a period of performance; physical construction/renovation;, changes to contract terms such as modifying the facility's detention standard (NDS, PBNDS, etc.); changes to rate structure including per diem rates/GMs/FOCs, existing/proposed waivers of individual detention standards;
- Terminations of existing agreements/contracts by ICE, USMS, or local jurisdiction;
- Proposed waivers or exemptions of individual detention standards; and,
- Any RFIs related to detention.

**\*\* A <u>SEPARATE</u> submission is required for 1) each facility and 2) all new contract actions. Note: For contracts with multiple facilities a separate submission is required.**

**\*\*All CORs are responsible for the accuracy of the information provided in this form.**

If there are any questions regarding the form and the requested information, please reach out to █████████████████.

**Created**

6/4/2025 7:33 PM

## JUSTIFICATION AND APPROVAL

**Please Select all Types of Actions Being Requested:**

Proposed waivers of individual detention standards

Please provide a substantive description of the requested action along with a justification which addresses the following:

- Operational need
- Operational impacts should the action not be approved

AR-44

- If there is a change in contract requirement(s), please provide justification for each change.  Also, include current FY funding required for each change, and the projected annual costs.

| Example of Itemized Additional Cost Breakdown | | |
|---|---|---|
| Scope Change | Current Fiscal Year Funds Required | Estimated Annual Cost |
| Example. Additional Detention Officers | $125,000 | $250,000 |
| Example. Asylum Booth | $15,000 | $30,000 |
| Total | $140,000 | $280,000 |

- Status of any related, pending contract modifications, and the proposed period of performance (e.g. VAV or Transgender modifications)
- If applicable, existing contractor performance concerns; logistical issues/concerns; contract cost overages/spending rate issues and
- Estimated value and justification for any new contract.

**Required**

The ERO San Francisco Field Office would like to request an extension of 24 hours beyond the 12 hours for utilization of hold rooms to detain aliens pending transfers outside the AOR to support the San Francisco AOR in meeting arrest and removal expectations and goals given that bed space within the AOR continues to be limited through June 10th, 2025 given the Zepeda-Rivas Settlement Agreement and while awaiting the onboarding of the California City facility ramp up of 512beds anticipated in August/September 2025. **This request is for "all" SFR holding rooms.**

**Request to Add Case Processing Specialists**

No

CONTRACT INFORMATION

**\*\*For new contracts or renewal, provide as much detailed information as possible.  A new form should be submitted once contract terms have been fully negotiated.**

**(New Contracts Only): Please attach an IGCE.**

| Contract Number | Name of Contractor and Subcontractor if Applicable | Facility Operator |
|---|---|---|
| 47QSWA18D0075 | G4S SECURE SOLUTIONS USA INC | G4S SECURE SOLUTIONS USA INC |

| Current Task Order Modification Number | AOR | DETLOC |
|---|---|---|
| 70CDCR24FR0000046 | SFR (San Francisco) | AGAHOLD |

AR-45

**Facility Name**

GUAM ERO HOLD ROOM

**Facility Type**

OTHER

**Facility Address**

291 CHALAN PASAHERU

**Facility City**

TAMUNING

**Facility State**

Guam

**Over/Under 72 Hour Facility**

Under 72 Hour Facility

**Current ICE Bed Space Capacity**

22

**Tablets Provider, if Applicable**

**Telephone Provider**

**Medical Provider**

CONTRACTUALLY OBLIGATED DETENTION STANDARDS AND INSPECTIONS

**All ICE detention contracts are to be modified to the following detention standards:**
Performance-Based National Detention Standards 2011 with 2016 Revision
National Detention Standards 2019
2025 National Detention Standards

**ICE is phasing out the following detention standards:**
Performance-Based National Detention Standards 2000
National Detention Standards 2008
Performance-Based National Detention Standards 2011

**Current Contractually Obligated Detention Standards**

Performance-Based National Detention Standards 2011 with 2016 Revision

**Proposed Standards for this Contract Action**

No Changes Required

**Other (if applicable)**

**\*Please note that an ODO inspection, ORSA, or Pre-Occupancy report must be on file prior to using any facility.**

**Last ODO Inspection Standard**

Select Option

**Last ODO Inspection Rating**

Select Option

**Last ODO Inspection Date**

**Right Click On Link to Open in a New Tab**
ODO Facility Inspections

OTHER FACILITY COST AND INFORMATION

**Annual Costs Transportation**

**Proposed Annual Costs Transportation**

**Annual Cost Transportation Net**

$0.00

**Annual Costs Meals**

**Proposed Annual Costs Meals**

**Annual Cost Meals Net**

$0.00

AR-46

## POINT(S) OF CONTACT:

**CO Name**


**CO Program Office**
M&A

**CO Email Address**
▮▮▮▮▮

**COR Name**


**COR Program Office**
ERO

**COR Email Address**
▮▮▮▮▮

**DFOD/FOD Name**


**Field Office Authorizing Official Program Office**
SAN FRANSCICO ERO

**Field Office Authorizing Official Email Add**
▮▮▮▮▮

**Attach the base contract, all modifications and IGCE (REQUIRED FOR NEW CONTRACTS), if applicable ****

## APPROVERS

**Custody Management (Group 1)**
Concur

**Action Officer (Group 1)**


**Action Date (Group 1)**
6/5/2025

**Custody Management (Group 2)**
Concur

**Action Officer (Group 2)**


**Action Date (Group 2)**
6/4/2025

**Custody Management (Group 3)**
Concur

**Action Officer (Group 3)**


**Action Date (Group 3)**
6/6/2025

**OSD Budget Validation (Group 4)**
Concur

**Action Officer (Group 4)**

**Action Date (Group 4)**
6/6/2025

AR-47



**Custody Management (Group 5)**

Concur

**Action Officer (Group 5)**

 Burke, Monica S

**Action Date (Group 5)**

6/9/2025

**DCM PDF Attached**

No

**Attachments**

&#128210; Burk Approval for Waiver Hold Room_SFR AOR.pdf     &#128210; Request for Waiver Hold Room_SFR AOR.pdf

 Burke, Monica S made edits
6/9/2025 6:25 PM

 created this item
6/4/2025 7:33 PM

AR-48

Detention Contract Management Requests (DCM) > Item #448

## DETENTION-RELATED CONTRACT INSTRUCTIONS

The form must be completed in its entirety and each field addressed. The Contracting Officer's Representative (COR) is responsible for working with Field Office leadership, Contract Management Unit (CMU), Custody Management Division (CMD) and the Office of Acquisition Management (OAQ) to ensure all contract actions are processed in a timely manner to maintain access to detention resources and prevent a lapse in service. CORs must ensure all local Field Office authorizations are finalized prior to submission.  This form **must** be submitted to CMD no later than **120 days** prior to expected execution of the action. For new contracts the form must be submitted no later than **180 days**.

CMD will review each request, engage with the COR/Field Office (as necessary) and seek ERO Deputy Executive Associate Director approval.   After approval, if needed.  After approval, OAQ will coordinate with CMD and the COR.  A form is required for all detention-related contract actions to include:

- New procurements;
- Implementing a new/renewed agreement, exercising an option year, and changes to guaranteed minimum (GM)/facility operating charge (FOC) requirements;
- Substantive contract modifications and task orders, including but not limited to: changes to a period of performance; physical construction/renovation;, changes to contract terms such as modifying the facility's detention standard (NDS, PBNDS, etc.); changes to rate structure including per diem rates/GMs/FOCs, existing/proposed waivers of individual detention standards;
- Terminations of existing agreements/contracts by ICE, USMS, or local jurisdiction;
- Proposed waivers or exemptions of individual detention standards; and,
- Any RFIs related to detention.

**\*\* A <u>SEPARATE</u> submission is required for 1) each facility and 2) all new contract actions. Note: For contracts with multiple facilities a separate submission is required.**

**\*\*All CORs are responsible for the accuracy of the information provided in this form.**

If there are any questions regarding the form and the requested information, please reach out to ███████████████████ .

**Created**

6/4/2025 4:55 PM

## JUSTIFICATION AND APPROVAL

**Please Select all Types of Actions Being Requested:**

Proposed waivers of individual detention standards

Please provide a substantive description of the requested action along with a justification which addresses the following:

- Operational need
- Operational impacts should the action not be approved

AR-49

- If there is a change in contract requirement(s), please provide justification for each change. Also, include current FY funding required for each change, and the projected annual costs.

| Example of Itemized Additional Cost Breakdown | | |
|---|---|---|
| Scope Change | Current Fiscal Year Funds Required | Estimated Annual Cost |
| Example. Additional Detention Officers | $125,000 | $250,000 |
| Example. Asylum Booth | $15,000 | $30,000 |
| Total | $140,000 | $280,000 |

- Status of any related, pending contract modifications, and the proposed period of performance (e.g. VAV or Transgender modifications)
- If applicable, existing contractor performance concerns; logistical issues/concerns; contract cost overages/spending rate issues and
- Estimated value and justification for any new contract.

**Required**

The ERO San Francisco Field Office would like to request an extension of 24 hours beyond the 12 hours for utilization of hold rooms to detain aliens pending transfers outside the AOR to support the San Francisco AOR in meeting arrest and removal expectations and goals given that bed space within the AOR continues to be limited through June 10th, 2025 given the Zepeda-Rivas Settlement Agreement and while awaiting the onboarding of the California City facility ramp up of 512 beds anticipated in August/September 2025. **This request is for "all" SFR holding rooms.**

**Request to Add Case Processing Specialists**

No

## CONTRACT INFORMATION

**\*\*For new contracts or renewal, provide as much detailed information as possible. A new form should be submitted once contract terms have been fully negotiated.**

**(New Contracts Only): Please attach an IGCE.**

| Contract Number | Name of Contractor and Subcontractor, if Applicable | Facility Operator |
|---|---|---|
| 47QSWA18D0075 | G4S SECURE SOLUTIONS USA INC | G4S SECURE SOLUTIONS USA INC |

| Current Task Order Modification Number | AOR | DETLOC |
|---|---|---|
| 70CDCR24FR0000046 | SFR (San Francisco) | HHWHOLD |

AR-50

**Facility Name**

HAWAII HOLDING ROOM

**Facility Type**

OTHER

**Facility Address**

300 ALA MOANA BLVD

**Facility City**

HONOLULU

**Facility State**

Hawaii

**Over/Under 72 Hour Facility**

Under 72 Hour Facility

**Current ICE Bed Space Capacity**

20

**Tablets Provider, if Applicable**

**Telephone Provider**

**Medical Provider**

## CONTRACTUALLY OBLIGATED DETENTION STANDARDS AND INSPECTIONS

**All ICE detention contracts are to be modified to the following detention standards:**

Performance-Based National Detention Standards 2011 with 2016 Revision

National Detention Standards 2019

2025 National Detention Standards

**ICE is phasing out the following detention standards:**

Performance-Based National Detention Standards 2000

National Detention Standards 2008

Performance-Based National Detention Standards 2011

**Current Contractually Obligated Detention Standards**

Performance-Based National Detention Standards 2011 with 2016 Revision

**Proposed Standards for this Contract Action**

No Changes Required

**Other (if applicable)**

**\*Please note that an ODO inspection, ORSA, or Pre-Occupancy report must be on file prior to using any facility.**

**Last ODO Inspection Standard**

Select Option

**Last ODO Inspection Rating**

Select Option

**Last ODO Inspection Date**

**Right Click On Link to Open in a New Tab**

ODO Facility Inspections

## OTHER FACILITY COST AND INFORMATION

**Annual Costs Transportation**

**Proposed Annual Costs Transportation**

**Annual Cost Transportation Net**

$0.00

**Annual Costs Meals**

**Proposed Annual Costs Meals**

**Annual Cost Meals Net**

$0.00

AR-51

POINT(S) OF CONTACT:

| CO Name | CO Program Office | CO Email Address |
|---|---|---|
|  █████ | M&A | ████████ |

| COR Name | COR Program Office | COR Email Address |
|---|---|---|
| █████ | ERO | ██████ |

| DFOD/FOD Name | Field Office Authorizing Official Program Office | Field Office Authorizing Official Email Add... |
|---|---|---|
|  █████ | SAN FRANSCICO ERO | ████████ |

**Attach the base contract, all modifications and IGCE (REQUIRED FOR NEW CONTRACTS), if applicable \*\*\*\***

## APPROVERS

**Custody Management (Group 1)**
Concur

| Action Officer (Group 1) | Action Date (Group 1) |
|---|---|
|  █████ | 6/5/2025 |

**Custody Management (Group 2)**
Concur

| Action Officer (Group 2) | Action Date (Group 2) |
|---|---|
| █████ | 6/4/2025 |

**Custody Management (Group 3)**
Concur

| Action Officer (Group 3) | Action Date (Group 3) |
|---|---|
|  █████ | 6/6/2025 |

**OSD Budget Validation (Group 4)**
Concur

| Action Officer (Group 4) | Action Date (Group 4) |
|---|---|
| | 6/6/2025 |

AR-52



**Custody Management (Group 5)**

Concur

**Action Officer (Group 5)**

 Burke, Monica S

**Action Date (Group 5)**

6/9/2025

**DCM PDF Attached**

No

**Attachments**

📄 Burk Approval for Waiver Hold Room_SFR AOR.pdf    📄 Request for Waiver Hold Room_SFR AOR.pdf

 Burke, Monica S made edits
6/9/2025 6:24 PM

 ▇▇▇▇▇ created this item
6/4/2025 4:55 PM

AR-53

Detention Contract Management Requests (DCM) > Item #442

## DETENTION-RELATED CONTRACT INSTRUCTIONS

The form must be completed in its entirety and each field addressed. The Contracting Officer's Representative (COR) is responsible for working with Field Office leadership, Contract Management Unit (CMU), Custody Management Division (CMD) and the Office of Acquisition Management (OAQ) to ensure all contract actions are processed in a timely manner to maintain access to detention resources and prevent a lapse in service. CORs must ensure all local Field Office authorizations are finalized prior to submission.  This form **must** be submitted to CMD no later than **120 days** prior to expected execution of the action. For new contracts the form must be submitted no later than **180 days**.

CMD will review each request, engage with the COR/Field Office (as necessary) and seek ERO Deputy Executive Associate Director approval.   After approval, if needed.  After approval, OAQ will coordinate with CMD and the COR.  A form is required for all detention-related contract actions to include:

- New procurements;
- Implementing a new/renewed agreement, exercising an option year, and changes to guaranteed minimum (GM)/facility operating charge (FOC) requirements;
- Substantive contract modifications and task orders, including but not limited to: changes to a period of performance; physical construction/renovation;, changes to contract terms such as modifying the facility's detention standard (NDS, PBNDS, etc.); changes to rate structure including per diem rates/GMs/FOCs, existing/proposed waivers of individual detention standards;
- Terminations of existing agreements/contracts by ICE, USMS, or local jurisdiction;
- Proposed waivers or exemptions of individual detention standards; and,
- Any RFIs related to detention.

**\*\* A <u>SEPARATE</u> submission is required for 1) each facility and 2) all new contract actions. Note: For contracts with multiple facilities a separate submission is required.**

**\*\*All CORs are responsible for the accuracy of the information provided in this form.**

If there are any questions regarding the form and the requested information, please reach out to ████████████████ .

**Created**

6/4/2025 2:36 PM

## JUSTIFICATION AND APPROVAL

**Please Select all Types of Actions Being Requested:**

Proposed waivers of individual detention standards

Please provide a substantive description of the requested action along with a justification which addresses the following:

- Operational need
- Operational impacts should the action not be approved

AR-54

- If there is a change in contract requirement(s), please provide justification for each change.  Also, include current FY funding required for each change, and the projected annual costs.

| Example of Itemized Additional Cost Breakdown | | |
|---|---|---|
| Scope Change | Current Fiscal Year Funds Required | Estimated Annual Cost |
| Example. Additional Detention Officers | $125,000 | $250,000 |
| Example. Asylum Booth | $15,000 | $30,000 |
| Total | $140,000 | $280,000 |

- Status of any related, pending contract modifications, and the proposed period of performance (e.g. VAV or Transgender modifications)
- If applicable, existing contractor performance concerns; logistical issues/concerns; contract cost overages/spending rate issues and
- Estimated value and justification for any new contract.

**Required**

The ERO San Francisco Field Office would like to request an extension of 24 hours beyond
the 12 hours for utilization of hold rooms to detain aliens pending transfers outside the AOR to support the San Francisco AOR in meeting arrest and removal expectations and goals given that bed space within the AOR continues to be limited through June 10th, 2025 given the Zepeda-Rivas Settlement Agreement and while awaiting the onboarding of the California City facility ramp up of 512 beds anticipated in August/September 2025.
**This request is for "all" SFR holding rooms.**

**Request to Add Case Processing Specialists**

No

## CONTRACT INFORMATION

**\*\*For new contracts or renewal, provide as much detailed information as possible.  A new form should be submitted once contract terms have been fully negotiated.**

**(New Contracts Only): Please attach an IGCE.**

| Contract Number | Name of Contractor and Subcontractor, if applicable | Facility Operator |
|---|---|---|
| 47QSWA18D0075 | G4S SECURE SOLUTIONS USA INC | G4S SECURE SOLUTIONS USA INC |

| Current Task Order Modification Number | AOR | DETLOC |
|---|---|---|
| 70CDCR24FR0000046 | SFR (San Francisco) | SACHOLD |

AR-55

**Facility Name**

SACRAMENTO SUB OFFICE HOLDING
ROOM

**Facility Type**

OTHER

**Facility Address**

650 CAPITOL MALL

**Facility City**

SACRAMENTO

**Facility State**

California

**Over/Under 72 Hour Facility**

Under 72 Hour Facility

**Current ICE Bed Space Capacity**

30

**Tablets Provider, if Applicable**

**Telephone Provider**

**Medical Provider**

CONTRACTUALLY OBLIGATED DETENTION STANDARDS AND INSPECTIONS

**All ICE detention contracts are to be modified to the following detention standards:**
Performance-Based National Detention Standards 2011 with 2016 Revision
National Detention Standards 2019
2025 National Detention Standards

**ICE is phasing out the following detention standards:**
Performance-Based National Detention Standards 2000
National Detention Standards 2008
Performance-Based National Detention Standards 2011

**Current Contractually Obligated Detention Standards**

Performance-Based National Detention Standards 2011 with 2016 Revision

**Proposed Standards for this Contract Action**

Select Option

**Other (if applicable)**

**\*Please note that an ODO inspection, ORSA, or Pre-Occupancy report must be on file prior to using any facility.**

**Last ODO Inspection Standard**

Select Option

**Last ODO Inspection Rating**

Select Option

**Last ODO Inspection Date**

**Right Click On Link to Open in a New Tab**
ODO Facility Inspections

OTHER FACILITY COST AND INFORMATION

**Annual Costs Transportation**

**Proposed Annual Costs Transportation**

**Annual Cost Transportation Net**

$0.00

**Annual Costs Meals**

**Proposed Annual Costs Meals**

**Annual Cost Meals Net**

$0.00

AR-56

POINT(S) OF CONTACT:

| CO Name | CO Program Office | CO Email Address |
|---|---|---|
|  ███████ | M&A | ████████████████ |

| COR Name | COR Program Office | COR Email Address |
|---|---|---|
| ███████ | ERO | ████████████v |

| DFOD/FOD Name | Field Office Authorizing Official Program Office | Field Office Authorizing Official Email Add |
|---|---|---|
|  ███████ | SAN FRANSCICO ERO | ████████████ |

**Attach the base contract, all modifications and IGCE (REQUIRED FOR NEW CONTRACTS), if applicable ****

APPROVERS

**Custody Management (Group 1)**

Concur

| **Action Officer (Group 1)** | **Action Date (Group 1)** |
|---|---|
|  ███████ | 6/5/2025 |

**Custody Management (Group 2)**

Concur

| **Action Officer (Group 2)** | **Action Date (Group 2)** |
|---|---|
|  ███████ | 6/4/2025 |

**Custody Management (Group 3)**

Concur

| **Action Officer (Group 3)** | **Action Date (Group 3)** |
|---|---|
|  ███████ | 6/6/2025 |

**OSD Budget Validation (Group 4)**

Concur

| **Action Officer (Group 4)** | **Action Date (Group 4)** |
|---|---|
| | 6/6/2025 |

AR-57



**Custody Management (Group 5)**

Concur

**Action Officer (Group 5)**


Burke, Monica S

**Action Date (Group 5)**

6/9/2025

**DCM PDF Attached**

No

**Attachments**

📄 Burk Approval for Waiver Hold Room_SFR AOR.pdf    📄 Request for Waiver Hold Room_SFR AOR.pdf


Burke, Monica S made edits
6/9/2025 6:23 PM


created this item
6/4/2025 2:36 PM

AR-58

Detention Contract Management Requests (DCM) > Item #441

## DETENTION-RELATED CONTRACT INSTRUCTIONS

The form must be completed in its entirety and each field addressed. The Contracting Officer's Representative (COR) is responsible for working with Field Office leadership, Contract Management Unit (CMU), Custody Management Division (CMD) and the Office of Acquisition Management (OAQ) to ensure all contract actions are processed in a timely manner to maintain access to detention resources and prevent a lapse in service. CORs must ensure all local Field Office authorizations are finalized prior to submission.  This form **must** be submitted to CMD no later than **120 days** prior to expected execution of the action. For new contracts the form must be submitted no later than **180 days**.

