CRAIG H. MISSAKIAN (CABN 125202)
United States Attorney

PAMELA T. JOHANN (CABN 145558)
Chief, Civil Division

DOUGLAS JOHNS (CABN 314798)
Assistant United States Attorney

      60 South Market Street, Suite 1200
      San Jose, California 95113
      Telephone: (415) 846-8947
      FAX: (408) 535-5081
      Douglas.Johns@usdoj.gov

Attorneys for Defendants-Respondents

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| CARMEN ARACELY PABLO SEQUEN, YULISA ALVARADO AMBROCIO, MARTIN HERNANDEZ TORRES, and LIGIA GARCIA, <br><br>     Plaintiffs-Petitioners, <br><br>   v. <br><br> SERGIO ALBARRAN, MARCOS CHARLES, THOMAS GILES, MONICA BURKE, KRISTI NOEM, U.S. DEPARTMENT OF HOMELAND SECURITY, TODD M. LYONS, SIRCE E. OWEN, PAMELA BONDI, U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT, UNITED STATES DEPARTMENT OF JUSTICE, EXECUTIVE OFFICE FOR IMMIGRATION AND REVIEW, UNITED STATES OF AMERICA, <br><br>     Defendants-Respondents. | CASE NO. 25-cv-06487-PCP <br><br> **DEFENDANTS' NOTICE OF APPEAL** <br><br> **(PRELIMINARY INJUNCTION APPEAL)** <br><br> Honorable P. Casey Pitts <br> United States District Judge |

DEFENDANTS' NOTICE OF APPEAL
25-CV-06487-PCP

Please take notice that Defendants, Sergio Albarran, Marcos Charles, Thomas Giles, Monica Burke, Kristi Noem, Todd M. Lyons, Sirce E. Owen, and Pamela Bondi, all in their official capacities, and the U.S. Department of Homeland Security, U.S. Immigration and Customs Enforcement, U.S. Department of Justice, the Executive Office for Immigration and Review, and the United States of America hereby appeal to the United States Court of Appeals for the Ninth Circuit from the District Court's Order Provisionally Certifying Classes, Granting Preliminary Injunction, and Denying Stay, entered on November 25, 2025 (ECF No. 90), including, but not limited to any order, or orders, modifying, changing, or granting an injunction during the Status Conference on December 22, 2025 (ECF No. 151). This order is appealable under 28 U.S.C. § 1292 and involves an interlocutory order under Ninth Circuit R. 3-3(a).

DATED: December 23, 2025                    Respectfully submitted,

                                            CRAIG H. MISSAKIAN
                                            United States Attorney

                                            */s/ Douglas Johns*
                                            DOUGLAS JOHNS
                                            Assistant United States Attorney

                                            *Attorneys for Respondents-Defendants*

DEFENDANTS' NOTICE OF APPEAL
25-CV-06487-PCP

1