CRAIG H. MISSAKIAN (CABN 125202)
United States Attorney

PAMELA T. JOHANN (CABN 145558)
Chief, Civil Division

DOUGLAS JOHNS (CABN 314798)
Assistant United States Attorney

    60 South Market Street, Suite 1200
    San Jose, California 95113
    Telephone: (415) 846-8947
    FAX: (408) 535-5081
    Douglas.Johns@usdoj.gov

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| CARMEN ARACELY PABLO SEQUEN, YULISA ALVARADO AMBROCIO, MARTIN HERNANDEZ TORRES, and LIGIA GARCIA,<br><br>    Plaintiffs,<br><br>  v.<br><br>SERGIO ALBARRAN, MARCOS CHARLES, THOMAS GILES, MONICA BURKE, KRISTI NOEM, U.S. DEPARTMENT OF HOMELAND SECURITY, TODD M. LYONS, SIRCE E. OWEN, PAMELA BONDI, U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT, UNITED STATES DEPARTMENT OF JUSTICE, EXECUTIVE OFFICE FOR IMMIGRATION AND REVIEW, UNITED STATES OF AMERICA,<br><br>    Defendants. | CASE NO. 25-cv-06487-PCP<br><br>**STIPULATION TO EXTEND TIME TO ANSWER OR OTHERWISE RESPOND TO COMPLAINT**<br><br>Honorable P. Casey Pitts<br>United States District Judge |

STIPULATION TO EXTEND TIME TO ANSWER OR OTHERWISE RESPOND TO COMPLAINT
25-CV-06487-PCP

Plaintiffs and Defendants, by and through their undersigned counsel, hereby stipulate as follows:

1. On September 18, 2025, Plaintiffs filed their amended complaint and petition for writ of habeas corpus. *See* Dkt. No. 32.

2. On October 24, 2025, Defendants filed a motion to dismiss Plaintiffs' amended complaint and sever claims included in that amended complaint. *See* Dkt. No. 106.

3. On December 29, 2025, the Court granted in part and denied in part Defendants' motion to dismiss. *See* Dkt. No. 158.

4. Defendants must respond to Plaintiffs' amended complaint by January 12, 2026. *See* Fed. R. Civ. P. 12(4).

5. Counsel for Defendants needs additional time to prepare a response to Plaintiffs' amended complaint because of the number of allegations and the holiday season.

6. The parties met and conferred and agreed that it would be reasonable and appropriate to extend Defendants' time to answer or otherwise respond to Plaintiffs' amended complaint.

7. This stipulation will not alter the date of any event or any deadline already fixed by Court order. The case does not currently have a case management schedule or order.

8. Pursuant to Civil L.R. 6-1(a), the parties stipulate that the time within which Defendants shall answer or otherwise respond to Plaintiffs' amended complaint shall be extended to February 2, 2026. In so stipulating, Defendant expressly reserves all arguments and defenses.

SO STIPULATED.

    Respectfully submitted,

    CRAIG H. MISSAKIAN
    United States Attorney

Dated: January 8, 2026    By:    */s/ Douglas Johns*
    DOUGLAS JOHNS
    Assistant United States Attorney
    Attorney for Defendants

STIPULATION TO EXTEND TIME TO ANSWER OR OTHERWISE RESPOND TO COMPLAINT
25-CV-06487-PCP

1

DATED:  January 8, 2026　　　LAWYERS' COMMITTEE FOR CIVIL RIGHTS OF THE SAN FRANCISCO BAY AREA

By:　　*/s/ Jordan Wells*
　　　　MARISSA HATTON
　　　　ANDREW NTIM
　　　　JORDAN WELLS
　　　　NISHA KASHYAP
　　　　Attorneys for Plaintiffs

DATED:  January 8, 2026　　　CARECEN SF

By:　　*/s/ Laura Victoria Sanchez*
　　　　LAURA VICTORIA SANCHEZ
　　　　TALA BERARDI HARTSOUGH
　　　　Attorneys for Plaintiffs

DATED:  January 8, 2026　　　AMERICAN CIVIL LIBERTIES UNION FOUNDATION OF NORTHERN CALIFORNIA

By:　　*/s/ Neil K. Sawhney*
　　　　NEIL K. SAWHNEY
　　　　LAUREN M. DAVIS
　　　　Attorneys for Plaintiffs

DATED:  January 8, 2026　　　COBLENTZ PATCH DUFFY & BASS LLP

By:　　*/s/ Mark L. Hejinian*
　　　　MARK L. HEJINIAN
　　　　MARCIA V. VALENTE
　　　　DAVID C. BEACH
　　　　CHARMAINE G. YU
　　　　EVAN G. CAMPBELL
　　　　DARIEN LO
　　　　Attorneys for Plaintiffs

## ATTESTATION

In compliance with Civil L.R. 5-1(i)(3), I, Douglas Johns, attest that I have obtained concurrence in the filing of this document from each of the other signatories.

Dated: January 8, 2026　　　By:　*/s/ Douglas Johns*
　　　　　　　　　　　　　　　　DOUGLAS JOHNS