Mark L. Hejinian (SBN 281417)
ef-mlh@cpdb.com
Marcia V. Valente (SBN 321852)
ef-mvv@cpdb.com
David C. Beach (SBN 226972)
ef-dcb@cpdb.com
Charmaine G. Yu (SBN 220579)
ef-cgy@cpdb.com
Evan G. Campbell (SBN 342223)
ef-egc@cpdb.com
Darien Lo (SBN 347244)
ef-dxl@cpdb.com
COBLENTZ PATCH DUFFY & BASS LLP
One Montgomery Street, Suite 3000
San Francisco, CA  94104
Telephone: (415) 391-4800

Neil K. Sawhney (SBN 300130)
nsawhney@aclunc.org
Lauren M. Davis (SBN 357292)
ldavis@aclunc.org
AMERICAN CIVIL LIBERTIES UNION
FOUNDATION OF NORTHERN
CALIFORNIA
39 Drumm Street
San Francisco, CA 94111
Telephone: (415) 621-2493

Marissa Hatton (SBN 348678)
mhatton@lccrsf.org
Andrew Ntim (SBN 347084)
antim@lccrsf.org
Jordan Wells (SBN 326491)
jwells@lccrsf.org
Nisha Kashyap (SBN 301934)
nkashyap@lccrsf.org
LAWYERS' COMMITTEE FOR CIVIL
RIGHTS OF THE SAN FRANCISCO BAY
AREA
131 Steuart Street, Suite 400
San Francisco, CA 94105
Telephone: (415) 543-9444

Laura Victoria Sanchez (SBN 253736)
laura@carecensf.org
Tala Berardi Hartsough (SBN 230204)
tala@carecensf.org
CARECEN SF
3101 Mission Street, Suite 101
San Francisco, CA  94110
Telephone: (415) 642-4402

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| CARMEN ARACELY PABLO SEQUEN, YULISA ALVARADO AMBROCIO, and LIGIA GARCIA,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>SERGIO ALBARRAN, MARCOS CHARLES, THOMAS GILES, MONICA BURKE, KRISTI NOEM, U.S. DEPARTMENT OF HOMELAND SECURITY, TODD M. LYONS, SIRCE E. OWEN, PAMELA BONDI, U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT, UNITED STATES DEPARTMENT OF JUSTICE, EXECUTIVE OFFICE FOR IMMIGRATION AND REVIEW, UNITED STATES OF AMERICA<br><br>　　　　　Defendants. | Case No. 5:25-CV-06487-PCP-NC<br><br>**CLASS ACTION**<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFFS' ADMINISTRATIVE MOTION UNDER LOCAL RULE 7-11**<br><br>Honorable P. Casey Pitts<br>United State District Judge<br><br>Trial Date:　　　　None Set |

Case No. 5:25-CV-06487-PCP-NC

**[PROPOSED] ORDER GRANTING PLAINTIFFS' ADMINISTRATIVE MOTION UNDER LOCAL RULE 7-11**

COBLENTZ PATCH DUFFY & BASS LLP
One Montgomery Street, Suite 3000, San Francisco, California 94104-5500
415.391.4800 · Fax 415.989.1663

Coblentz Patch Duffy & Bass LLP
One Montgomery Street, Suite 3000, San Francisco, California 94104-5500
415.391.4800 · Fax 415.989.1663

## [PROPOSED] ORDER

**WHEREAS**, the Court, having considered Plaintiffs Carmen Aracely Pablo Sequen, Yulisa Alvarado Ambrocio, and Ligia Garcia's (collectively, "Plaintiffs") Administrative Motion Under Local Rule 7-11 (the "Motion"), and any response filed thereto, the Motion is **GRANTED**.

It is hereby **ORDERED** that:

1. Plaintiffs are granted leave to file two motions for partial summary judgment—one on Plaintiffs' Administrative Procedure Act ("APA") claims challenging Defendants' courthouse arrest policies and one on Plaintiffs' APA claims challenging Defendants' 12-Hour Waiver Memorandum (collectively, the "Partial MSJs");

2. The parties are not required to prepare or file a Separate Statement of Undisputed Facts to accompany the Partial MSJs; and

3. The following briefing schedule shall govern the Partial MSJs:

| Event | Deadline |
| --- | --- |
| Plaintiffs' separate Partial MSJs Due | January 29, 2026 |
| Defendants' separate Oppositions to Partial MSJs Due | February 12, 2026 |
| Plaintiffs' separate Replies in support of Partial MSJs Due | February 19, 2026 |
| Hearing on Partial MSJs | March 5, 2026 at 10:00 a.m. |

**IT IS SO ORDERED.**

DATED:

_____
Hon. Judge P. Casey Pitts
United States District Judge

008561.0134 4926-5581-0439.1                           Case No. 5:25-CV-06487-PCP-NC

**[PROPOSED] ORDER GRANTING PLAINTIFFS' ADMINISTRATIVE MOTION UNDER LOCAL RULE 7-11**