| | |
|---|---|
| Mark L. Hejinian (SBN 281417) | Marissa Hatton (SBN 348678) |
| ef-mlh@cpdb.com | mhatton@lccrsf.org |
| Marcia V. Valente (SBN 321852) | Andrew Ntim (SBN 347084) |
| ef-mvv@cpdb.com | antim@lccrsf.org |
| David C. Beach (SBN 226972) | Jordan Wells (SBN 326491) |
| ef-dcb@cpdb.com | jwells@lccrsf.org |
| Charmaine G. Yu (SBN 220579) | Nisha Kashyap (SBN 301934) |
| ef-cgy@cpdb.com | nkashyap@lccrsf.org |
| Evan G. Campbell (SBN 342223) | LAWYERS' COMMITTEE FOR CIVIL |
| ef-egc@cpdb.com | RIGHTS OF THE SAN FRANCISCO BAY |
| Darien Lo (SBN 347244) | AREA |
| ef-dxl@cpdb.com | 131 Steuart Street, Suite 400 |
| COBLENTZ PATCH DUFFY & BASS LLP | San Francisco, CA 94105 |
| One Montgomery Street, Suite 3000 | Telephone: (415) 543-9444 |
| San Francisco, CA 94104 | |
| Telephone: (415) 391-4800 | |
| | |
| Neil K. Sawhney (SBN 300130) | Laura Victoria Sanchez (SBN 253736) |
| nsawhney@aclunc.org | laura@carecensf.org |
| Lauren M. Davis (SBN 357292) | Tala Berardi Hartsough (SBN 230204) |
| ldavis@aclunc.org | tala@carecensf.org |
| AMERICAN CIVIL LIBERTIES UNION | CARECEN SF |
| FOUNDATION OF NORTHERN | 3101 Mission Street, Suite 101 |
| CALIFORNIA | San Francisco, CA 94110 |
| 39 Drumm Street | Telephone: (415) 642-4402 |
| San Francisco, CA 94111 | |
| Telephone: (415) 621-2493 | |

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| CARMEN ARACELY PABLO SEQUEN, YULISA ALVARADO AMBROCIO, and LIGIA GARCIA,<br><br>Plaintiffs,<br><br>v.<br><br>SERGIO ALBARRAN, MARCOS CHARLES, THOMAS GILES, MONICA BURKE, KRISTI NOEM, U.S. DEPARTMENT OF HOMELAND SECURITY, TODD M. LYONS, SIRCE E. OWEN, PAMELA BONDI, U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT, UNITED STATES DEPARTMENT OF JUSTICE, EXECUTIVE OFFICE FOR IMMIGRATION AND REVIEW, UNITED STATES OF AMERICA<br><br>Defendants. | Case No. 5:25-CV-06487-PCP-NC<br><br>**CLASS ACTION**<br><br>~~[PROPOSED]~~ ORDER GRANTING PLAINTIFFS' ADMINISTRATIVE MOTION UNDER LOCAL RULE 7-11 **AS MODIFIED**<br><br>Honorable P. Casey Pitts<br>United State District Judge<br><br>Trial Date:   None Set |

**[PROPOSED] ORDER**

**WHEREAS**, the Court, having considered Plaintiffs Carmen Aracely Pablo Sequen, Yulisa Alvarado Ambrocio, and Ligia Garcia's (collectively, "Plaintiffs") Administrative Motion Under Local Rule 7-11 (the "Motion"), and any response filed thereto, the Motion is **GRANTED**.

It is hereby **ORDERED** that:

1. Plaintiffs are granted leave to file two motions for partial summary judgment—one on Plaintiffs' Administrative Procedure Act ("APA") claims challenging Defendants' courthouse arrest policies and one on Plaintiffs' APA claims challenging Defendants' 12-Hour Waiver Memorandum (collectively, the "Partial MSJs");

2. The parties are not required to prepare or file a Separate Statement of Undisputed Facts to accompany the Partial MSJs; and

3. The following briefing schedule shall govern the Partial MSJs:

| Event | Deadline |
|---|---|
| Plaintiffs' separate Partial MSJs Due | January 29, 2026 |
| Defendants' separate Oppositions to Partial MSJs Due | February 12, 2026 |
| Plaintiffs' separate Replies in support of Partial MSJs Due | February 19, 2026 |
| Hearing on Partial MSJs | March 5, 2026 at ~~10:00 a.m.~~ 4:00pm |

**IT IS SO ORDERED.**

DATED: January 12, 2026

_____
Hon. Judge P. Casey Pitts
United States District Judge

008561.0134 4926-5581-0439.1

Case No. 5:25-CV-06487-PCP-NC

[PROPOSED] ORDER GRANTING PLAINTIFFS' ADMINISTRATIVE MOTION UNDER LOCAL RULE 7-11