CMD will review each request, engage with the COR/Field Office (as necessary) and seek ERO Deputy Executive Associate Director approval.   After approval, if needed.  After approval, OAQ will coordinate with CMD and the COR.  A form is required for all detention-related contract actions to include:

- New procurements;
- Implementing a new/renewed agreement, exercising an option year, and changes to guaranteed minimum (GM)/facility operating charge (FOC) requirements;
- Substantive contract modifications and task orders, including but not limited to: changes to a period of performance; physical construction/renovation;, changes to contract terms such as modifying the facility's detention standard (NDS, PBNDS, etc.); changes to rate structure including per diem rates/GMs/FOCs, existing/proposed waivers of individual detention standards;
- Terminations of existing agreements/contracts by ICE, USMS, or local jurisdiction;
- Proposed waivers or exemptions of individual detention standards; and,
- Any RFIs related to detention.

**\*\* A <u>SEPARATE</u> submission is required for 1) each facility and 2) all new contract actions. Note: For contracts with multiple facilities a separate submission is required.**

**\*\*All CORs are responsible for the accuracy of the information provided in this form.**

If there are any questions regarding the form and the requested information, please reach out to ██████████████ .

**Created**

6/4/2025 11:49 AM

## JUSTIFICATION AND APPROVAL

**Please Select all Types of Actions Being Requested:**

Proposed waivers of individual detention standards

Please provide a substantive description of the requested action along with a justification which addresses the following:

- Operational need
- Operational impacts should the action not be approved

AR-59

- If there is a change in contract requirement(s), please provide justification for each change.  Also, include current FY funding required for each change, and the projected annual costs.

| Example of Itemized Additional Cost Breakdown | | |
|---|---|---|
| Scope Change | Current Fiscal Year Funds Required | Estimated Annual Cost |
| Example. Additional Detention Officers | $125,000 | $250,000 |
| Example. Asylum Booth | $15,000 | $30,000 |
| Total | $140,000 | $280,000 |

- Status of any related, pending contract modifications, and the proposed period of performance (e.g. VAV or Transgender modifications)
- If applicable, existing contractor performance concerns; logistical issues/concerns; contract cost overages/spending rate issues and
- Estimated value and justification for any new contract.

**Required**

The ERO San Francisco Field Office would like to request an extension of 24 hours beyond the 12 hours for utilization of hold rooms to detain aliens pending transfers outside the AOR to support the San Francisco AOR in meeting arrest and removal expectations and goals given that bed space within the AOR continues to be limited through June 10th, 2025 given the Zepeda-Rivas Settlement Agreement and while awaiting the onboarding of the California City facility ramp up of 512 beds anticipated in August/September 2025.  This request is for "ALL" SFR Holding Rooms.

**Request to Add Case Processing Specialists**

No

CONTRACT INFORMATION

**\*\*For new contracts or renewal, provide as much detailed information as possible.  A new form should be submitted once contract terms have been fully negotiated.**

**(New Contracts Only): Please attach an IGCE.**

| Contract Number | Name of Contractor and Subcontractor if Applicable | Facility Operator |
|---|---|---|
| 70CDCR20D00000008 | GEO GROUP INC, THE | GEO GROUP INC, THE |

| Current Task Order Modification Number | AOR | DETLOC |
|---|---|---|
| 70CDCR25FR0000013 | SFR (San Francisco) | GLDSACA |

AR-60

**Facility Name**

GOLDEN STATE ANNEX

**Facility Type**

CDF

**Facility Address**

600 S FRONTAGE RD

**Facility City**

MCFARLAND

**Facility State**

California

**Over/Under 72 Hour Facility**

Over 72 Hour Facility

**Current ICE Bed Space Capacity**

700

**Tablets Provider, if Applicable**

**Telephone Provider**

**Medical Provider**

CONTRACTUALLY OBLIGATED DETENTION STANDARDS AND INSPECTIONS

**All ICE detention contracts are to be modified to the following detention standards:**
Performance-Based National Detention Standards 2011 with 2016 Revision
National Detention Standards 2019
2025 National Detention Standards

**ICE is phasing out the following detention standards:**
Performance-Based National Detention Standards 2000
National Detention Standards 2008
Performance-Based National Detention Standards 2011

**Current Contractually Obligated Detention Standards**

Performance-Based National Detention Standards 2011 with 2016 Revision

**Proposed Standards for this Contract Action**

No Changes Required

**Other (if applicable)**

**\*Please note that an ODO inspection, ORSA, or Pre-Occupancy report must be on file prior to using any facility.**

**Last ODO Inspection Standard**

Select Option

**Last ODO Inspection Rating**

Select Option

**Last ODO Inspection Date**

**Right Click On Link to Open in a New Tab**
ODO Facility
Inspections

OTHER FACILITY COST AND INFORMATION

**Annual Costs Transportation**

**Proposed Annual Costs Transportation**

**Annual Cost Transportation Net**

$0.00

**Annual Costs Meals**

**Proposed Annual Costs Meals**

**Annual Cost Meals Net**

$0.00

AR-61

POINT(S) OF CONTACT:

| CO Name | CO Program Office | CO Email Address |
|---|---|---|
|  | M&A | |

| COR Name | COR Program Office | COR Email Address |
|---|---|---|
|  | ERO | |

| DFOD/FOD Name | Field Office Authorizing Official Program Office | Field Office Authorizing Official Email Add |
|---|---|---|
|  | SAN FRANCISCO / ERO | |

**Attach the base contract, all modifications and IGCE (REQUIRED FOR NEW CONTRACTS), if applicable ****

APPROVERS

**Custody Management (Group 1)**

Concur

| Action Officer (Group 1) | Action Date (Group 1) |
|---|---|
|  | 6/4/2025 |

**Custody Management (Group 2)**

Concur

| Action Officer (Group 2) | Action Date (Group 2) |
|---|---|
|  | 6/4/2025 |

**Custody Management (Group 3)**

Concur

| Action Officer (Group 3) | Action Date (Group 3) |
|---|---|
|  | 6/4/2025 |

**OSD Budget Validation (Group 4)**

Concur

| Action Officer (Group 4) | Action Date (Group 4) |
|---|---|
| | 6/4/2025 |

AR-62



**Custody Management (Group 5)**

Concur

**Action Officer (Group 5)**

 Burke, Monica S

**Action Date (Group 5)**

6/9/2025

**DCM PDF Attached**

No

**Attachments**

📄 Burk Approval for Waiver Hold Room_SFR AOR.pdf     📄 Request for Waiver Hold Room_SFR AOR.pdf

 Burke, Monica S made edits
6/9/2025 6:22 PM

 created this item
6/4/2025 11:49 AM

AR-63

Detention Contract Management Requests (DCM) > Item #439

## DETENTION-RELATED CONTRACT INSTRUCTIONS

The form must be completed in its entirety and each field addressed. The Contracting Officer's Representative (COR) is responsible for working with Field Office leadership, Contract Management Unit (CMU), Custody Management Division (CMD) and the Office of Acquisition Management (OAQ) to ensure all contract actions are processed in a timely manner to maintain access to detention resources and prevent a lapse in service. CORs must ensure all local Field Office authorizations are finalized prior to submission.  This form **must** be submitted to CMD no later than **120 days** prior to expected execution of the action. For new contracts the form must be submitted no later than **180 days**.

CMD will review each request, engage with the COR/Field Office (as necessary) and seek ERO Deputy Executive Associate Director approval.   After approval, if needed.  After approval, OAQ will coordinate with CMD and the COR.  A form is required for all detention-related contract actions to include:

- New procurements;
- Implementing a new/renewed agreement, exercising an option year, and changes to guaranteed minimum (GM)/facility operating charge (FOC) requirements;
- Substantive contract modifications and task orders, including but not limited to: changes to a period of performance; physical construction/renovation;, changes to contract terms such as modifying the facility's detention standard (NDS, PBNDS, etc.); changes to rate structure including per diem rates/GMs/FOCs, existing/proposed waivers of individual detention standards;
- Terminations of existing agreements/contracts by ICE, USMS, or local jurisdiction;
- Proposed waivers or exemptions of individual detention standards; and,
- Any RFIs related to detention.

**\*\* A <u>SEPARATE</u> submission is required for 1) each facility and 2) all new contract actions. Note: For contracts with multiple facilities a separate submission is required.**

**\*\*All CORs are responsible for the accuracy of the information provided in this form.**

If there are any questions regarding the form and the requested information, please reach out to ███████████████ .

**Created**

6/4/2025 11:37 AM

## JUSTIFICATION AND APPROVAL

**Please Select all Types of Actions Being Requested:**

Proposed waivers of individual detention standards

Please provide a substantive description of the requested action along with a justification which addresses the following:

- Operational need
- Operational impacts should the action not be approved

AR-64

- If there is a change in contract requirement(s), please provide justification for each change.  Also, include current FY funding required for each change, and the projected annual costs.

| Example of Itemized Additional Cost Breakdown | | |
|---|---|---|
| Scope Change | Current Fiscal Year Funds Required | Estimated Annual Cost |
| Example. Additional Detention Officers | $125,000 | $250,000 |
| Example. Asylum Booth | $15,000 | $30,000 |
| Total | $140,000 | $280,000 |

- Status of any related, pending contract modifications, and the proposed period of performance (e.g. VAV or Transgender modifications)
- If applicable, existing contractor performance concerns; logistical issues/concerns; contract cost overages/spending rate issues and
- Estimated value and justification for any new contract.

**Required**

The ERO San Francisco Field Office would like to request an extension of 24 hours beyond the 12 hours for utilization of hold rooms to detain aliens pending transfers outside the AOR to support the San Francisco AOR in meeting arrest and removal expectations and goals given that bed space within the AOR continues to be limited through June 10th, 2025 given the Zepeda-Rivas Settlement Agreement and while awaiting the onboarding of the California City facility ramp up of 512 beds anticipated in August/September 2025.  This request is for "all" SFR Holding Rooms.

**Request to Add Case Processing Specialists**

No

## CONTRACT INFORMATION

**\*\*For new contracts or renewal, provide as much detailed information as possible.  A new form should be submitted once contract terms have been fully negotiated.**

**(New Contracts Only): Please attach an IGCE.**

| **Contract Number** | **Name of Contractor and Subcontractor, if applicable** | **Facility Operator** |
|---|---|---|
| 70CDCR20D00000008 | GEO GROUP INC THE | GEO GROUP INC THE |

| **Current Task Order Modification Number** | **AOR** | **DETLOC** |
|---|---|---|
| 70CDCR25FR0000013 | SFR (San Francisco) | CACFMES |

AR-65

**Facility Name**

MESA VERDE ICE PROCESSINGCENTER

**Facility Type**

CDF

**Facility Address**

426 GOLDEN STATE AVE

**Facility City**

VISALIA

**Facility State**

California

**Over/Under 72 Hour Facility**

Over 72 Hour Facility

**Current ICE Bed Space Capacity**

400

**Tablets Provider, if Applicable**

**Telephone Provider**

**Medical Provider**

CONTRACTUALLY OBLIGATED DETENTION STANDARDS AND INSPECTIONS

**All ICE detention contracts are to be modified to the following detention standards:**

Performance-Based National Detention Standards 2011 with 2016 Revision
National Detention Standards 2019
2025 National Detention Standards

**ICE is phasing out the following detention standards:**

Performance-Based National Detention Standards 2000
National Detention Standards 2008
Performance-Based National Detention Standards 2011

**Current Contractually Obligated Detention Standards**

Performance-Based National Detention Standards 2011 with 2016 Revision

**Proposed Standards for this Contract Action**

No Changes Required

**Other (if applicable)**

**\*Please note that an ODO inspection, ORSA, or Pre-Occupancy report must be on file prior to using any facility.**

**Last ODO Inspection Standard**

Select Option

**Last ODO Inspection Rating**

Select Option

**Last ODO Inspection Date**

**Right Click On Link to Open in a New Tab**

ODO Facility
Inspections

OTHER FACILITY COST AND INFORMATION

**Annual Costs Transportation**

**Proposed Annual Costs Transportation**

**Annual Cost Transportation Net**

$0.00

**Annual Costs Meals**

**Proposed Annual Costs Meals**

**Annual Cost Meals Net**

$0.00

AR-66

POINT(S) OF CONTACT:

| CO Name | CO Program Office | CO Email Address |
|---|---|---|
|  | M&A | |

| COR Name | COR Program Office | COR Email Address |
|---|---|---|
|  | ERO | |

| DFOD/FOD Name | Field Office Authorizing Official Program Office | Field Office Authorizing Official Email Add |
|---|---|---|
|  | SAN FRANCISCO / ERO | |

**Attach the base contract, all modifications and IGCE (REQUIRED FOR NEW CONTRACTS), if applicable \*\*\*\***

APPROVERS

**Custody Management (Group 1)**
Concur

| Action Officer (Group 1) | Action Date (Group 1) |
|---|---|
|  | 6/4/2025 |

**Custody Management (Group 2)**
Concur

| Action Officer (Group 2) | Action Date (Group 2) |
|---|---|
|  | 6/4/2025 |

**Custody Management (Group 3)**
Concur

| Action Officer (Group 3) | Action Date (Group 3) |
|---|---|
|  | 6/4/2025 |

**OSD Budget Validation (Group 4)**
Concur

| Action Officer (Group 4) | Action Date (Group 4) |
|---|---|
| | 6/4/2025 |

AR-67



**Custody Management (Group 5)**

Concur

**Action Officer (Group 5)**



**Action Date (Group 5)**

6/9/2025

**DCM PDF Attached**

No

**Attachments**

📄 Burk Approval for Waiver Hold Room_SFR AOR.pdf    📄 Request for Waiver Hold Room_SFR AOR.pdf

 Burke, Monica S made edits
6/9/2025 6:20 PM

 C created this item
6/4/2025 11:37 AM

AR-68

Detention Contract Management Requests (DCM) > Item #366

## DETENTION-RELATED CONTRACT INSTRUCTIONS

The form must be completed in its entirety and each field addressed. The Contracting Officer's Representative (COR) is responsible for working with Field Office leadership, Contract Management Unit (CMU), Custody Management Division (CMD) and the Office of Acquisition Management (OAQ) to ensure all contract actions are processed in a timely manner to maintain access to detention resources and prevent a lapse in service. CORs must ensure all local Field Office authorizations are finalized prior to submission. This form **must** be submitted to CMD no later than **120 days** prior to expected execution of the action. For new contracts the form must be submitted no later than **180 days**.

CMD will review each request, engage with the COR/Field Office (as necessary) and seek ERO Deputy Executive Associate Director approval.   After approval, if needed.  After approval, OAQ will coordinate with CMD and the COR.  A form is required for all detention-related contract actions to include:

- New procurements;
- Implementing a new/renewed agreement, exercising an option year, and changes to guaranteed minimum (GM)/facility operating charge (FOC) requirements;
- Substantive contract modifications and task orders, including but not limited to: changes to a period of performance; physical construction/renovation;, changes to contract terms such as modifying the facility's detention standard (NDS, PBNDS, etc.); changes to rate structure including per diem rates/GMs/FOCs, existing/proposed waivers of individual detention standards;
- Terminations of existing agreements/contracts by ICE, USMS, or local jurisdiction;
- Proposed waivers or exemptions of individual detention standards; and,
- Any RFIs related to detention.

**\*\* A <u>SEPARATE</u> submission is required for 1) each facility and 2) all new contract actions. Note: For contracts with multiple facilities a separate submission is required.**

**\*\*All CORs are responsible for the accuracy of the information provided in this form.**

If there are any questions regarding the form and the requested information, please reach out to ███████████████ .

**Created**

4/17/2025 10:18 AM

## JUSTIFICATION AND APPROVAL

**Please Select all Types of Actions Being Requested:**

Over 30 Days: Emergency Beds - Hold Room - Medical Waiver Request

Please provide a substantive description of the requested action along with a justification which addresses the following:

- Operational purpose & justification
- Please describe how many emergency beds are being requested

AR-69

Required

*OAQ will be extending IGSA while working on New IGSA, approved for six month extension.

ERO Dallas is requesting the following waivers from Custody Management due to the current operational mandated tempo and non-release policy for the next 60 days.

1. **Waiver to Utilize Boat Beds and Cots**
   We are requesting a waiver to utilize 100 boat beds and 100 cots to increase the designated dorm capacity to accommodate the increased population. This is a temporary measure to manage overcrowding and ensure that every detainee has a designated sleeping area.

2. **Waiver for Dorm Toilet and Shower Facilities**
   Due to the rising number of detainees, especially female detainees, we are requesting a waiver related to the toilet and shower facility ratios in the housing units.
   - **4.5 Personal Hygiene (V)(E)(1)**
     - An adequate number of toilets, 24 hours per day, which can be used without staff assistance when detainees are confined to their cells or sleeping areas. ACA Expected Practice 4-ALDF-4B-08 requires that toilets be provided at a minimum ratio of one for every 12 male detainees or one for every 8 female detainees. For males, urinals may be substituted for up to one-half of the toilets. All housing units with three or more detainees must have at least two toilets.
   - **4.5 Personal Hygiene (V)(E)(2)**
     - an adequate number of washbasins with temperature controlled hot and cold running water 24 hours per day. ACA Expected Practice 4-ALDF-4B-08 requires one washbasin for every 12 detainees.
   - **4.5 Personal Hygiene (V)(E)(3)**
     - operable showers that are thermostatically controlled to temperatures between 100 and 120 F degrees, to ensure safety and promote hygienic practices. ACA Expected Practice 4-ALDF-4B-09 requires a minimum ratio of one shower for every 12 detainees.

AR-70

3. **Waiver for Admission and Release Separation Requirements**
   Current standards require that newly admitted detainees be kept separated from the general population until completion of health, housing, and custody classification, not to exceed 12 hours. Due to processing constraints associated with the population surge, we request a waiver allowing extended separation times as needed to complete proper assessments safely and thoroughly.
   - **2.1 Admission and Release (V)(II)(7)**
     - Each newly admitted detainee shall be kept separated from the general population until health, housing and custody classification is completed but not longer than 12 hours.

4. **Waiver for Hold Room Time Limits**
   We are requesting a waiver to extend the current 12-hour time limit for confining detainees in hold rooms. This flexibility will allow for more efficient processing and movement while avoiding undue delays in intake or housing placement.
   - **2.6 Hold Rooms in Detention Facilities (V) (B)**
     - An individual may not be held in a hold room for more than 12 hours.

5. **Waiver for Personal Property Storage**
   We request a waiver regarding the requirement for designated storage areas for detainee property in each housing unit.
   - **2.5 Funds and Personal Property (V)(E)**
     - Every housing area shall have lockers or other securable space for storing detainees authorized personal property. The amount of storage space shall be proportional to the number of detainees assigned to that housing area.

6. **Waiver for Timely Medical Intake Screenings**
   Finally, we are requesting a waiver for the requirement that comprehensive medical, dental, and mental health intake screenings be completed within 12 hours of a detainee's arrival. While we remain committed to timely and thorough screenings, the current volume of intakes may necessitate additional time to ensure quality care but no more than 24 hours. Facility would continue to prioritize chronic care detainees even with an extension to ensure life safety concerns.
   - **4.3 Medical Care (V)(J)**
     - As soon as possible, but no later than 12 hours after arrival, all detainees shall receive, by a health care provider or a specially trained detention officer, an initial medical, dental and mental health screening and be asked for information

AR-71

regarding any known acute or emergent medical conditions.

ERO Dallas' available bedspace is rapidly decreasing for the field office. This is accredited to the current agency posture, expansion of enforcement activities across ERO Dallas Area of Responsibility, and recent receipt of a large number of nationwide cases, that has resulted in a tremendous loss of detention space and increases in the average length of stay. One of the facilities, PDC, is designated as a main detention site for Special High Risk Charters (SHRC).

ERO Dallas houses, and stages, a tremendous number of cases for the whole country, creating a large demand for detention space, with only two of its four facilities housing females (PDC and BBDC included).

ERO Dallas recommends approval of the use of boat beds and cots as well as the requested waivers to allow ERO Dallas, PDC, and BBDC to utilize all available beds that were part of the original facility infrastructure and available space for the immediate accommodation of detention needs.

**Request to Add Case Processing Specialists**

## CONTRACT INFORMATION

**\*\*For new contracts or renewal, provide as much detailed information as possible.  A new form should be submitted once contract terms have been fully negotiated.**

**(New Contracts Only): Please attach an IGCE.**

| Contract Number | Name of Contractor and Subcontractor, if Applicable | Facility Operator |
|---|---|---|
| 70CDCR19DIG000017 | Jones County, TX | MTC |

| Current Task Order Modification Number | AOR | DETLOC |
|---|---|---|
| 70CDCRFIGR00158 | DAL (Dallas) | BLBNATX |

| Facility Name | Facility Type |
|---|---|
| Bluebonnet Detention Facility | IGSA |

| Facility Address | Facility City | Facility State |
|---|---|---|
| 400 East 2nd Street | Anson | Texas |

| Over/Under 72 Hour Facility | Current ICE Bed Space Capacity |
|---|---|
| Over 72 Hour Facility | 1,000 |

| Tablets Provider, if Applicable | Telephone Provider | Medical Provider |
|---|---|---|

AR-72

CONTRACTUALLY OBLIGATED DETENTION STANDARDS AND INSPECTIONS

**All ICE detention contracts are to be modified to the following detention standards:**
Performance-Based National Detention Standards 2011 with 2016 Revision
National Detention Standards 2019
2025 National Detention Standards

**ICE is phasing out the following detention standards:**
Performance-Based National Detention Standards 2000
National Detention Standards 2008
Performance-Based National Detention Standards 2011

**Current Contractually Obligated Detention Standards**

Performance-Based National Detention Standards 2011 with 2016 Revision

**Proposed Standards for this Contract Action**

Performance-Based National Detention Standards 2011 with 2016 Revision

**Other (if applicable)**

**\*Please note that an ODO inspection, ORSA, or Pre-Occupancy report must be on file prior to using any facility.**

**Last ODO Inspection Standard**

PBNDS 2011 w. 2016 Rev.

**Last ODO Inspection Rating**

Superior

**Last ODO Inspection Date**

6/13/2024

**Right Click On Link to Open in a New Tab**
ODO Facility Inspections

**ORSA Inspection**

Select Option

**Last ORSA Inspection Date**

**ORSA Attachment**

No

**Pre-Occupancy Inspection**

Select Option

**Pre-Occupancy Inspection Date**

**Pre-Occupancy Attachment**

No

INDICATE WHETHER THE FOLLOWING REQUIREMENTS ARE IN THE CONTRACT

**DHS Prison Rape Elimination Act**

Yes

**Virtual Attorney Visitation**

Yes

**Transgender Care**

Select Option

POINT(S) OF CONTACT:

**CO Name**

Tobias, Brittany

**CO Program Office**

**CO Email Address**

AR-73



Detention, Compliance & Removals

**COR Name**

**COR Program Office**
ERO Dallas Field Office

**COR Email Address**

**DFOD/FOD Name**

**Field Office Authorizing Official Program Office**
ERO Dallas Field Office

**Field Office Authorizing Official Email Add**

**Attach the base contract, all modifications and IGCE (REQUIRED FOR NEW CONTRACTS), if applicable ******

## APPROVERS

**Custody Management (Group 1)**
Concur

**Action Officer (Group 1)**

**Action Date (Group 1)**
4/17/2025

**Custody Management (Group 2)**
Concur

**Action Officer (Group 2)**

**Action Date (Group 2)**
4/17/2025

**Custody Management (Group 3)**
Concur

**Action Officer (Group 3)**

**Action Date (Group 3)**
4/18/2025

**OSD Budget Validation (Group 4)**
Concur

**Action Officer (Group 4)**

**Action Date (Group 4)**
4/18/2025

**Custody Management (Group 5)**
Concur

AR-74

**Action Officer (Group 5)**



**Action Date (Group 5)**

4/23/2025

**DCM PDF Attached**

No

**Attachments**

- 06.04_IGSA PBNDS 2011_03_2018 JONES COUNTY.pdf
- FOD Concur Email - RE_ ERO Dallas will be requesting waivers for both PDC and BBDC from Custody Management.pdf
- P00038_5.1.1_70CDCR19DIG000017 letter to extend - updated - signed.pdf
- P00039_5.1.1_70CDCR19DIG000017 - ez beds - signed.pdf



Burke, Monica S made edits
4/23/2025 12:14 PM

created this item
4/17/2025 10:18 AM

AR-75

Detention Contract Management Requests (DCM) > Item #365

### DETENTION-RELATED CONTRACT INSTRUCTIONS

The form must be completed in its entirety and each field addressed. The Contracting Officer's Representative (COR) is responsible for working with Field Office leadership, Contract Management Unit (CMU), Custody Management Division (CMD) and the Office of Acquisition Management (OAQ) to ensure all contract actions are processed in a timely manner to maintain access to detention resources and prevent a lapse in service. CORs must ensure all local Field Office authorizations are finalized prior to submission.  This form **must** be submitted to CMD no later than **120 days** prior to expected execution of the action. For new contracts the form must be submitted no later than **180 days**.


CMD will review each request, engage with the COR/Field Office (as necessary) and seek ERO Deputy Executive Associate Director approval.   After approval, if needed.  After approval, OAQ will coordinate with CMD and the COR.  A form is required for all detention-related contract actions to include:

- New procurements;
- Implementing a new/renewed agreement, exercising an option year, and changes to guaranteed minimum (GM)/facility operating charge (FOC) requirements;
- Substantive contract modifications and task orders, including but not limited to: changes to a period of performance; physical construction/renovation;, changes to contract terms such as modifying the facility's detention standard (NDS, PBNDS, etc.); changes to rate structure including per diem rates/GMs/FOCs, existing/proposed waivers of individual detention standards;
- Terminations of existing agreements/contracts by ICE, USMS, or local jurisdiction;
- Proposed waivers or exemptions of individual detention standards; and,
- Any RFIs related to detention.

**\*\* A <u>SEPARATE</u> submission is required for 1) each facility and 2) all new contract actions. Note: For contracts with multiple facilities a separate submission is required.**

**\*\*All CORs are responsible for the accuracy of the information provided in this form.**

If there are any questions regarding the form and the requested information, please reach out to ███████████████ .


**Created**

4/17/2025 9:23 AM

### JUSTIFICATION AND APPROVAL

**Please Select all Types of Actions Being Requested:**

Over 30 Days: Emergency Beds - Hold Room - Medical Waiver Request

Please provide a substantive description of the requested action along with a justification which addresses the following:

- Operational purpose & justification
- Please describe how many emergency beds are being requested

AR-76

Required

ERO Dallas is requesting the following waivers from Custody Management due to the current operational mandated tempo and non-release policy for the next 60 days.

1. **Waiver to Utilize Boat Beds**
   We are requesting a waiver to utilize 100 boat beds to increase the designated dorm capacity to accommodate the increased population. This is a temporary measure to manage overcrowding and ensure that every detainee has a designated sleeping area.

2. **Waiver for Dorm Toilet and Shower Facilities**
   Due to the rising number of detainees, especially female detainees, we are requesting a waiver related to the toilet and shower facility ratios in the housing units.
   - **4.5 Personal Hygiene (V)(E)(1)**
     - An adequate number of toilets, 24 hours per day, which can be used without staff assistance when detainees are confined to their cells or sleeping areas. ACA Expected Practice 4-ALDF-4B-08 requires that toilets be provided at a minimum ratio of one for every 12 male detainees or one for every 8 female detainees. For males, urinals may be substituted for up to one-half of the toilets. All housing units with three or more detainees must have at least two toilets.
   - **4.5 Personal Hygiene (V)(E)(2)**
     - an adequate number of washbasins with temperature controlled hot and cold running water 24 hours per day. ACA Expected Practice 4-ALDF-4B-08 requires one washbasin for every 12 detainees.
   - **4.5 Personal Hygiene (V)(E)(3)**
     - operable showers that are thermostatically controlled to temperatures between 100 and 120 F degrees, to ensure safety and promote hygienic practices. ACA Expected Practice 4-ALDF-4B-09 requires a minimum ratio of one shower for every 12 detainees.

3. **Waiver for Admission and Release Separation Requirements**
   Current standards require that newly admitted detainees be kept separated from the general population until completion of health, housing, and

AR-77

custody classification, not to exceed 12 hours. Due to processing constraints associated with the population surge, we request a waiver allowing extended separation times as needed to complete proper assessments safely and thoroughly.

- **2.1 Admission and Release (V)(II)(7)**
  - Each newly admitted detainee shall be kept separated from the general population until health, housing and custody classification is completed but not longer than 12 hours.

4. **Waiver for Hold Room Time Limits**
   We are requesting a waiver to extend the current 12-hour time limit for confining detainees in hold rooms. This flexibility will allow for more efficient processing and movement while avoiding undue delays in intake or housing placement.
   - **2.6 Hold Rooms in Detention Facilities (V)(B)**
     - An individual may not be held in a hold room for more than 12 hours.

5. **Waiver for Personal Property Storage**
   We request a waiver regarding the requirement for designated storage areas for detainee property in each housing unit.
   - **2.5 Funds and Personal Property (V)(E)**
     - Every housing area shall have lockers or other securable space for storing detainees authorized personal property. The amount of storage space shall be proportional to the number of detainees assigned to that housing area.

6. **Waiver for Timely Medical Intake Screenings**
   Finally, we are requesting a waiver for the requirement that comprehensive medical, dental, and mental health intake screenings be completed within 12 hours of a detainee's arrival. While we remain committed to timely and thorough screenings, the current volume of intakes may necessitate additional time to ensure quality care but no more than 24 hours.  Facility would continue to prioritize chronic care detainees even with an extension to ensure life safety concerns.
   - **4.3 Medical Care (V)(J)**
     - As soon as possible, but no later than 12 hours after arrival, all detainees shall receive, by a health care provider or a specially trained detention officer, an initial medical, dental and mental health screening and be asked for information regarding any known acute or emergent medical conditions.

AR-78

ERO Dallas' available bedspace is rapidly decreasing for the field office. This is accredited to the current agency posture, expansion of enforcement activities across ERO Dallas Area of Responsibility, and recent receipt of a large number of nationwide cases, that has resulted in a tremendous loss of detention space and increases in the average length of stay. One of the facilities, PDC, is designated as a main detention site for Special High Risk Charters (SHRC).

ERO Dallas houses, and stages, a tremendous number of cases for the whole country, creating a large demand for detention space, with only two of its four facilities housing females (PDC and BBDC included).

ERO Dallas recommends approval of the use of boat beds and cots as well as the requested waivers to allow ERO Dallas, PDC, and BBDC to utilize all available beds that were part of the original facility infrastructure and available space for the immediate accommodation of detention needs.

**Request to Add Case Processing Specialists**

## CONTRACT INFORMATION

**\*\*For new contracts or renewal, provide as much detailed information as possible.  A new form should be submitted once contract terms have been fully negotiated.**

**(New Contracts Only): Please attach an IGCE.**

| Contract Number | Name of Contractor and Subcontractor, if Applicable | Facility Operator |
|---|---|---|
| 70CDCR24DIG000021 | City of Alvarado | LaSalle Corrections |

| Current Task Order Modification Number | AOR | DETLOC |
|---|---|---|
| 70CDCR24FIGR00169 | DAL (Dallas) | PRLDCTX |

| Facility Name | Facility Type |
|---|---|
| Prairieland Detention Center | IGSA |

| Facility Address | Facility City | Facility State |
|---|---|---|
| 1209 Sunflower Lane | Alvarado | Texas |

| Over/Under 72 Hour Facility | Current ICE Bed Space Capacity |
|---|---|
| Over 72 Hour Facility | 766 |

| Tablets Provider, if Applicable | Telephone Provider | Medical Provider |
|---|---|---|

## CONTRACTUALLY OBLIGATED DETENTION STANDARDS AND INSPECTIONS

**All ICE detention contracts are to be modified to the following detention standards:**

**ICE is phasing out the following detention standards:**
Performance-Based National Detention Standards

**AR-79**

Performance-Based National Detention Standards 2011    2000
with 2016 Revision
National Detention Standards 2019
2025 National Detention Standards

National Detention Standards 2008
Performance-Based National Detention Standards 2011

**Current Contractually Obligated Detention Standards**

Performance-Based National Detention Standards 2011
with 2016 Revision

**Proposed Standards for this Contract Action**

Performance-Based National Detention Standards 2011
with 2016 Revision

**Other (if applicable)**

**\*Please note that an ODO
inspection, ORSA, or
Pre-Occupancy report must be on
file prior to using any facility.**

**Last ODO Inspection Standard**       **Last ODO Inspection Rating**       **Last ODO Inspection Date**

PBNDS 2011 w. 2016 Rev.               Acceptable                          12/19/2024

**Right Click On Link to Open
in a New Tab**
ODO Facility
Inspections

**ORSA Inspection**           **Last ORSA Inspection Date**   **ORSA Attachment**

Select Option                                                No

**Pre-Occupancy Inspection**   **Pre-Occupancy Inspection Date**   **Pre-Occupancy Attachment**

Select Option                                                No

## INDICATE WHETHER THE FOLLOWING REQUIREMENTS ARE IN THE CONTRACT

**DHS Prison Rape Elimination Act**

Yes

**Virtual Attorney Visitation**

Yes

**Transgender Care**

Select Option

## POINT(S) OF CONTACT:

**CO Name**                    **CO Program Office**                **CO Email Address**

                               Detention Compliance & Removal

**COR Name**                   **COR Program Office**               **COR Email Address**

AR-80



ERO Dallas Field Office

**DFOD/FOD Name**



**Field Office Authorizing Official Program Office** **Field Office Authorizing Official Email Add**

ERO Dallas Field Office

**Attach the base contract, all modifications and IGCE (REQUIRED FOR NEW CONTRACTS), if applicable \*\*\*\***

APPROVERS

**Custody Management (Group 1)**

Concur

**Action Officer (Group 1)**                          **Action Date (Group 1)**

                                 4/17/2025

**Custody Management (Group 2)**

Concur

**Action Officer (Group 2)**                          **Action Date (Group 2)**

                                 4/17/2025

**Custody Management (Group 3)**

Concur

**Action Officer (Group 3)**                          **Action Date (Group 3)**

                                 4/18/2025

**OSD Budget Validation (Group 4)**

Concur

**Action Officer (Group 4)**                          **Action Date (Group 4)**

                                 4/18/2025

**Custody Management (Group 5)**

Concur

**Action Officer (Group 5)**                          **Action Date (Group 5)**

                                 4/23/2025

AR-81

**DCM PDF Attached**

No

**Attachments**

📄 5.7-IGSA 70CDCR24DIG000021.pdf

📄 FOD Concur Email - RE_ ERO Dallas will be requesting waivers for both PDC and BBDC from Custody Management.pdf

📄 P00001_5.1.1_70CDCR24DIG000021 Signed.pdf

 Burke, Monica S made edits
4/23/2025 12:21 PM

 █████████ created this item
4/17/2025 9:23 AM

AR-82

Detention Contract Management Requests (DCM) > Item #309

## DETENTION-RELATED CONTRACT INSTRUCTIONS

The form must be completed in its entirety and each field addressed. The Contracting Officer's Representative (COR) is responsible for working with Field Office leadership, Contract Management Unit (CMU), Custody Management Division (CMD) and the Office of Acquisition Management (OAQ) to ensure all contract actions are processed in a timely manner to maintain access to detention resources and prevent a lapse in service. CORs must ensure all local Field Office authorizations are finalized prior to submission.  This form **must** be submitted to CMD no later than **120 days** prior to expected execution of the action. For new contracts the form must be submitted no later than **180 days**.

CMD will review each request, engage with the COR/Field Office (as necessary) and seek ERO Deputy Executive Associate Director approval.   After approval, if needed.  After approval, OAQ will coordinate with CMD and the COR.  A form is required for all detention-related contract actions to include:

- New procurements;
- Implementing a new/renewed agreement, exercising an option year, and changes to guaranteed minimum (GM)/facility operating charge (FOC) requirements;
- Substantive contract modifications and task orders, including but not limited to: changes to a period of performance; physical construction/renovation;, changes to contract terms such as modifying the facility's detention standard (NDS, PBNDS, etc.); changes to rate structure including per diem rates/GMs/FOCs, existing/proposed waivers of individual detention standards;
- Terminations of existing agreements/contracts by ICE, USMS, or local jurisdiction;
- Proposed waivers or exemptions of individual detention standards; and,
- Any RFIs related to detention.

**\*\* A <u>SEPARATE</u> submission is required for 1) each facility and 2) all new contract actions. Note: For contracts with multiple facilities a separate submission is required.**

**\*\*All CORs are responsible for the accuracy of the information provided in this form.**

If there are any questions regarding the form and the requested information, please reach out to ███████████████.

**Created**

3/21/2025 1:49 PM

## JUSTIFICATION AND APPROVAL

**Please Select all Types of Actions Being Requested:**

Over 30 Days: Emergency Beds - Hold Room - Medical Waiver Request

Please provide a substantive description of the requested action along with a justification which addresses the following:

- Operational purpose & justification
- Please describe how many emergency beds are being requested

AR-83

Required

**Purpose** To provide the facility with a waiver for the following twelve (12) sections of the PBNDS 2011, with 2016 enhancements, plus a general authorization to exceed their established physical bed capacity.

Waivers requested for the following:
• EMERGENCY BEDDING - Waiver requested to exceed the physical bed capacity while still maintaining a safe and secure detention environment.
1) 2.1 Admission & Release - All 12-hour intake processing/screening/orientation requirements to be waived
2) 2.2 Custody Classification System - All 12-hour classification requirements to be waived
3) 2.5 Funds & Personal Property - All 12-hour intake processing/screening requirements to be waived
4) 2.6 Hold Rooms - All 12-hour requirements for hold rooms to be waived
5) 2.11 Sexual Abuse and Abuse Prevention and Intervention - All 12-hour intake assessment requirements to be waived
6) 4.3 Medical Care - All 12-hour requirements for intake processing/screening/orientation to be waived.
7) 4.5 Personal Hygiene - All 12-hour intake processing/screening requirements to be waived
8) 4.6 Significant Self-Harm and Suicide Prevention and Intervention - All 12-hour Mental Health Assessments to be waived
9) 4.8 Disability Identification, Assessment, and Accommodation - All 12-hour intake screening requirements to be waived
10) 4.3 Medical Care - All ratio of toilets/showers/sinks requested to be waived
11) 4.5 Personal Hygiene - All ratio of toilets/showers/sinks requested to be waived
12) 5.6 Telephone Access - All ratio of telephones to be waived

**Background** The New Orleans Field Office has traditionally accommodated approximately 25% of the agency's detained alien population. This detention serves both aliens undergoing removal proceedings and staging aliens from most other Field Offices for removal via ICE Air Operations. With the President's National Emergency declaration and an aggressive shift in enforcement activities that the Department has undertaken as part of this declaration, the need for detention space has exceeded the Field Office's capacity or physical plant capability of any given detention facility.

AR-84

**Discussion** Given the increased demand and emergent need for detention space, ERO New Orleans is requesting authorization for the above-named facility to exceed the establish bed capacity. Exceeding the bed capacity would not be utilized to reflect "available beds," and would only be utilized to accommodate the now more common circumstances, of when beds are not available to accommodate those scheduled to arrive. With approval to exceed the established bed capacity, the facility will maintain a safe and secure environment, but will utilize emergency bedding such as "cots," "boat beds," etc. Approval of emergency bedding will also require a waiver for the twelve (12) PBNDS 2011 standards cited above.

**Recommendation:** ERO New Orleans recommends approval of a waiver for the facility to exceed the bed capacity, utilize emergency bedding, and for the twelve sections of the PBNDS 2011 stated above. Duration for the waiver will be at the discretion of the Assistant Director for the Custody Management Division.

**Request to Add Case Processing Specialists**

## CONTRACT INFORMATION

**\*\*For new contracts or renewal, provide as much detailed information as possible.  A new form should be submitted once contract terms have been fully negotiated.**

**(New Contracts Only): Please attach an IGCE.**

| Contract Number | Name of Contractor and Subcontractor, if Applicable | Facility Operator |
|---|---|---|
| EROIGSA-15-0009 | Allen Parish of | Allen Parish of |

| Current Task Order Modification Number | AOR | DETLOC |
|---|---|---|
| 70CDCR24FIGR00167 | NOL (New Orleans) | APPSCLA |

| Facility Name | Facility Type | |
|---|---|---|
| ALLEN PARISH PUBLIC SAFETY COMPLEX | IGSA | |

| Facility Address | Facility City | Facility State |
|---|---|---|
| 7340 HIGHWAY 26 WEST | OBERLIN | Louisiana |

| Over/Under 72 Hour Facility | Current ICE Bed Space Capacity | |
|---|---|---|
| Select Option | 420 | |

| Tablets Provider, if Applicable | Telephone Provider | Medical Provider |
|---|---|---|

AR-85

CONTRACTUALLY OBLIGATED DETENTION STANDARDS AND INSPECTIONS

**All ICE detention contracts are to be modified to the following detention standards:**

Performance-Based National Detention Standards 2011 with 2016 Revision
National Detention Standards 2019
2025 National Detention Standards

**ICE is phasing out the following detention standards:**

Performance-Based National Detention Standards 2000
National Detention Standards 2008
Performance-Based National Detention Standards 2011

**Current Contractually Obligated Detention Standards**

Performance-Based National Detention Standards 2011 with 2016 Revision

**Proposed Standards for this Contract Action**

No Changes Required

**Other (if applicable)**

**\*Please note that an ODO inspection, ORSA, or Pre-Occupancy report must be on file prior to using any facility.**

| Last ODO Inspection Standard | Last ODO Inspection Rating | Last ODO Inspection Date |
|---|---|---|
| PBNDS 2011 w. 2016 Rev. | Acceptable | 12/12/2024 |

**Right Click On Link to Open in a New Tab**
ODO Facility Inspections

| ORSA Inspection | Last ORSA Inspection Date | ORSA Attachment |
|---|---|---|
| Select Option | | No |

| Pre-Occupancy Inspection | Pre-Occupancy Inspection Date | Pre-Occupancy Attachment |
|---|---|---|
| Select Option | | No |

INDICATE WHETHER THE FOLLOWING REQUIREMENTS ARE IN THE CONTRACT

**DHS Prison Rape Elimination Act**

Yes

**Virtual Attorney Visitation**

Yes

**Transgender Care**

Yes

POINT(S) OF CONTACT:

| CO Name | CO Program Office | CO Email Address |
|---|---|---|
| ███████ | | |

AR-86

OAQ

**COR Name**

**COR Program Office**

NOL

**COR Email Address**

**DFOD/FOD Name**

**Field Office Authorizing Official Program Office**

NOL

**Field Office Authorizing Official Email Add**

<span style="color:red">**Attach the base contract, all modifications and IGCE (REQUIRED FOR NEW CONTRACTS), if applicable \*\*\*\***</span>

APPROVERS

**Custody Management (Group 1)**

Concur

**Action Officer (Group 1)**

**Action Date (Group 1)**

3/21/2025

**Custody Management (Group 2)**

Concur

**Action Officer (Group 2)**

**Action Date (Group 2)**

3/21/2025

**Custody Management (Group 3)**

Concur

**Action Officer (Group 3)**

**Action Date (Group 3)**

3/21/2025

**OSD Budget Validation (Group 4)**

Concur

**Action Officer (Group 4)**

**Action Date (Group 4)**

3/25/2025

**Custody Management (Group 5)**

Concur

AR-87

**Action Officer (Group 5)**

 ██████████

**Action Date (Group 5)**

4/23/2025

**DCM PDF Attached**

No

**Attachments**

📄 Allen Parish Public Safety Complex Bed Waivers.pdf

Burke, Monica S made edits
4/23/2025 1:18 PM

██████████ created this item
3/21/2025 1:49 PM

AR-88

Detention Contract Management Requests (DCM) > Item #307

## DETENTION-RELATED CONTRACT INSTRUCTIONS

The form must be completed in its entirety and each field addressed. The Contracting Officer's Representative (COR) is responsible for working with Field Office leadership, Contract Management Unit (CMU), Custody Management Division (CMD) and the Office of Acquisition Management (OAQ) to ensure all contract actions are processed in a timely manner to maintain access to detention resources and prevent a lapse in service. CORs must ensure all local Field Office authorizations are finalized prior to submission.  This form **must** be submitted to CMD no later than **120 days** prior to expected execution of the action. For new contracts the form must be submitted no later than **180 days**.

CMD will review each request, engage with the COR/Field Office (as necessary) and seek ERO Deputy Executive Associate Director approval.   After approval, if needed.  After approval, OAQ will coordinate with CMD and the COR.  A form is required for all detention-related contract actions to include:

- New procurements;
- Implementing a new/renewed agreement, exercising an option year, and changes to guaranteed minimum (GM)/facility operating charge (FOC) requirements;
- Substantive contract modifications and task orders, including but not limited to: changes to a period of performance; physical construction/renovation;, changes to contract terms such as modifying the facility's detention standard (NDS, PBNDS, etc.); changes to rate structure including per diem rates/GMs/FOCs, existing/proposed waivers of individual detention standards;
- Terminations of existing agreements/contracts by ICE, USMS, or local jurisdiction;
- Proposed waivers or exemptions of individual detention standards; and,
- Any RFIs related to detention.

**\*\* A <u>SEPARATE</u> submission is required for 1) each facility and 2) all new contract actions. Note: For contracts with multiple facilities a separate submission is required.**

**\*\*All CORs are responsible for the accuracy of the information provided in this form.**

If there are any questions regarding the form and the requested information, please reach out to ▉▉▉▉▉▉▉▉▉▉▉▉.

**Created**

3/21/2025 12:19 PM

## JUSTIFICATION AND APPROVAL

**Please Select all Types of Actions Being Requested:**

Over 30 Days: Emergency Beds - Hold Room - Medical Waiver Request

Please provide a substantive description of the requested action along with a justification which addresses the following:

- Operational purpose & justification
- Please describe how many emergency beds are being requested

AR-89

Required

**Purpose** To provide the facility with a waiver for the following twelve (12) sections of the PBNDS 2011, with 2016 enhancements, plus a general authorization to exceed their established physical bed capacity.

Waivers requested for the following:
• EMERGENCY BEDDING - Waiver requested to exceed the physical bed capacity while still maintaining a safe and secure detention environment.
1) 2.1 Admission & Release - All 12-hour intake processing/screening/orientation requirements to be waived
2) 2.2 Custody Classification System - All 12-hour classification requirements to be waived
3) 2.5 Funds & Personal Property - All 12-hour intake processing/screening requirements to be waived
4) 2.6 Hold Rooms - All 12-hour requirements for hold rooms to be waived
5) 2.11 Sexual Abuse and Abuse Prevention and Intervention - All 12-hour intake assessment requirements to be waived
6) 4.3 Medical Care - All 12-hour requirements for intake processing/screening/orientation to be waived.
7) 4.5 Personal Hygiene - All 12-hour intake processing/screening requirements to be waived
8) 4.6 Significant Self-Harm and Suicide Prevention and Intervention - All 12-hour Mental Health Assessments to be waived
9) 4.8 Disability Identification, Assessment, and Accommodation - All 12-hour intake screening requirements to be waived
10) 4.3 Medical Care - All ratio of toilets/showers/sinks requested to be waived
11) 4.5 Personal Hygiene - All ratio of toilets/showers/sinks requested to be waived
12) 5.6 Telephone Access - All ratio of telephones to be waived

**Background** The New Orleans Field Office has traditionally accommodated approximately 25% of the agency's detained alien population. This detention serves both aliens undergoing removal proceedings and staging aliens from most other Field Offices for removal via ICE Air Operations. With the President's National Emergency declaration and an aggressive shift in enforcement activities that the Department has undertaken as part of this declaration, the need for detention space has exceeded the Field Office's capacity or physical plant capability of any given detention facility.

AR-90

**Discussion** Given the increased demand and emergent need for detention space, ERO New Orleans is requesting authorization for the above-named facility to exceed the establish bed capacity. Exceeding the bed capacity would not be utilized to reflect "available beds," and would only be utilized to accommodate the now more common circumstances, of when beds are not available to accommodate those scheduled to arrive. With approval to exceed the established bed capacity, the facility will maintain a safe and secure environment, but will utilize emergency bedding such as "cots," "boat beds," etc. Approval of emergency bedding will also require a waiver for the twelve (12) PBNDS 2011 standards cited above.

**Recommendation:** ERO New Orleans recommends approval of a waiver for the facility to exceed the bed capacity, utilize emergency bedding, and for the twelve sections of the PBNDS 2011 stated above. Duration for the waiver will be at the discretion of the Assistant Director for the Custody Management Division.

**Request to Add Case Processing Specialists**

## CONTRACT INFORMATION

**For new contracts or renewal, provide as much detailed information as possible.  A new form should be submitted once contract terms have been fully negotiated.**

**(New Contracts Only): Please attach an IGCE.**

| Contract Number | Name of Contractor and Subcontractor, if Applicable | Facility Operator |
|---|---|---|
| EROIGSA-15-0006 | GEO Group | Evangeline Parish Sheriff's Office |

| Current Task Order Modification Number | AOR | DETLOC |
|---|---|---|
| 70CDCR24FIGR00132 | NOL (New Orleans) | PINEPLA |

| Facility Name | Facility Type | |
|---|---|---|
| Pine Prairie ICE Processing Center | DIGSA | |

| Facility Address | Facility City | Facility State |
|---|---|---|
| 1133 Hampton Dupre Rd | Pine Prairie | Louisiana |

| Over/Under 72 Hour Facility | Current ICE Bed Space Capacity | |
|---|---|---|
| Over 72 Hour Facility | 500 | |

| Tablets Provider, if Applicable | Telephone Provider | Medical Provider |
|---|---|---|

AR-91

## CONTRACTUALLY OBLIGATED DETENTION STANDARDS AND INSPECTIONS

**All ICE detention contracts are to be modified to the following detention standards:**
Performance-Based National Detention Standards 2011 with 2016 Revision
National Detention Standards 2019
2025 National Detention Standards

**ICE is phasing out the following detention standards:**
Performance-Based National Detention Standards 2000
National Detention Standards 2008
Performance-Based National Detention Standards 2011

**Current Contractually Obligated Detention Standards**
Performance-Based National Detention Standards 2011 with 2016 Revision

**Proposed Standards for this Contract Action**
No Changes Required

**Other (if applicable)**

**\*Please note that an ODO inspection, ORSA, or Pre-Occupancy report must be on file prior to using any facility.**

**Last ODO Inspection Standard**
PBNDS 2011 w. 2016 Rev.

**Last ODO Inspection Rating**
Acceptable

**Last ODO Inspection Date**
8/1/2024

**Right Click On Link to Open in a New Tab**
ODO Facility Inspections

**ORSA Inspection**
Select Option

**Last ORSA Inspection Date**

**ORSA Attachment**
No

**Pre-Occupancy Inspection**
Select Option

**Pre-Occupancy Inspection Date**

**Pre-Occupancy Attachment**
No

## INDICATE WHETHER THE FOLLOWING REQUIREMENTS ARE IN THE CONTRACT

**DHS Prison Rape Elimination Act**
Yes

**Virtual Attorney Visitation**
Yes

**Transgender Care**
Select Option

## POINT(S) OF CONTACT:

**CO Name**

**CO Program Office**

**CO Email Address**

AR-92

OAQ

**COR Name**

**COR Program Office**

NOL

**COR Email Address**

**DFOD/FOD Name**

**Field Office Authorizing Official Program Office** **Field Office Authorizing Official Email Add**

NOL

**Attach the base contract, all modifications and IGCE (REQUIRED FOR NEW CONTRACTS), if applicable \*\*\*\***

## APPROVERS

**Custody Management (Group 1)**

Concur

**Action Officer (Group 1)**

**Action Date (Group 1)**

3/21/2025

**Custody Management (Group 2)**

Concur

**Action Officer (Group 2)**

**Action Date (Group 2)**

3/21/2025

**Custody Management (Group 3)**

Concur

**Action Officer (Group 3)**

**Action Date (Group 3)**

3/21/2025

**OSD Budget Validation (Group 4)**

Concur

**Action Officer (Group 4)**

**Action Date (Group 4)**

3/25/2025

**Custody Management (Group 5)**

Concur

AR-93

**Action Officer (Group 5)**

 ███████████

**Action Date (Group 5)**

4/23/2025

**DCM PDF Attached**

No

**Attachments**

📄 Pine Prairie ICE Processing Center Bed Waivers.pdf

Burke, Monica S made edits
4/23/2025 1:11 PM

█████████ created this item
3/21/2025 12:19 PM

AR-94

Detention Contract Management Requests (DCM) > Item #306

## DETENTION-RELATED CONTRACT INSTRUCTIONS

The form must be completed in its entirety and each field addressed. The Contracting Officer's Representative (COR) is responsible for working with Field Office leadership, Contract Management Unit (CMU), Custody Management Division (CMD) and the Office of Acquisition Management (OAQ) to ensure all contract actions are processed in a timely manner to maintain access to detention resources and prevent a lapse in service. CORs must ensure all local Field Office authorizations are finalized prior to submission.  This form **must** be submitted to CMD no later than **120 days** prior to expected execution of the action. For new contracts the form must be submitted no later than **180 days**.

CMD will review each request, engage with the COR/Field Office (as necessary) and seek ERO Deputy Executive Associate Director approval.   After approval, if needed.  After approval, OAQ will coordinate with CMD and the COR.  A form is required for all detention-related contract actions to include:

- New procurements;
- Implementing a new/renewed agreement, exercising an option year, and changes to guaranteed minimum (GM)/facility operating charge (FOC) requirements;
- Substantive contract modifications and task orders, including but not limited to: changes to a period of performance; physical construction/renovation;, changes to contract terms such as modifying the facility's detention standard (NDS, PBNDS, etc.); changes to rate structure including per diem rates/GMs/FOCs, existing/proposed waivers of individual detention standards;
- Terminations of existing agreements/contracts by ICE, USMS, or local jurisdiction;
- Proposed waivers or exemptions of individual detention standards; and,
- Any RFIs related to detention.

**\*\* A <u>SEPARATE</u> submission is required for 1) each facility and 2) all new contract actions. Note: For contracts with multiple facilities a separate submission is required.**

**\*\*All CORs are responsible for the accuracy of the information provided in this form.**

If there are any questions regarding the form and the requested information, please reach out to ██████████████ .

**Created**

3/21/2025 12:01 PM

## JUSTIFICATION AND APPROVAL

**Please Select all Types of Actions Being Requested:**

Over 30 Days: Emergency Beds - Hold Room - Medical Waiver Request

Please provide a substantive description of the requested action along with a justification which addresses the following:

- Operational purpose & justification
- Please describe how many emergency beds are being requested

AR-95

Required

**Purpose** To provide the facility with a waiver for the following twelve (12) sections of the PBNDS 2011, with 2016 enhancements, plus a general authorization to exceed their established physical bed capacity.

Waivers requested for the following:
• EMERGENCY BEDDING - Waiver requested to exceed the physical bed capacity while still maintaining a safe and secure detention environment.
1) 2.1 Admission & Release - All 12-hour intake processing/screening/orientation requirements to be waived
2) 2.2 Custody Classification System - All 12-hour classification requirements to be waived
3) 2.5 Funds & Personal Property - All 12-hour intake processing/screening requirements to be waived
4) 2.6 Hold Rooms - All 12-hour requirements for hold rooms to be waived
5) 2.11 Sexual Abuse and Abuse Prevention and Intervention - All 12-hour intake assessment requirements to be waived
6) 4.3 Medical Care - All 12-hour requirements for intake processing/screening/orientation to be waived.
7) 4.5 Personal Hygiene - All 12-hour intake processing/screening requirements to be waived
8) 4.6 Significant Self-Harm and Suicide Prevention and Intervention - All 12-hour Mental Health Assessments to be waived
9) 4.8 Disability Identification, Assessment, and Accommodation - All 12-hour intake screening requirements to be waived
10) 4.3 Medical Care - All ratio of toilets/showers/sinks requested to be waived
11) 4.5 Personal Hygiene - All ratio of toilets/showers/sinks requested to be waived
12) 5.6 Telephone Access - All ratio of telephones to be waived

**Background** The New Orleans Field Office has traditionally accommodated approximately 25% of the agency's detained alien population. This detention serves both aliens undergoing removal proceedings and staging aliens from most other Field Offices for removal via ICE Air Operations. With the President's National Emergency declaration and an aggressive shift in enforcement activities that the Department has undertaken as part of this declaration, the need for detention space has exceeded the Field Office's capacity or physical plant capability of any given detention facility.

AR-96

**Discussion** Given the increased demand and emergent need for detention space, ERO New Orleans is requesting authorization for the above-named facility to exceed the establish bed capacity. Exceeding the bed capacity would not be utilized to reflect "available beds," and would only be utilized to accommodate the now more common circumstances, of when beds are not available to accommodate those scheduled to arrive. With approval to exceed the established bed capacity, the facility will maintain a safe and secure environment, but will utilize emergency bedding such as "cots," "boat beds," etc. Approval of emergency bedding will also require a waiver for the twelve (12) PBNDS 2011 standards cited above.

**Recommendation:** ERO New Orleans recommends approval of a waiver for the facility to exceed the bed capacity, utilize emergency bedding, and for the twelve sections of the PBNDS 2011 stated above. Duration for the waiver will be at the discretion of the Assistant Director for the Custody Management Division.

**Request to Add Case Processing Specialists**

## CONTRACT INFORMATION

**\*\*For new contracts or renewal, provide as much detailed information as possible.  A new form should be submitted once contract terms have been fully negotiated.**

**(New Contracts Only): Please attach an IGCE.**

| Contract Number | Name of Contractor and Subcontractor, if Applicable | Facility Operator |
|---|---|---|
| EROIGSA-15_0006 | GEO | Evangeline Parish Sheriff's Office |

| Current Task Order Modification Number | AOR | DETLOC |
|---|---|---|
| 70CDCR24FIGR00138 | NOL (New Orleans) | BASILLA |

| Facility Name | Facility Type | |
|---|---|---|
| South Louisiana Correctional Center | DIGSA | |

| Facility Address | Facility City | Facility State |
|---|---|---|
| 3843 Stagg Avenue | Ville Platte, | Louisiana |

| Over/Under 72 Hour Facility | Current ICE Bed Space Capacity | |
|---|---|---|
| Select Option | 1,000 | |

| Tablets Provider, if Applicable | Telephone Provider | Medical Provider |
|---|---|---|

AR-97

## CONTRACTUALLY OBLIGATED DETENTION STANDARDS AND INSPECTIONS

**All ICE detention contracts are to be modified to the following detention standards:**

Performance-Based National Detention Standards 2011 with 2016 Revision
National Detention Standards 2019
2025 National Detention Standards

**ICE is phasing out the following detention standards:**
Performance-Based National Detention Standards 2000
National Detention Standards 2008
Performance-Based National Detention Standards 2011

**Current Contractually Obligated Detention Standards**

Performance-Based National Detention Standards 2011 with 2016 Revision

**Proposed Standards for this Contract Action**

No Changes Required

**Other (if applicable)**

**\*Please note that an ODO inspection, ORSA, or Pre-Occupancy report must be on file prior to using any facility.**

**Last ODO Inspection Standard**

PBNDS 2011 w. 2016 Rev.

**Last ODO Inspection Rating**

Superior

**Last ODO Inspection Date**

8/29/2024

**Right Click On Link to Open in a New Tab**

ODO Facility Inspections

**ORSA Inspection**

Select Option

**Last ORSA Inspection Date**

**ORSA Attachment**

No

**Pre-Occupancy Inspection**

Select Option

**Pre-Occupancy Inspection Date**

**Pre-Occupancy Attachment**

No

## INDICATE WHETHER THE FOLLOWING REQUIREMENTS ARE IN THE CONTRACT

**DHS Prison Rape Elimination Act**

Yes

**Virtual Attorney Visitation**

Yes

**Transgender Care**

Yes

## POINT(S) OF CONTACT:

**CO Name**

██████████

**CO Program Office**

**CO Email Address**

AR-98

OAQ

**COR Name**



**COR Program Office**

NOL

**COR Email Address**

**DFOD/FOD Name**

**Field Office Authorizing Official Program Office**

NOL

**Field Office Authorizing Official Email Add**

**Attach the base contract, all modifications and IGCE (REQUIRED FOR NEW CONTRACTS), if applicable \*\*\*\***

APPROVERS

**Custody Management (Group 1)**

Concur

**Action Officer (Group 1)**

**Action Date (Group 1)**

3/21/2025

**Custody Management (Group 2)**

Concur

**Action Officer (Group 2)**

**Action Date (Group 2)**

3/21/2025

**Custody Management (Group 3)**

Concur

**Action Officer (Group 3)**

**Action Date (Group 3)**

3/21/2025

**OSD Budget Validation (Group 4)**

Concur

**Action Officer (Group 4)**

**Action Date (Group 4)**

3/25/2025

**Custody Management (Group 5)**

Concur

AR-99

**Action Officer (Group 5)**



Burke, Monica S

████████████

**Action Date (Group 5)**

4/8/2025

**DCM PDF Attached**

No

**Attachments**

 📄 South Louisiana ICE Processing Center Bed **Waivers**.pdf

Burke, Monica S made edits
4/8/2025 4:43 PM

████████ created this item
3/21/2025 12:01 PM

AR-100

Detention Contract Management Requests (DCM) > Item #299

## DETENTION-RELATED CONTRACT INSTRUCTIONS

The form must be completed in its entirety and each field addressed. The Contracting Officer's Representative (COR) is responsible for working with Field Office leadership, Contract Management Unit (CMU), Custody Management Division (CMD) and the Office of Acquisition Management (OAQ) to ensure all contract actions are processed in a timely manner to maintain access to detention resources and prevent a lapse in service. CORs must ensure all local Field Office authorizations are finalized prior to submission.  This form **must** be submitted to CMD no later than **120 days** prior to expected execution of the action. For new contracts the form must be submitted no later than **180 days**.

CMD will review each request, engage with the COR/Field Office (as necessary) and seek ERO Deputy Executive Associate Director approval.   After approval, if needed.  After approval, OAQ will coordinate with CMD and the COR.  A form is required for all detention-related contract actions to include:

- New procurements;
- Implementing a new/renewed agreement, exercising an option year, and changes to guaranteed minimum (GM)/facility operating charge (FOC) requirements;
- Substantive contract modifications and task orders, including but not limited to: changes to a period of performance; physical construction/renovation;, changes to contract terms such as modifying the facility's detention standard (NDS, PBNDS, etc.); changes to rate structure including per diem rates/GMs/FOCs, existing/proposed waivers of individual detention standards;
- Terminations of existing agreements/contracts by ICE, USMS, or local jurisdiction;
- Proposed waivers or exemptions of individual detention standards; and,
- Any RFIs related to detention.

**\*\* A <u>SEPARATE</u> submission is required for 1) each facility and 2) all new contract actions. Note: For contracts with multiple facilities a separate submission is required.**

**\*\*All CORs are responsible for the accuracy of the information provided in this form.**

If there are any questions regarding the form and the requested information, please reach out to ███████████████.

**Created**

3/21/2025 8:25 AM

## JUSTIFICATION AND APPROVAL

**Please Select all Types of Actions Being Requested:**
Over 30 Days: Emergency Beds - Hold Room - Medical Waiver Request

Please provide a substantive description of the requested action along with a justification which addresses the following:

- Operational purpose & justification
- Please describe how many emergency beds are being requested

AR-101

**Required**

**Purpose** To provide the facility with a waiver for the following twelve (12) sections of the PBNDS 2011, with 2016 enhancements, plus a general authorization to exceed their established physical bed capacity.

Waivers requested for the following:
• EMERGENCY BEDDING - Waiver requested to exceed the physical bed capacity while still maintaining a safe and secure detention environment.
1) 2.1 Admission & Release - All 12-hour intake processing/screening/orientation requirements to be waived
2) 2.2 Custody Classification System - All 12-hour classification requirements to be waived
3) 2.5 Funds & Personal Property - All 12-hour intake processing/screening requirements to be waived
4) 2.6 Hold Rooms - All 12-hour requirements for hold rooms to be waived
5) 2.11 Sexual Abuse and Abuse Prevention and Intervention - All 12-hour intake assessment requirements to be waived
6) 4.3 Medical Care - All 12-hour requirements for intake processing/screening/orientation to be waived.
7) 4.5 Personal Hygiene - All 12-hour intake processing/screening requirements to be waived
8) 4.6 Significant Self-Harm and Suicide Prevention and Intervention - All 12-hour Mental Health Assessments to be waived
9) 4.8 Disability Identification, Assessment, and Accommodation - All 12-hour intake screening requirements to be waived
10) 4.3 Medical Care - All ratio of toilets/showers/sinks requested to be waived
11) 4.5 Personal Hygiene - All ratio of toilets/showers/sinks requested to be waived
12) 5.6 Telephone Access - All ratio of telephones to be waived

**Background** The New Orleans Field Office has traditionally accommodated approximately 25% of the agency's detained alien population. This detention serves both aliens undergoing removal proceedings and staging aliens from most other Field Offices for removal via ICE Air Operations. With the President's National Emergency declaration and an aggressive shift in enforcement activities that the Department has undertaken as part of this declaration, the need for detention space has exceeded the Field Office's capacity or physical plant capability of any given detention facility.

AR-102

**Discussion** Given the increased demand and emergent need for detention space, ERO New Orleans is requesting authorization for the above-named facility to exceed the establish bed capacity. Exceeding the bed capacity would not be utilized to reflect "available beds," and would only be utilized to accommodate the now more common circumstances, of when beds are not available to accommodate those scheduled to arrive. With approval to exceed the established bed capacity, the facility will maintain a safe and secure environment, but will utilize emergency bedding such as "cots," "boat beds," etc. Approval of emergency bedding will also require a waiver for the twelve (12) PBNDS 2011 standards cited above.

**Recommendation:** ERO New Orleans recommends approval of a waiver for the facility to exceed the bed capacity, utilize emergency bedding, and for the twelve sections of the PBNDS 2011 stated above. Duration for the waiver will be at the discretion of the Assistant Director for the Custody Management Division.

**Request to Add Case Processing Specialists**

No

## CONTRACT INFORMATION

**\*\*For new contracts or renewal, provide as much detailed information as possible.  A new form should be submitted once contract terms have been fully negotiated.**

**(New Contracts Only): Please attach an IGCE.**

| Contract Number | Name of Contractor and Subcontractor if Applicable | Facility Operator |
|---|---|---|
| DROIGSA-07-0015 | 1560 | LaSalle Economic Development District |

| Current Task Order Modification Number | AOR | DETLOC |
|---|---|---|
| 70CDCR25FIGR00003 | NOL (New Orleans) | JENADLA |

| Facility Name | Facility Type | |
|---|---|---|
| LaSalle Detention Facility | DIGSA | |

| Facility Address | Facility City | Facility State |
|---|---|---|
| 830 Pinehill Road | Jena | Louisiana |

| Over/Under 72 Hour Facility | Current ICE Bed Space Capacity | |
|---|---|---|
| Over 72 Hour Facility | 1,560 | |

AR-103

| Tablets Provider, if Applicable | Telephone Provider | Medical Provider |
|---|---|---|

## CONTRACTUALLY OBLIGATED DETENTION STANDARDS AND INSPECTIONS

**All ICE detention contracts are to be modified to the following detention standards:**

Performance-Based National Detention Standards 2011 with 2016 Revision
National Detention Standards 2019
2025 National Detention Standards

**ICE is phasing out the following detention standards:**

Performance-Based National Detention Standards 2000
National Detention Standards 2008
Performance-Based National Detention Standards 2011

**Current Contractually Obligated Detention Standards**

Performance-Based National Detention Standards 2011 with 2016 Revision

**Proposed Standards for this Contract Action**

No Changes Required

**Other (if applicable)**

**\*Please note that an ODO inspection, ORSA, or Pre-Occupancy report must be on file prior to using any facility.**

| Last ODO Inspection Standard | Last ODO Inspection Rating | Last ODO Inspection Date |
|---|---|---|
| PBNDS 2011 w. 2016 Rev. | Superior | 1/9/2025 |

**Right Click On Link to Open in a New Tab**
ODO Facility Inspections

| ORSA Inspection | Last ORSA Inspection Date | ORSA Attachment |
|---|---|---|
| Select Option | | No |

| Pre-Occupancy Inspection | Pre-Occupancy Inspection Date | Pre-Occupancy Attachment |
|---|---|---|
| Select Option | | No |

## INDICATE WHETHER THE FOLLOWING REQUIREMENTS ARE IN THE CONTRACT

**DHS Prison Rape Elimination Act**

Yes

**Virtual Attorney Visitation**

Yes

**Transgender Care**

Select Option

## POINT(S) OF CONTACT:

AR-104

| CO Name | CO Program Office | CO Email Address |
|---|---|---|
| | OAQ | |

| COR Name | COR Program Office | COR Email Address |
|---|---|---|
| | NOL | |

| DFOD/FOD Name | Field Office Authorizing Official Program Office | Field Office Authorizing Official Email Add |
|---|---|---|
| | NOL | |

**Attach the base contract, all modifications and IGCE (REQUIRED FOR NEW CONTRACTS), if applicable \*\*\*\***

## APPROVERS

**Custody Management (Group 1)**

Concur

| **Action Officer (Group 1)** | **Action Date (Group 1)** |
|---|---|
| | 3/21/2025 |

**Custody Management (Group 2)**

Concur

| **Action Officer (Group 2)** | **Action Date (Group 2)** |
|---|---|
| gov | 3/21/2025 |

**Custody Management (Group 3)**

Concur

| **Action Officer (Group 3)** | **Action Date (Group 3)** |
|---|---|
| | 3/21/2025 |

**OSD Budget Validation (Group 4)**

Concur

| **Action Officer (Group 4)** | **Action Date (Group 4)** |
|---|---|
| | 5/15/2025 |

AR-105

**Custody Management (Group 5)**

Concur With Comments

**CM Comments (Group 5)**

**Decision: The ratios set forth in 4.3, 4.5, and 5.6 are permanently waived. The 12-hour time limits for 2.1, 2.2, 2.5, 2.6, 2.11, 4.3, 4.5, 4.6 and 4.8 as described in this DCM are waived. However, ERO must ensure that facility and medical staff make best efforts to conduct the activities as close as operationally possible to the 12-hour requirement, except in exigent circumstances.**

**Action Officer (Group 5)**



**Action Date (Group 5)**

5/22/2025

**DCM PDF Attached**

No

**Attachments**

📄 Central Louisiana ICE Processing Center Bed Waiver.pdf

Burke, Monica S made edits
5/22/2025 3:37 PM

created this item
3/21/2025 8:25 AM

AR-106

Detention Contract Management Requests (DCM) > Item #298

## DETENTION-RELATED CONTRACT INSTRUCTIONS

The form must be completed in its entirety and each field addressed. The Contracting Officer's Representative (COR) is responsible for working with Field Office leadership, Contract Management Unit (CMU), Custody Management Division (CMD) and the Office of Acquisition Management (OAQ) to ensure all contract actions are processed in a timely manner to maintain access to detention resources and prevent a lapse in service. CORs must ensure all local Field Office authorizations are finalized prior to submission.  This form **must** be submitted to CMD no later than **120 days** prior to expected execution of the action. For new contracts the form must be submitted no later than **180 days**.

CMD will review each request, engage with the COR/Field Office (as necessary) and seek ERO Deputy Executive Associate Director approval.   After approval, if needed.  After approval, OAQ will coordinate with CMD and the COR.  A form is required for all detention-related contract actions to include:

- New procurements;
- Implementing a new/renewed agreement, exercising an option year, and changes to guaranteed minimum (GM)/facility operating charge (FOC) requirements;
- Substantive contract modifications and task orders, including but not limited to: changes to a period of performance; physical construction/renovation;, changes to contract terms such as modifying the facility's detention standard (NDS, PBNDS, etc.); changes to rate structure including per diem rates/GMs/FOCs, existing/proposed waivers of individual detention standards;
- Terminations of existing agreements/contracts by ICE, USMS, or local jurisdiction;
- Proposed waivers or exemptions of individual detention standards; and,
- Any RFIs related to detention.

**\*\* A <u>SEPARATE</u> submission is required for 1) each facility and 2) all new contract actions. Note: For contracts with multiple facilities a separate submission is required.**

**\*\*All CORs are responsible for the accuracy of the information provided in this form.**

If there are any questions regarding the form and the requested information, please reach out to ███████████████ .

**Created**

3/21/2025 7:56 AM

## JUSTIFICATION AND APPROVAL

**Please Select all Types of Actions Being Requested:**

Over 30 Days: Emergency Beds - Hold Room - Medical Waiver Request

Please provide a substantive description of the requested action along with a justification which addresses the following:

- Operational purpose & justification
- Please describe how many emergency beds are being requested

AR-107

Required

**Purpose** To provide the facility with a waiver for the following twelve (12) sections of the PBNDS 2011, with 2016 enhancements, plus a general authorization to exceed their established physical bed capacity.

Waivers requested for the following:
• EMERGENCY BEDDING - Waiver requested to exceed the physical bed capacity while still maintaining a safe and secure detention environment.
1) 2.1 Admission & Release - All 12-hour intake processing/screening/orientation requirements to be waived
2) 2.2 Custody Classification System - All 12-hour classification requirements to be waived
3) 2.5 Funds & Personal Property - All 12-hour intake processing/screening requirements to be waived
4) 2.6 Hold Rooms - All 12-hour requirements for hold rooms to be waived
5) 2.11 Sexual Abuse and Abuse Prevention and Intervention - All 12-hour intake assessment requirements to be waived
6) 4.3 Medical Care - All 12-hour requirements for intake processing/screening/orientation to be waived.
7) 4.5 Personal Hygiene - All 12-hour intake processing/screening requirements to be waived
8) 4.6 Significant Self-Harm and Suicide Prevention and Intervention - All 12-hour Mental Health Assessments to be waived
9) 4.8 Disability Identification, Assessment, and Accommodation - All 12-hour intake screening requirements to be waived
10) 4.3 Medical Care - All ratio of toilets/showers/sinks requested to be waived
11) 4.5 Personal Hygiene - All ratio of toilets/showers/sinks requested to be waived
12) 5.6 Telephone Access - All ratio of telephones to be waived

**Background** The New Orleans Field Office has traditionally accommodated approximately 25% of the agency's detained alien population. This detention serves both aliens undergoing removal proceedings and staging aliens from most other Field Offices for removal via ICE Air Operations. With the President's National Emergency declaration and an aggressive shift in enforcement activities that the Department has undertaken as part of this declaration, the need for detention space has exceeded the Field Office's capacity or physical plant capability of any given detention facility.

AR-108

**Discussion** Given the increased demand and emergent need for detention space, ERO New Orleans is requesting authorization for the above-named facility to exceed the establish bed capacity. Exceeding the bed capacity would not be utilized to reflect "available beds," and would only be utilized to accommodate the now more common circumstances, of when beds are not available to accommodate those scheduled to arrive. With approval to exceed the established bed capacity, the facility will maintain a safe and secure environment, but will utilize emergency bedding such as "cots," "boat beds," etc. Approval of emergency bedding will also require a waiver for the twelve (12) PBNDS 2011 standards cited above.

**Recommendation:** ERO New Orleans recommends approval of a waiver for the facility to exceed the bed capacity, utilize emergency bedding, and for the twelve sections of the PBNDS 2011 stated above. Duration for the waiver will be at the discretion of the Assistant Director for the Custody Management Division.

**Request to Add Case Processing Specialists**

No

## CONTRACT INFORMATION

**\*\*For new contracts or renewal, provide as much detailed information as possible.  A new form should be submitted once contract terms have been fully negotiated.**

**(New Contracts Only): Please attach an IGCE.**

| Contract Number | Name of Contractor and Subcontractor, if Applicable | Facility Operator |
|---|---|---|
| 70CDCR19DIG000016 | CoreCivic | Adams County of |

| Current Task Order Modification Number | AOR | DETLOC |
|---|---|---|
| 70CDCR23FIGR00175 | NOL (New Orleans) | ADAMSMS |

| Facility Name | Facility Type |
|---|---|
| Adams County Correctional Center | DIGSA |

| Facility Address | Facility City | Facility State |
|---|---|---|
| 202 Hobo Fork Road | Natchez | Louisiana |

| Over/Under 72 Hour Facility | Current ICE Bed Space Capacity |
|---|---|
| Over 72 Hour Facility | 2,348 |

| Tablets Provider, if Applicable | Telephone Provider | Medical Provider |
|---|---|---|

AR-109

## CONTRACTUALLY OBLIGATED DETENTION STANDARDS AND INSPECTIONS

**All ICE detention contracts are to be modified to the following detention standards:**

Performance-Based National Detention Standards 2011 with 2016 Revision
National Detention Standards 2019
2025 National Detention Standards

**ICE is phasing out the following detention standards:**

Performance-Based National Detention Standards 2000
National Detention Standards 2008
Performance-Based National Detention Standards 2011

**Current Contractually Obligated Detention Standards**

Performance-Based National Detention Standards 2011 with 2016 Revision

**Proposed Standards for this Contract Action**

No Changes Required

**Other (if applicable)**

**\*Please note that an ODO inspection, ORSA, or Pre-Occupancy report must be on file prior to using any facility.**

**Last ODO Inspection Standard**

PBNDS 2011 w. 2016 Rev.

**Last ODO Inspection Rating**

Superior

**Last ODO Inspection Date**

1/16/2025

**Right Click On Link to Open in a New Tab**

ODO Facility Inspections

**ORSA Inspection**

Select Option

**Last ORSA Inspection Date**

**ORSA Attachment**

No

**Pre-Occupancy Inspection**

Select Option

**Pre-Occupancy Inspection Date**

**Pre-Occupancy Attachment**

No

## INDICATE WHETHER THE FOLLOWING REQUIREMENTS ARE IN THE CONTRACT

**DHS Prison Rape Elimination Act**

Yes

**Virtual Attorney Visitation**

Yes

**Transgender Care**

Select Option

## POINT(S) OF CONTACT:

**CO Name**

███████

**CO Program Office**

**CO Email Address**

AR-110



OAQ

**COR Name**

**COR Program Office**

NOL

**COR Email Address**

**DFOD/FOD Name**

**Field Office Authorizing Official Program Office**

NOL

**Field Office Authorizing Official Email Address**

**Attach the base contract, all modifications and IGCE (REQUIRED FOR NEW CONTRACTS), if applicable ******

## APPROVERS

**Custody Management (Group 1)**

Concur

**Action Officer (Group 1)**

**Action Date (Group 1)**

3/21/2025

**Custody Management (Group 2)**

Concur

**Action Officer (Group 2)**

**Action Date (Group 2)**

3/21/2025

**Custody Management (Group 3)**

Concur

**Action Officer (Group 3)**

**Action Date (Group 3)**

3/21/2025

**OSD Budget Validation (Group 4)**

Concur

**Action Officer (Group 4)**

**Action Date (Group 4)**

5/15/2025

**Custody Management (Group 5)**

Concur With Comments

**CM Comments (Group 5)**

**Decision: The ratios set forth in 4.3, 4.5, and 5.6 are permanently waived. The 12-hour time limits for 2.1,**

AR-111

**2.2, 2.5, 2.6, 2.11, 4.3, 4.5, 4.6 and 4.8 as described in this DCM are waived. However, ERO must ensure that facility and medical staff make best efforts to conduct the activities as close as operationally possible to the 12-hour requirement, except in exigent circumstances.**

**Action Officer (Group 5)**

**Action Date (Group 5)**

5/22/2025

**DCM PDF Attached**

No

**Attachments**

📋 Adams County Detention Center Bed Waivers (003).pdf

Burke, Monica S made edits
5/22/2025 3:36 PM

created this item
3/21/2025 7:56 AM

AR-112

Detention Contract Management Requests (DCM) > Item #297

## DETENTION-RELATED CONTRACT INSTRUCTIONS

The form must be completed in its entirety and each field addressed. The Contracting Officer's Representative (COR) is responsible for working with Field Office leadership, Contract Management Unit (CMU), Custody Management Division (CMD) and the Office of Acquisition Management (OAQ) to ensure all contract actions are processed in a timely manner to maintain access to detention resources and prevent a lapse in service. CORs must ensure all local Field Office authorizations are finalized prior to submission.  This form **must** be submitted to CMD no later than **120 days** prior to expected execution of the action. For new contracts the form must be submitted no later than **180 days**.

CMD will review each request, engage with the COR/Field Office (as necessary) and seek ERO Deputy Executive Associate Director approval.   After approval, if needed.  After approval, OAQ will coordinate with CMD and the COR.  A form is required for all detention-related contract actions to include:

- New procurements;
- Implementing a new/renewed agreement, exercising an option year, and changes to guaranteed minimum (GM)/facility operating charge (FOC) requirements;
- Substantive contract modifications and task orders, including but not limited to: changes to a period of performance; physical construction/renovation;, changes to contract terms such as modifying the facility's detention standard (NDS, PBNDS, etc.); changes to rate structure including per diem rates/GMs/FOCs, existing/proposed waivers of individual detention standards;
- Terminations of existing agreements/contracts by ICE, USMS, or local jurisdiction;
- Proposed waivers or exemptions of individual detention standards; and,
- Any RFIs related to detention.

**\*\* A <u>SEPARATE</u> submission is required for 1) each facility and 2) all new contract actions. Note: For contracts with multiple facilities a separate submission is required.**

**\*\*All CORs are responsible for the accuracy of the information provided in this form.**

If there are any questions regarding the form and the requested information, please reach out to ▮▮▮▮▮▮▮▮▮▮▮▮.

**Created**

3/20/2025 6:39 PM

## JUSTIFICATION AND APPROVAL

**Please Select all Types of Actions Being Requested:**
Over 30 Days: Emergency Beds - Hold Room - Medical Waiver Request

Please provide a substantive description of the requested action along with a justification which addresses the following:

- Operational purpose & justification
- Please describe how many emergency beds are being requested

AR-113

Required

**Purpose** To provide the facility with a waiver for the following twelve (12) sections of the PBNDS 2011, with 2016 enhancements, plus a general authorization to exceed their established physical bed capacity.

Waivers requested for the following:
• EMERGENCY BEDDING - Waiver requested to exceed the physical bed capacity while still maintaining a safe and secure detention environment.
1) 2.1 Admission & Release - All 12-hour intake processing/screening/orientation requirements to be waived
2) 2.2 Custody Classification System - All 12-hour classification requirements to be waived
3) 2.5 Funds & Personal Property - All 12-hour intake processing/screening requirements to be waived
4) 2.6 Hold Rooms - All 12-hour requirements for hold rooms to be waived
5) 2.11 Sexual Abuse and Abuse Prevention and Intervention - All 12-hour intake assessment requirements to be waived
6) 4.3 Medical Care - All 12-hour requirements for intake processing/screening/orientation to be waived.
7) 4.5 Personal Hygiene - All 12-hour intake processing/screening requirements to be waived
8) 4.6 Significant Self-Harm and Suicide Prevention and Intervention - All 12-hour Mental Health Assessments to be waived
9) 4.8 Disability Identification, Assessment, and Accommodation - All 12-hour intake screening requirements to be waived
10) 4.3 Medical Care - All ratio of toilets/showers/sinks requested to be waived
11) 4.5 Personal Hygiene - All ratio of toilets/showers/sinks requested to be waived
12) 5.6 Telephone Access - All ratio of telephones to be waived

**Background** The New Orleans Field Office has traditionally accommodated approximately 25% of the agency's detained alien population. This detention serves both aliens undergoing removal proceedings and staging aliens from most other Field Offices for removal via ICE Air Operations. With the President's National Emergency declaration and an aggressive shift in enforcement activities that the Department has undertaken as part of this declaration, the need for detention space has exceeded the Field Office's capacity or physical plant capability of any given detention facility.

AR-114

**Discussion** Given the increased demand and emergent need for detention space, ERO New Orleans is requesting authorization for the above-named facility to exceed the establish bed capacity. Exceeding the bed capacity would not be utilized to reflect "available beds," and would only be utilized to accommodate the now more common circumstances, of when beds are not available to accommodate those scheduled to arrive. With approval to exceed the established bed capacity, the facility will maintain a safe and secure environment, but will utilize emergency bedding such as "cots," "boat beds," etc. Approval of emergency bedding will also require a waiver for the twelve (12) PBNDS 2011 standards cited above.

**Recommendation:** ERO New Orleans recommends approval of a waiver for the facility to exceed the bed capacity, utilize emergency bedding, and for the twelve sections of the PBNDS 2011 stated above. Duration for the waiver will be at the discretion of the Assistant Director for the Custody Management Division.

**Request to Add Case Processing Specialists**

No

## CONTRACT INFORMATION

**\*\*For new contracts or renewal, provide as much detailed information as possible.  A new form should be submitted once contract terms have been fully negotiated.**

**(New Contracts Only): Please attach an IGCE.**

| Contract Number | Name of Contractor and Subcontractor, if applicable | Facility Operator |
|---|---|---|
| 70CDCR25DIG000008 | Concordia Parish Sheriff's Office | LaSalle Corrections |

| Current Task Order Modification Number | AOR | DETLOC |
|---|---|---|
| 70CDCR25FIGR00074 | NOL (New Orleans) | RVRCCLA |

| Facility Name | Facility Type |
|---|---|
| RIver Concordia | DIGSA |

| Facility Address | Facility City | Facility State |
|---|---|---|
| 26362 Hwy. 15 | Ferriday | Louisiana |

| Over/Under 72 Hour Facility | Current ICE Bed Space Capacity |
|---|---|
| Over 72 Hour Facility | 602 |

| Tablets Provider, if Applicable | Telephone Provider | Medical Provider |
|---|---|---|

AR-115

## CONTRACTUALLY OBLIGATED DETENTION STANDARDS AND INSPECTIONS

**All ICE detention contracts are to be modified to the following detention standards:**

Performance-Based National Detention Standards 2011 with 2016 Revision
National Detention Standards 2019
2025 National Detention Standards

**ICE is phasing out the following detention standards:**

Performance-Based National Detention Standards 2000
National Detention Standards 2008
Performance-Based National Detention Standards 2011

**Current Contractually Obligated Detention Standards**

Performance-Based National Detention Standards 2011 with 2016 Revision

**Proposed Standards for this Contract Action**

No Changes Required

**Other (if applicable)**

**\*Please note that an ODO inspection, ORSA, or Pre-Occupancy report must be on file prior to using any facility.**

| Last ODO Inspection Standard | Last ODO Inspection Rating | Last ODO Inspection Date |
|---|---|---|
| PBNDS 2011 w. 2016 Rev. | Acceptable | 11/21/2024 |

**Right Click On Link to Open in a New Tab**

ODO Facility Inspections

| ORSA Inspection | Last ORSA Inspection Date | ORSA Attachment |
|---|---|---|
| Select Option | | No |

| Pre-Occupancy Inspection | Pre-Occupancy Inspection Date | Pre-Occupancy Attachment |
|---|---|---|
| Select Option | | No |

## INDICATE WHETHER THE FOLLOWING REQUIREMENTS ARE IN THE CONTRACT

**DHS Prison Rape Elimination Act**

Yes

**Virtual Attorney Visitation**

Yes

**Transgender Care**

Select Option

## POINT(S) OF CONTACT:

| CO Name | CO Program Office | CO Email Address |
|---|---|---|
| ██████ | | |

AR-116



OAQ

**COR Name**

Bowles, Taylor

**COR Program Office**

NOL

**COR Email Address**

**DFOD/FOD Name**

Hartnett, John

**Field Office Authorizing Official Program Office**

NOL

**Field Office Authorizing Official Email Address**

**Attach the base contract, all modifications and IGCE (REQUIRED FOR NEW CONTRACTS), if applicable \*\*\*\***

## APPROVERS

**Custody Management (Group 1)**

Concur

**Action Officer (Group 1)**

**Action Date (Group 1)**

3/20/2025

**Custody Management (Group 2)**

Concur

**Action Officer (Group 2)**

**Action Date (Group 2)**

3/20/2025

**Custody Management (Group 3)**

Concur

**Action Officer (Group 3)**

**Action Date (Group 3)**

3/20/2025

**OSD Budget Validation (Group 4)**

Concur

**Action Officer (Group 4)**

**Action Date (Group 4)**

5/15/2025

**Custody Management (Group 5)**

Concur With Comments

**CM Comments (Group 5)**

**Decision: The ratios set forth in 4.3, 4.5, and 5.6 are permanently waived. The 12-hour time limits for 2.1,**

AR-117

**2.2, 2.5, 2.6, 2.11, 4.3, 4.5, 4.6 and 4.8 as described in this DCM are waived. However, ERO must ensure that facility and medical staff make best efforts to conduct the activities as close as operationally possible to the 12-hour requirement, except in exigent circumstances.**

**Action Officer (Group 5)**

Burke, Monica S

**Action Date (Group 5)**

5/22/2025

**DCM PDF Attached**

No

**Attachments**

📇 River Correctional Center Bed Waivers.pdf

Burke, Monica S made edits
5/22/2025 3:35 PM

created this item
3/20/2025 6:39 PM

AR-118

Detention Contract Management Requests (DCM) > Item #296

### DETENTION-RELATED CONTRACT INSTRUCTIONS

The form must be completed in its entirety and each field addressed. The Contracting Officer's Representative (COR) is responsible for working with Field Office leadership, Contract Management Unit (CMU), Custody Management Division (CMD) and the Office of Acquisition Management (OAQ) to ensure all contract actions are processed in a timely manner to maintain access to detention resources and prevent a lapse in service. CORs must ensure all local Field Office authorizations are finalized prior to submission.  This form **must** be submitted to CMD no later than **120 days** prior to expected execution of the action. For new contracts the form must be submitted no later than **180 days**.

CMD will review each request, engage with the COR/Field Office (as necessary) and seek ERO Deputy Executive Associate Director approval.   After approval, if needed.  After approval, OAQ will coordinate with CMD and the COR.  A form is required for all detention-related contract actions to include:

- New procurements;
- Implementing a new/renewed agreement, exercising an option year, and changes to guaranteed minimum (GM)/facility operating charge (FOC) requirements;
- Substantive contract modifications and task orders, including but not limited to: changes to a period of performance; physical construction/renovation;, changes to contract terms such as modifying the facility's detention standard (NDS, PBNDS, etc.); changes to rate structure including per diem rates/GMs/FOCs, existing/proposed waivers of individual detention standards;
- Terminations of existing agreements/contracts by ICE, USMS, or local jurisdiction;
- Proposed waivers or exemptions of individual detention standards; and,
- Any RFIs related to detention.

**\*\* A <u>SEPARATE</u> submission is required for 1) each facility and 2) all new contract actions. Note: For contracts with multiple facilities a separate submission is required.**

**\*\*All CORs are responsible for the accuracy of the information provided in this form.**

If there are any questions regarding the form and the requested information, please reach out to ██████████████████

**Created**

3/20/2025 6:19 PM

### JUSTIFICATION AND APPROVAL

**Please Select all Types of Actions Being Requested:**

Over 30 Days: Emergency Beds - Hold Room - Medical Waiver Request

Please provide a substantive description of the requested action along with a justification which addresses the following:

- Operational purpose & justification
- Please describe how many emergency beds are being requested

AR-119

Required

**Purpose** To provide the facility with a waiver for the following twelve (12) sections of the PBNDS 2011, with 2016 enhancements, plus a general authorization to exceed their established physical bed capacity.

Waivers requested for the following:
• EMERGENCY BEDDING - Waiver requested to exceed the physical bed capacity while still maintaining a safe and secure detention environment.
1) 2.1 Admission & Release - All 12-hour intake processing/screening/orientation requirements to be waived
2) 2.2 Custody Classification System - All 12-hour classification requirements to be waived
3) 2.5 Funds & Personal Property - All 12-hour intake processing/screening requirements to be waived
4) 2.6 Hold Rooms - All 12-hour requirements for hold rooms to be waived
5) 2.11 Sexual Abuse and Abuse Prevention and Intervention - All 12-hour intake assessment requirements to be waived
6) 4.3 Medical Care - All 12-hour requirements for intake processing/screening/orientation to be waived.
7) 4.5 Personal Hygiene - All 12-hour intake processing/screening requirements to be waived
8) 4.6 Significant Self-Harm and Suicide Prevention and Intervention - All 12-hour Mental Health Assessments to be waived
9) 4.8 Disability Identification, Assessment, and Accommodation - All 12-hour intake screening requirements to be waived
10) 4.3 Medical Care - All ratio of toilets/showers/sinks requested to be waived
11) 4.5 Personal Hygiene - All ratio of toilets/showers/sinks requested to be waived
12) 5.6 Telephone Access - All ratio of telephones to be waived

**Background** The New Orleans Field Office has traditionally accommodated approximately 25% of the agency's detained alien population. This detention serves both aliens undergoing removal proceedings and staging aliens from most other Field Offices for removal via ICE Air Operations. With the President's National Emergency declaration and an aggressive shift in enforcement activities that the Department has undertaken as part of this declaration, the need for detention space has exceeded the Field Office's capacity or physical plant capability of any given detention facility.

AR-120

**Discussion** Given the increased demand and emergent need for detention space, ERO New Orleans is requesting authorization for the above-named facility to exceed the establish bed capacity. Exceeding the bed capacity would not be utilized to reflect "available beds," and would only be utilized to accommodate the now more common circumstances, of when beds are not available to accommodate those scheduled to arrive. With approval to exceed the established bed capacity, the facility will maintain a safe and secure environment, but will utilize emergency bedding such as "cots," "boat beds," etc. Approval of emergency bedding will also require a waiver for the twelve (12) PBNDS 2011 standards cited above.

**Recommendation:** ERO New Orleans recommends approval of a waiver for the facility to exceed the bed capacity, utilize emergency bedding, and for the twelve sections of the PBNDS 2011 stated above. Duration for the waiver will be at the discretion of the Assistant Director for the Custody Management Division.

**Request to Add Case Processing Specialists**

No

## CONTRACT INFORMATION

**\*\*For new contracts or renewal, provide as much detailed information as possible.  A new form should be submitted once contract terms have been fully negotiated.**

**(New Contracts Only): Please attach an IGCE.**

| Contract Number | Name of Contractor and Subcontractor, if Applicable | Facility Operator |
|---|---|---|
| 70CDCR19DIG000006 | Town of Richwood | LaSalle Corrections |

| Current Task Order Modification Number | AOR | DETLOC |
|---|---|---|
| 70CDCR23FIGR00076 | NOL (New Orleans) | RWCCMLA |

| Facility Name | Facility Type |
|---|---|
| Richwood Correctional Center | DIGSA |

| Facility Address | Facility City | Facility State |
|---|---|---|
| 180 Pine Bayou Cir | Monroe | Louisiana |

| Over/Under 72 Hour Facility | Current ICE Bed Space Capacity |
|---|---|
| Over 72 Hour Facility | 1,000 |

| Tablets Provider, if Applicable | Telephone Provider | Medical Provider |
|---|---|---|

AR-121

## CONTRACTUALLY OBLIGATED DETENTION STANDARDS AND INSPECTIONS

**All ICE detention contracts are to be modified to the following detention standards:**

Performance-Based National Detention Standards 2011 with 2016 Revision
National Detention Standards 2019
2025 National Detention Standards

**ICE is phasing out the following detention standards:**
Performance-Based National Detention Standards 2000
National Detention Standards 2008
Performance-Based National Detention Standards 2011

**Current Contractually Obligated Detention Standards**

Performance-Based National Detention Standards 2011 with 2016 Revision

**Proposed Standards for this Contract Action**

No Changes Required

**Other (if applicable)**

**\*Please note that an ODO inspection, ORSA, or Pre-Occupancy report must be on file prior to using any facility.**

**Last ODO Inspection Standard**

PBNDS 2011 w. 2016 Rev.

**Last ODO Inspection Rating**

Superior

**Last ODO Inspection Date**

11/7/2024

**Right Click On Link to Open in a New Tab**
ODO Facility Inspections

**ORSA Inspection**

Select Option

**Last ORSA Inspection Date**

**ORSA Attachment**

No

**Pre-Occupancy Inspection**

Select Option

**Pre-Occupancy Inspection Date**

**Pre-Occupancy Attachment**

No

## INDICATE WHETHER THE FOLLOWING REQUIREMENTS ARE IN THE CONTRACT

**DHS Prison Rape Elimination Act**

Yes

**Virtual Attorney Visitation**

Yes

**Transgender Care**

Select Option

## POINT(S) OF CONTACT:

**CO Name**

**CO Program Office**

**CO Email Address**

AR-122



OAQ

**COR Name**

**COR Program Office**

NOL

**COR Email Address**

**DFOD/FOD Name**

**Field Office Authorizing Official Program Office**

**Field Office Authorizing Official Email Add**

NOL

**Attach the base contract, all modifications and IGCE (REQUIRED FOR NEW CONTRACTS), if applicable \*\*\*\***

APPROVERS

**Custody Management (Group 1)**

Concur

**Action Officer (Group 1)**

**Action Date (Group 1)**

3/20/2025

**Custody Management (Group 2)**

Concur

**Action Officer (Group 2)**

**Action Date (Group 2)**

3/20/2025

**Custody Management (Group 3)**

Concur

**Action Officer (Group 3)**

**Action Date (Group 3)**

3/20/2025

**OSD Budget Validation (Group 4)**

Concur

**Action Officer (Group 4)**

**Action Date (Group 4)**

5/15/2025

**Custody Management (Group 5)**

Concur With Comments

**CM Comments (Group 5)**

**Decision: The rations set forth in 4.3, 4.5, and 5.6 are permanently waived. The 12-hour time limits for 2.1,**

AR-123

**2.2, 2.5, 2.6, 2.11, 4.3, 4.5, 4.6 and 4.8 as described in this DCM are waived. However, ERO must ensure that facility and medical staff make best efforts to conduct the activities as close as operationally possible to the 12-hour requirement, except in exigent circumstances.**

**Action Officer (Group 5)**



**Action Date (Group 5)**

5/22/2025

**DCM PDF Attached**

No

**Attachments**

📑 Richwood Correctional Center Bed Waivers.pdf



Burke, Monica S made edits
5/22/2025 11:44 AM

████████████  created this item
3/20/2025 6:19 PM

AR-124

Detention Contract Management Requests (DCM) > Item #295

## DETENTION-RELATED CONTRACT INSTRUCTIONS

The form must be completed in its entirety and each field addressed. The Contracting Officer's Representative (COR) is responsible for working with Field Office leadership, Contract Management Unit (CMU), Custody Management Division (CMD) and the Office of Acquisition Management (OAQ) to ensure all contract actions are processed in a timely manner to maintain access to detention resources and prevent a lapse in service. CORs must ensure all local Field Office authorizations are finalized prior to submission.  This form **must** be submitted to CMD no later than **120 days** prior to expected execution of the action. For new contracts the form must be submitted no later than **180 days**.

CMD will review each request, engage with the COR/Field Office (as necessary) and seek ERO Deputy Executive Associate Director approval.   After approval, if needed.  After approval, OAQ will coordinate with CMD and the COR.  A form is required for all detention-related contract actions to include:

- New procurements;
- Implementing a new/renewed agreement, exercising an option year, and changes to guaranteed minimum (GM)/facility operating charge (FOC) requirements;
- Substantive contract modifications and task orders, including but not limited to: changes to a period of performance; physical construction/renovation;, changes to contract terms such as modifying the facility's detention standard (NDS, PBNDS, etc.); changes to rate structure including per diem rates/GMs/FOCs, existing/proposed waivers of individual detention standards;
- Terminations of existing agreements/contracts by ICE, USMS, or local jurisdiction;
- Proposed waivers or exemptions of individual detention standards; and,
- Any RFIs related to detention.

**\*\* A <u>SEPARATE</u> submission is required for 1) each facility and 2) all new contract actions. Note: For contracts with multiple facilities a separate submission is required.**

**\*\*All CORs are responsible for the accuracy of the information provided in this form.**

If there are any questions regarding the form and the requested information, please reach out to ███████████████ .

**Created**

3/20/2025 5:57 PM

## JUSTIFICATION AND APPROVAL

**Please Select all Types of Actions Being Requested:**

Over 30 Days: Emergency Beds - Hold Room - Medical Waiver Request

Please provide a substantive description of the requested action along with a justification which addresses the following:

- Operational purpose & justification
- Please describe how many emergency beds are being requested

AR-125

Required

**Purpose** To provide the facility with a waiver for the following twelve (12) sections of the PBNDS 2011, with 2016 enhancements, plus a general authorization to exceed their established physical bed capacity.

Waivers requested for the following:
• EMERGENCY BEDDING - Waiver requested to exceed the physical bed capacity while still maintaining a safe and secure detention environment.
1) 2.1 Admission & Release - All 12-hour intake processing/screening/orientation requirements to be waived
2) 2.2 Custody Classification System - All 12-hour classification requirements to be waived
3) 2.5 Funds & Personal Property - All 12-hour intake processing/screening requirements to be waived
4) 2.6 Hold Rooms - All 12-hour requirements for hold rooms to be waived
5) 2.11 Sexual Abuse and Abuse Prevention and Intervention - All 12-hour intake assessment requirements to be waived
6) 4.3 Medical Care - All 12-hour requirements for intake processing/screening/orientation to be waived.
7) 4.5 Personal Hygiene - All 12-hour intake processing/screening requirements to be waived
8) 4.6 Significant Self-Harm and Suicide Prevention and Intervention - All 12-hour Mental Health Assessments to be waived
9) 4.8 Disability Identification, Assessment, and Accommodation - All 12-hour intake screening requirements to be waived
10) 4.3 Medical Care - All ratio of toilets/showers/sinks requested to be waived
11) 4.5 Personal Hygiene - All ratio of toilets/showers/sinks requested to be waived
12) 5.6 Telephone Access - All ratio of telephones to be waived

**Background** The New Orleans Field Office has traditionally accommodated approximately 25% of the agency's detained alien population. This detention serves both aliens undergoing removal proceedings and staging aliens from most other Field Offices for removal via ICE Air Operations. With the President's National Emergency declaration and an aggressive shift in enforcement activities that the Department has undertaken as part of this declaration, the need for detention space has exceeded the Field Office's capacity or physical plant capability of any given detention facility.

AR-126

**Discussion** Given the increased demand and emergent need for detention space, ERO New Orleans is requesting authorization for the above-named facility to exceed the establish bed capacity. Exceeding the bed capacity would not be utilized to reflect "available beds," and would only be utilized to accommodate the now more common circumstances, of when beds are not available to accommodate those scheduled to arrive. With approval to exceed the established bed capacity, the facility will maintain a safe and secure environment, but will utilize emergency bedding such as "cots," "boat beds," etc. Approval of emergency bedding will also require a waiver for the twelve (12) PBNDS 2011 standards cited above.

**Recommendation:** ERO New Orleans recommends approval of a waiver for the facility to exceed the bed capacity, utilize emergency bedding, and for the twelve sections of the PBNDS 2011 stated above. Duration for the waiver will be at the discretion of the Assistant Director for the Custody Management Division.

**Request to Add Case Processing Specialists**

No

## CONTRACT INFORMATION

**\*\*For new contracts or renewal, provide as much detailed information as possible.  A new form should be submitted once contract terms have been fully negotiated.**

**(New Contracts Only): Please attach an IGCE.**

| Contract Number | Name of Contractor and Subcontractor, if Applicable | Facility Operator |
|---|---|---|
| 70CDCR19DIG000005 | Jackson Parish | LaSalle Corrections |

| Current Task Order Modification Number | AOR | DETLOC |
|---|---|---|
| 70CDCR19DIG000005 | NOL (New Orleans) | JKPCCLA |

| Facility Name | Facility Type | |
|---|---|---|
| Jackson Parish Correctional Center | DIGSA | |

| Facility Address | Facility City | Facility State |
|---|---|---|
| 327 Industrial Dr | Jonesboro | Louisiana |

| Over/Under 72 Hour Facility | Current ICE Bed Space Capacity | |
|---|---|---|
| Over 72 Hour Facility | 1,252 | |

| Tablets Provider, if Applicable | Telephone Provider | Medical Provider |
|---|---|---|

AR-127

## CONTRACTUALLY OBLIGATED DETENTION STANDARDS AND INSPECTIONS

**All ICE detention contracts are to be modified to the following detention standards:**
Performance-Based National Detention Standards 2011 with 2016 Revision
National Detention Standards 2019
2025 National Detention Standards

**ICE is phasing out the following detention standards:**
Performance-Based National Detention Standards 2000
National Detention Standards 2008
Performance-Based National Detention Standards 2011

**Current Contractually Obligated Detention Standards**
Performance-Based National Detention Standards 2011 with 2016 Revision

**Proposed Standards for this Contract Action**
No Changes Required

**Other (if applicable)**

**\*Please note that an ODO inspection, ORSA, or Pre-Occupancy report must be on file prior to using any facility.**

**Last ODO Inspection Standard**
PBNDS 2011 w. 2016 Rev.

**Last ODO Inspection Rating**
Meets Standard

**Last ODO Inspection Date**
7/11/2024

**Right Click On Link to Open in a New Tab**
ODO Facility Inspections

**ORSA Inspection**
Select Option

**Last ORSA Inspection Date**

**ORSA Attachment**
No

**Pre-Occupancy Inspection**
Select Option

**Pre-Occupancy Inspection Date**

**Pre-Occupancy Attachment**
No

## INDICATE WHETHER THE FOLLOWING REQUIREMENTS ARE IN THE CONTRACT

**DHS Prison Rape Elimination Act**
Yes

**Virtual Attorney Visitation**
Yes

**Transgender Care**
Select Option

## POINT(S) OF CONTACT:

**CO Name**

**CO Program Office**

**CO Email Address**

AR-128



OAQ

**COR Name**

**COR Program Office**

NOL

**COR Email Address**

**DFOD/FOD Name**

**Field Office Authorizing Official Program Office** Field Office Authorizing Official Email Address

NOL

**Attach the base contract, all modifications and IGCE (REQUIRED FOR NEW CONTRACTS), if applicable \*\*\*\***

APPROVERS

**Custody Management (Group 1)**

Concur

**Action Officer (Group 1)**

**Action Date (Group 1)**

3/20/2025

**Custody Management (Group 2)**

Concur

**Action Officer (Group 2)**

**Action Date (Group 2)**

3/20/2025

**Custody Management (Group 3)**

Concur

**Action Officer (Group 3)**

**Action Date (Group 3)**

4/16/2025

**OSD Budget Validation (Group 4)**

Concur

**Action Officer (Group 4)**

**Action Date (Group 4)**

5/15/2025

**Custody Management (Group 5)**

Concur With Comments

**CM Comments (Group 5)**

**Decision: The ratios set forth in 4.3, 4.5, and 5.6 are permanently waived. The 12-hour time limits for 2.1,**

AR-129

**2.2, 2.5, 2.6, 2.11, 4.3, 4.5, 4.6 and 4.8 as described in this DCM are waived. However, ERO must ensure that facility and medical staff make best efforts to conduct the activities as close as operationally possible to the 12-hour requirement, except in exigent circumstances.**

**Action Officer (Group 5)**



**Action Date (Group 5)**

5/22/2025

**DCM PDF Attached**

No

**Attachments**

📄 Jackson Parish Correctional Center Bed Waivers.pdf



Burke, Monica S made edits
5/22/2025 3:34 PM

3/20/2025 5:57 PM

AR-130

Detention Contract Management Requests (DCM) > Item #294

### DETENTION-RELATED CONTRACT INSTRUCTIONS

The form must be completed in its entirety and each field addressed. The Contracting Officer's Representative (COR) is responsible for working with Field Office leadership, Contract Management Unit (CMU), Custody Management Division (CMD) and the Office of Acquisition Management (OAQ) to ensure all contract actions are processed in a timely manner to maintain access to detention resources and prevent a lapse in service. CORs must ensure all local Field Office authorizations are finalized prior to submission.  This form **must** be submitted to CMD no later than **120 days** prior to expected execution of the action. For new contracts the form must be submitted no later than **180 days**.

CMD will review each request, engage with the COR/Field Office (as necessary) and seek ERO Deputy Executive Associate Director approval.   After approval, if needed.  After approval, OAQ will coordinate with CMD and the COR.  A form is required for all detention-related contract actions to include:

- New procurements;
- Implementing a new/renewed agreement, exercising an option year, and changes to guaranteed minimum (GM)/facility operating charge (FOC) requirements;
- Substantive contract modifications and task orders, including but not limited to: changes to a period of performance; physical construction/renovation;, changes to contract terms such as modifying the facility's detention standard (NDS, PBNDS, etc.); changes to rate structure including per diem rates/GMs/FOCs, existing/proposed waivers of individual detention standards;
- Terminations of existing agreements/contracts by ICE, USMS, or local jurisdiction;
- Proposed waivers or exemptions of individual detention standards; and,
- Any RFIs related to detention.

**\*\* A <u>SEPARATE</u> submission is required for 1) each facility and 2) all new contract actions. Note: For contracts with multiple facilities a separate submission is required.**

**\*\*All CORs are responsible for the accuracy of the information provided in this form.**

If there are any questions regarding the form and the requested information, please reach out to ███████████████████

**Created**

3/20/2025 5:44 PM

### JUSTIFICATION AND APPROVAL

**Please Select all Types of Actions Being Requested:**

Over 30 Days: Emergency Beds - Hold Room - Medical Waiver Request

Please provide a substantive description of the requested action along with a justification which addresses the following:

- Operational purpose & justification
- Please describe how many emergency beds are being requested

AR-131

Required

**Purpose** To provide the facility with a waiver for the following twelve (12) sections of the PBNDS 2011, with 2016 enhancements, plus a general authorization to exceed their established physical bed capacity.

Waivers requested for the following:
• EMERGENCY BEDDING - Waiver requested to exceed the physical bed capacity while still maintaining a safe and secure detention environment.
1) 2.1 Admission & Release - All 12-hour intake processing/screening/orientation requirements to be waived
2) 2.2 Custody Classification System - All 12-hour classification requirements to be waived
3) 2.5 Funds & Personal Property - All 12-hour intake processing/screening requirements to be waived
4) 2.6 Hold Rooms - All 12-hour requirements for hold rooms to be waived
5) 2.11 Sexual Abuse and Abuse Prevention and Intervention - All 12-hour intake assessment requirements to be waived
6) 4.3 Medical Care - All 12-hour requirements for intake processing/screening/orientation to be waived.
7) 4.5 Personal Hygiene - All 12-hour intake processing/screening requirements to be waived
8) 4.6 Significant Self-Harm and Suicide Prevention and Intervention - All 12-hour Mental Health Assessments to be waived
9) 4.8 Disability Identification, Assessment, and Accommodation - All 12-hour intake screening requirements to be waived
10) 4.3 Medical Care - All ratio of toilets/showers/sinks requested to be waived
11) 4.5 Personal Hygiene - All ratio of toilets/showers/sinks requested to be waived
12) 5.6 Telephone Access - All ratio of telephones to be waived

**Background** The New Orleans Field Office has traditionally accommodated approximately 25% of the agency's detained alien population. This detention serves both aliens undergoing removal proceedings and staging aliens from most other Field Offices for removal via ICE Air Operations. With the President's National Emergency declaration and an aggressive shift in enforcement activities that the Department has undertaken as part of this declaration, the need for detention space has exceeded the Field Office's capacity or physical plant capability of any given detention facility.

AR-132

**Discussion** Given the increased demand and emergent need for detention space, ERO New Orleans is requesting authorization for the above-named facility to exceed the establish bed capacity. Exceeding the bed capacity would not be utilized to reflect "available beds," and would only be utilized to accommodate the now more common circumstances, of when beds are not available to accommodate those scheduled to arrive. With approval to exceed the established bed capacity, the facility will maintain a safe and secure environment, but will utilize emergency bedding such as "cots," "boat beds," etc. Approval of emergency bedding will also require a waiver for the twelve (12) PBNDS 2011 standards cited above.

**Recommendation:** ERO New Orleans recommends approval of a waiver for the facility to exceed the bed capacity, utilize emergency bedding, and for the twelve sections of the PBNDS 2011 stated above. Duration for the waiver will be at the discretion of the Assistant Director for the Custody Management Division.

**Request to Add Case Processing Specialists**

No

## CONTRACT INFORMATION

**\*\*For new contracts or renewal, provide as much detailed information as possible.  A new form should be submitted once contract terms have been fully negotiated.**

**(New Contracts Only): Please attach an IGCE.**

| Contract Number | Name of Contractor and Subcontractor, if Applicable | Facility Operator |
|---|---|---|
| 70CDCR19DIG000010 | Winn Parish | LaSalle Corrections |

| Current Task Order Modification Number | AOR | DETLOC |
|---|---|---|
| 70CDCR23FIGR00139 | NOL (New Orleans) | LAWINCI |

| Facility Name | Facility Type |
|---|---|
| Winn Correctional Center | DIGSA |

| Facility Address | Facility City | Facility State |
|---|---|---|
| 560 Gum Springs Road | Winnfield | Louisiana |

| Over/Under 72 Hour Facility | Current ICE Bed Space Capacity |
|---|---|
| Over 72 Hour Facility | 1,576 |

| Tablets Provider, if Applicable | Telephone Provider | Medical Provider |
|---|---|---|

AR-133

## CONTRACTUALLY OBLIGATED DETENTION STANDARDS AND INSPECTIONS

**All ICE detention contracts are to be modified to the following detention standards:**

Performance-Based National Detention Standards 2011 with 2016 Revision
National Detention Standards 2019
2025 National Detention Standards

**ICE is phasing out the following detention standards:**
Performance-Based National Detention Standards 2000
National Detention Standards 2008
Performance-Based National Detention Standards 2011

**Current Contractually Obligated Detention Standards**

Performance-Based National Detention Standards 2011 with 2016 Revision

**Proposed Standards for this Contract Action**

No Changes Required

**Other (if applicable)**

**\*Please note that an ODO inspection, ORSA, or Pre-Occupancy report must be on file prior to using any facility.**

**Last ODO Inspection Standard**

PBNDS 2011 w. 2016 Rev.

**Last ODO Inspection Rating**

Acceptable

**Last ODO Inspection Date**

7/25/2024

**Right Click On Link to Open in a New Tab**
ODO Facility Inspections

**ORSA Inspection**

Select Option

**Last ORSA Inspection Date**

**ORSA Attachment**

No

**Pre-Occupancy Inspection**

Select Option

**Pre-Occupancy Inspection Date**

**Pre-Occupancy Attachment**

No

## INDICATE WHETHER THE FOLLOWING REQUIREMENTS ARE IN THE CONTRACT

**DHS Prison Rape Elimination Act**

Yes

**Virtual Attorney Visitation**

Yes

**Transgender Care**

Select Option

## POINT(S) OF CONTACT:

**CO Name**

███████

**CO Program Office**

**CO Email Address**

AR-134



OAQ

**COR Name**

**COR Program Office**

NOL

**COR Email Address**

**DFOD/FOD Name**

**Field Office Authorizing Official Program Office**

NOL

**Field Office Authorizing Official Email Address**

**Attach the base contract, all modifications and IGCE (REQUIRED FOR NEW CONTRACTS), if applicable \*\*\*\***

APPROVERS

**Custody Management (Group 1)**

Concur

**Action Officer (Group 1)**

**Action Date (Group 1)**

3/20/2025

**Custody Management (Group 2)**

Concur

**Action Officer (Group 2)**

**Action Date (Group 2)**

3/20/2025

**Custody Management (Group 3)**

Concur

**Action Officer (Group 3)**

**Action Date (Group 3)**

3/20/2025

**OSD Budget Validation (Group 4)**

Concur

**Action Officer (Group 4)**

**Action Date (Group 4)**

5/15/2025

**Custody Management (Group 5)**

Concur With Comments

**CM Comments (Group 5)**

**Decision: The ratios set forth in 4.3, 4.5, and 5.6 are permanently waived. The 12-hour time limits for 2.1,**

AR-135

**2.2, 2.5, 2.6, 2.11, 4.3, 4.5, 4.6 and 4.8 as described in this DCM are waived. However, ERO must ensure that facility and medical staff make best efforts to conduct the activities as close as operationally possible to the 12-hour requirement, except in exigent circumstances.**

Waivers requested for the following:
• EMERGENCY BEDDING - Waiver requested to exceed the physical bed capacity while still maintaining a safe and secure detention environment.
1) 2.1 Admission & Release - All 12-hour intake processing/screening/orientation requirements to be waived
2) 2.2 Custody Classification System - All 12-hour classification requirements to be waived
3) 2.5 Funds & Personal Property - All 12-hour intake processing/screening requirements to be waived
4) 2.6 Hold Rooms - All 12-hour requirements for hold rooms to be waived
5) 2.11 Sexual Abuse and Abuse Prevention and Intervention - All 12-hour intake assessment requirements to be waived
6) 4.3 Medical Care - All 12-hour requirements for intake processing/screening/orientation to be waived.
7) 4.5 Personal Hygiene - All 12-hour intake processing/screening requirements to be waived
8) 4.6 Significant Self-Harm and Suicide Prevention and Intervention - All 12-hour Mental Health Assessments to be waived
9) 4.8 Disability Identification, Assessment, and Accommodation - All 12-hour intake screening requirements to be waived
10) 4.3 Medical Care - All ratio of toilets/showers/sinks requested to be waived
11) 4.5 Personal Hygiene - All ratio of toilets/showers/sinks requested to be waived
12) 5.6 Telephone Access - All ratio of telephones to be waived

**Action Officer (Group 5)**


Burke, Monica S

**DCM PDF Attached**

No

**Attachments**

🗒 Winn Correctional Center Bed Waivers.pdf

**Action Date (Group 5)**

5/22/2025

AR-136



Burke, Monica S made edits
5/22/2025 11:47 AM

████████ created this item
3/20/2025 5:44 PM

AR-137

Detention Contract Management Requests (DCM) > Item #293

## DETENTION-RELATED CONTRACT INSTRUCTIONS

The form must be completed in its entirety and each field addressed. The Contracting Officer's Representative (COR) is responsible for working with Field Office leadership, Contract Management Unit (CMU), Custody Management Division (CMD) and the Office of Acquisition Management (OAQ) to ensure all contract actions are processed in a timely manner to maintain access to detention resources and prevent a lapse in service. CORs must ensure all local Field Office authorizations are finalized prior to submission.  This form **must** be submitted to CMD no later than **120 days** prior to expected execution of the action. For new contracts the form must be submitted no later than **180 days**.

CMD will review each request, engage with the COR/Field Office (as necessary) and seek ERO Deputy Executive Associate Director approval.   After approval, if needed.  After approval, OAQ will coordinate with CMD and the COR.  A form is required for all detention-related contract actions to include:

- New procurements;
- Implementing a new/renewed agreement, exercising an option year, and changes to guaranteed minimum (GM)/facility operating charge (FOC) requirements;
- Substantive contract modifications and task orders, including but not limited to: changes to a period of performance; physical construction/renovation;, changes to contract terms such as modifying the facility's detention standard (NDS, PBNDS, etc.); changes to rate structure including per diem rates/GMs/FOCs, existing/proposed waivers of individual detention standards;
- Terminations of existing agreements/contracts by ICE, USMS, or local jurisdiction;
- Proposed waivers or exemptions of individual detention standards; and,
- Any RFIs related to detention.

**\*\* A <u>SEPARATE</u> submission is required for 1) each facility and 2) all new contract actions. Note: For contracts with multiple facilities a separate submission is required.**

**\*\*All CORs are responsible for the accuracy of the information provided in this form.**

If there are any questions regarding the form and the requested information, please reach out to ███████████████ .

**Created**

3/20/2025 4:08 PM

## JUSTIFICATION AND APPROVAL

**Please Select all Types of Actions Being Requested:**

Over 30 Days: Emergency Beds - Hold Room - Medical Waiver Request

Please provide a substantive description of the requested action along with a justification which addresses the following:

- Operational purpose & justification
- Please describe how many emergency beds are being requested

AR-138

**Required**

**Purpose** To provide the facility with a waiver for the following twelve (12) sections of the PBNDS 2011, with 2016 enhancements, plus a general authorization to exceed their established physical bed capacity.

Waivers requested for the following:
• EMERGENCY BEDDING - Waiver requested to exceed the physical bed capacity while still maintaining a safe and secure detention environment.
1) 2.1 Admission & Release - All 12-hour intake processing/screening/orientation requirements to be waived
2) 2.2 Custody Classification System - All 12-hour classification requirements to be waived
3) 2.5 Funds & Personal Property - All 12-hour intake processing/screening requirements to be waived
4) 2.6 Hold Rooms - All 12-hour requirements for hold rooms to be waived
5) 2.11 Sexual Abuse and Abuse Prevention and Intervention - All 12-hour intake assessment requirements to be waived
6) 4.3 Medical Care - All 12-hour requirements for intake processing/screening/orientation to be waived.
7) 4.5 Personal Hygiene - All 12-hour intake processing/screening requirements to be waived
8) 4.6 Significant Self-Harm and Suicide Prevention and Intervention - All 12-hour Mental Health Assessments to be waived
9) 4.8 Disability Identification, Assessment, and Accommodation - All 12-hour intake screening requirements to be waived
10) 4.3 Medical Care - All ratio of toilets/showers/sinks requested to be waived
11) 4.5 Personal Hygiene - All ratio of toilets/showers/sinks requested to be waived
12) 5.6 Telephone Access - All ratio of telephones to be waived

**Background** The New Orleans Field Office has traditionally accommodated approximately 25% of the agency's detained alien population. This detention serves both aliens undergoing removal proceedings and staging aliens from most other Field Offices for removal via ICE Air Operations. With the President's National Emergency declaration and an aggressive shift in enforcement activities that the Department has undertaken as part of this declaration, the need for detention space has exceeded the Field Office's capacity or physical plant capability of any given detention facility.

AR-139

**Discussion** Given the increased demand and emergent need for detention space, ERO New Orleans is requesting authorization for the above-named facility to exceed the establish bed capacity. Exceeding the bed capacity would not be utilized to reflect "available beds," and would only be utilized to accommodate the now more common circumstances, of when beds are not available to accommodate those scheduled to arrive. With approval to exceed the established bed capacity, the facility will maintain a safe and secure environment, but will utilize emergency bedding such as "cots," "boat beds," etc. Approval of emergency bedding will also require a waiver for the twelve (12) PBNDS 2011 standards cited above.

**Recommendation:** ERO New Orleans recommends approval of a waiver for the facility to exceed the bed capacity, utilize emergency bedding, and for the twelve sections of the PBNDS 2011 stated above. Duration for the waiver will be at the discretion of the Assistant Director for the Custody Management Division.

**Request to Add Case Processing Specialists**

No

## CONTRACT INFORMATION

**\*\*For new contracts or renewal, provide as much detailed information as possible.  A new form should be submitted once contract terms have been fully negotiated.**

**(New Contracts Only): Please attach an IGCE.**

| Contract Number | Name of Contractor and Subcontractor, if Applicable | Facility Operator |
|---|---|---|
| 70CDCR20DIG000003 | Pickens, County of | Pickens, County of |

| Current Task Order Modification Number | AOR | DETLOC |
|---|---|---|
| 70CDCR24FIGR00125 P00004 | NOL (New Orleans) | PCKNSAL |

| Facility Name | Facility Type |
|---|---|
| Pickens County Detention Center | IGSA |

| Facility Address | Facility City | Facility State |
|---|---|---|
| 188 CEMETERY ST | CARROLLTON | Alabama |

| Over/Under 72 Hour Facility | Current ICE Bed Space Capacity |
|---|---|
| Under 72 Hour Facility | 28 |

| Tablets Provider, if Applicable | Telephone Provider | Medical Provider |
|---|---|---|

AR-140

## CONTRACTUALLY OBLIGATED DETENTION STANDARDS AND INSPECTIONS

**All ICE detention contracts are to be modified to the following detention standards:**
Performance-Based National Detention Standards 2011 with 2016 Revision
National Detention Standards 2019
2025 National Detention Standards

**ICE is phasing out the following detention standards:**
Performance-Based National Detention Standards 2000
National Detention Standards 2008
Performance-Based National Detention Standards 2011

**Current Contractually Obligated Detention Standards**
National Detention Standards 2019

**Proposed Standards for this Contract Action**
No Changes Required

**Other (if applicable)**

**\*Please note that an ODO inspection, ORSA, or Pre-Occupancy report must be on file prior to using any facility.**

**Last ODO Inspection Standard**
NDS 2019

**Last ODO Inspection Rating**
Acceptable

**Last ODO Inspection Date**
8/8/2024

**Right Click On Link to Open in a New Tab**
ODO Facility Inspections

**ORSA Inspection**
Select Option

**Last ORSA Inspection Date**

**ORSA Attachment**
No

**Pre-Occupancy Inspection**
Select Option

**Pre-Occupancy Inspection Date**

**Pre-Occupancy Attachment**
No

## INDICATE WHETHER THE FOLLOWING REQUIREMENTS ARE IN THE CONTRACT

**DHS Prison Rape Elimination Act**
Yes

**Virtual Attorney Visitation**
Select Option

**Transgender Care**
Select Option

## POINT(S) OF CONTACT:

**CO Name**
 ██████████

**CO Program Office**
OAQ

**CO Email Address**
████████████

AR-141

**COR Name**



**COR Program Office**

NOL

**COR Email Address**

**DFOD/FOD Name**



**Field Office Authorizing Official Program Office**

NOL

**Field Office Authorizing Official Email Address**

**Attach the base contract, all modifications and IGCE (REQUIRED FOR NEW CONTRACTS), if applicable \*\*\*\***

## APPROVERS

**Custody Management (Group 1)**

Concur

**Action Officer (Group 1)**



**Action Date (Group 1)**

3/20/2025

**Custody Management (Group 2)**

Concur

**Action Officer (Group 2)**



**Action Date (Group 2)**

3/20/2025

**Custody Management (Group 3)**

Concur

**Action Officer (Group 3)**



**Action Date (Group 3)**

3/20/2025

**OSD Budget Validation (Group 4)**

Concur

**Action Officer (Group 4)**



**Action Date (Group 4)**

5/15/2025

**Custody Management (Group 5)**

Concur With Comments

**CM Comments (Group 5)**

**Decision: The ratios set forth in 4.3, 4.5, and 5.6 are permanently waived. The 12-hour time limits for 2.1, 2.2, 2.5, 2.6, 2.11, 4.3, 4.5, 4.6 and 4.8 as described in**

AR-142

this DCM are waived. However, ERO must ensure that facility and medical staff make best efforts to conduct the activities as close as operationally possible to the 12-hour requirement, except in exigent circumstances.

**Action Officer (Group 5)**

 Burke, Monica S

**Action Date (Group 5)**

5/22/2025

**DCM PDF Attached**

No

**Attachments**

📇 Pickens County Jail Bed Waivers.pdf



Burke, Monica S made edits
5/22/2025 3:29 PM

created this item
3/20/2025 4:08 PM

AR-143

Detention Contract Management Requests (DCM) > Item #233

## DETENTION-RELATED CONTRACT INSTRUCTIONS

The form must be completed in its entirety and each field addressed. The Contracting Officer's Representative (COR) is responsible for working with Field Office leadership, Contract Management Unit (CMU), Custody Management Division (CMD) and the Office of Acquisition Management (OAQ) to ensure all contract actions are processed in a timely manner to maintain access to detention resources and prevent a lapse in service. CORs must ensure all local Field Office authorizations are finalized prior to submission.  This form **must** be submitted to CMD no later than **120 days** prior to expected execution of the action. For new contracts the form must be submitted no later than **180 days**.

CMD will review each request, engage with the COR/Field Office (as necessary) and seek ERO Deputy Executive Associate Director approval.   After approval, if needed.  After approval, OAQ will coordinate with CMD and the COR.  A form is required for all detention-related contract actions to include:

- New procurements;
- Implementing a new/renewed agreement, exercising an option year, and changes to guaranteed minimum (GM)/facility operating charge (FOC) requirements;
- Substantive contract modifications and task orders, including but not limited to: changes to a period of performance; physical construction/renovation;, changes to contract terms such as modifying the facility's detention standard (NDS, PBNDS, etc.); changes to rate structure including per diem rates/GMs/FOCs, existing/proposed waivers of individual detention standards;
- Terminations of existing agreements/contracts by ICE, USMS, or local jurisdiction;
- Proposed waivers or exemptions of individual detention standards; and,
- Any RFIs related to detention.

**\*\* A <u>SEPARATE</u> submission is required for 1) each facility and 2) all new contract actions. Note: For contracts with multiple facilities a separate submission is required.**

**\*\*All CORs are responsible for the accuracy of the information provided in this form.**

If there are any questions regarding the form and the requested information, please reach out to ██████████████████.

Created

2/27/2025 4:52 PM

## JUSTIFICATION AND APPROVAL

**Please Select all Types of Actions Being Requested:**

Proposed waivers of individual detention standards

Please provide a substantive description of the requested action along with a justification which addresses the following:

- Operational need
- Operational impacts should the action not be approved

AR-144

- If there is a change in contract requirement(s), please provide justification for each change.  Also, include current FY funding required for each change, and the projected annual costs.

| Example of Itemized Additional Cost Breakdown | | |
|---|---|---|
| Scope Change | Current Fiscal Year Funds Required | Estimated Annual Cost |
| Example. Additional Detention Officers | $125,000 | $250,000 |
| Example. Asylum Booth | $15,000 | $30,000 |
| Total | $140,000 | $280,000 |

- Status of any related, pending contract modifications, and the proposed period of performance (e.g. VAV or Transgender modifications)
- If applicable, existing contractor performance concerns; logistical issues/concerns; contract cost overages/spending rate issues and
- Estimated value and justification for any new contract.

**Required**

Purpose:

This waiver is being requested for all  Sub - Offices located in the Los Angeles AOR Ventura, Riverside, San Bernardino, Los Angeles,  San Luis Obispo, and Orange counties,

The purpose of this memorandum is to request a waiver for ERO Los Angeles Filed Office 12-hour hold room utilization time, as it relates to 11087.2: *Operations of ERO Holding Facilities (January 31, 2024), Section 5.1: Holding Facility Supervision and Monitoring – Procedures for ERO Officers*, which states the following: "Absent exceptional circumstances, no detainee should be housed in a holding facility for longer thank 12 hours". ERO Los Angels has limited detention space within our area of responsibility (AOR). As a result, the Los Angeles Field Office must request detention space nationwide to facilitate the transfer of aliens arrested by our law enforcement officers. This process has caused significant hold room times for ERO Los Angeles while awaiting transfer approval requests.

Background

On January 1, 2014, the California Trust Act (AB 4) went into effect which prevents local law enforcement agencies from detaining aliens pursuant to an immigration hold or detainer beyond their release date from criminal custody. On January 1, 2018, the California Values Act (SB 54) went into effect which prevents state and local law enforcement agencies from using their resources on behalf of federal immigration agencies. These laws have eliminated detention space for ERO Los Angeles within the states

AR-145

of California. On January 20, 2025, President Trump signed an Executive Order declaring a national emergency for immigration. A nationwide operating posture increase has been implemented making detention space less readily available. This has significantly impacted ERO Los Angeles' hold room times while pending approval and transfer of aliens to other AORs for detention space.

Discussion

ERO Los Angels would like to request an extension of 48 hours beyond the 12 hours for utilization of hold rooms to detain aliens pending transfer.

Recommendation

I recommend waiver approval to policy 11087.2: *Operations of ERO Holding Facilities (January 31, 2024) Section 5.1: Holding Facility Supervision and Monitoring – Procedures for ERO Officers.*

**Request to Add Case Processing Specialists**

No

## CONTRACT INFORMATION

**\*\*For new contracts or renewal, provide as much detailed information as possible.  A new form should be submitted once contract terms have been fully negotiated.**

**(New Contracts Only): Please attach an IGCE.**

| Contract Number | Name of Contractor and Subcontractor, if applicable | Facility Operator |
|---|---|---|
| | | ICE-ERO |

| Current Task Order Modification Number | AOR | DETLOC |
|---|---|---|
| | Select Option | LOSCJCA |

| Facility Name | Facility Type | |
|---|---|---|
| Los Angeles Filed Office B18 | OTHER | |

| Facility Address | Facility City | Facility State |
|---|---|---|
| 300 North Los Angeles Street | Los Angeles | California |

| Over/Under 72 Hour Facility | Current ICE Bed Space Capacity | |
|---|---|---|
| Under 72 Hour Facility | 955 | |

| Tablets Provider, if Applicable | Telephone Provider | Medical Provider |
|---|---|---|

## CONTRACTUALLY OBLIGATED DETENTION STANDARDS AND INSPECTIONS

AR-146

**All ICE detention contracts are to be modified to the following detention standards:**
Performance-Based National Detention Standards 2011 with 2016 Revision
National Detention Standards 2019
2025 National Detention Standards

**ICE is phasing out the following detention standards:**
Performance-Based National Detention Standards 2000
National Detention Standards 2008
Performance-Based National Detention Standards 2011

**Current Contractually Obligated Detention Standards**
National Detention Standards 2019

**Proposed Standards for this Contract Action**
National Detention Standards 2019

**Other (if applicable)**

**\*Please note that an ODO inspection, ORSA, or Pre-Occupancy report must be on file prior to using any facility.**

**Last ODO Inspection Standard**
NDS 2019

**Last ODO Inspection Rating**
Superior

**Last ODO Inspection Date**
2/27/2025

**Right Click On Link to Open in a New Tab**
ODO Facility
Inspections

## OTHER FACILITY COST AND INFORMATION

| Annual Costs Transportation | Proposed Annual Costs Transportation | Annual Cost Transportation Net |
|---|---|---|
| | | $0.00 |

| Annual Costs Meals | Proposed Annual Costs Meals | Annual Cost Meals Net |
|---|---|---|
| | | $0.00 |

## POINT(S) OF CONTACT:

**CO Name**

**CO Program Office**
Los Angeles FIeld Offfice

**CO Email Address**

**COR Name**

**COR Program Office**
Los Angeles Field Office ICE-ERO

**COR Email Address**

**DFOD/FOD Name**

**Field Office Authorizing Official Program Office**
Los Angles Field Office

**Field Office Authorizing Official Email Address**

AR-147

**Attach the base contract, all modifications and IGCE (REQUIRED FOR NEW CONTRACTS), if applicable ****

## APPROVERS

**Custody Management (Group 1)**

Concur

**Action Officer (Group 1)**



**Action Date (Group 1)**

3/3/2025

**Custody Management (Group 2)**

Concur

**Action Officer (Group 2)**



**Action Date (Group 2)**

2/28/2025

**Custody Management (Group 3)**

Concur

**Action Officer (Group 3)**



**Action Date (Group 3)**

3/6/2025

**OSD Budget Validation (Group 4)**

Concur

**Action Officer (Group 4)**



**Action Date (Group 4)**

3/7/2025

**Custody Management (Group 5)**

Concur

**Action Officer (Group 5)**


Burke, Monica S

**Action Date (Group 5)**

6/9/2025

**DCM PDF Attached**

No

**Attachments**

AR-148

ERO Los Angeles 12 hour Holding Room Waiver 02-27-2025.pdf

Burke, Monica S made edits
6/9/2025 6:09 PM

2/27/2025 4:52 PM

AR-149