CRAIG H. MISSAKIAN (CABN 125202)
United States Attorney

PAMELA T. JOHANN (CABN 145558)
Chief, Civil Division

DOUGLAS JOHNS (CABN 314798)
Assistant United States Attorney

    60 South Market Street, Suite 1200
    San Jose, California 95113
    Telephone: (415) 846-8947
    FAX: (408) 535-5081
    Douglas.Johns@usdoj.gov

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| CARMEN ARACELY PABLO SEQUEN, YULISA ALVARADO AMBROCIO, and LIGIA GARCIA, <br><br> Plaintiffs, <br><br> v. <br><br> SERGIO ALBARRAN, MARCOS CHARLES, THOMAS GILES, MONICA BURKE, KRISTI NOEM, U.S. DEPARTMENT OF HOMELAND SECURITY, TODD M. LYONS, SIRCE E. OWEN, PAMELA BONDI, U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT, UNITED STATES DEPARTMENT OF JUSTICE, EXECUTIVE OFFICE FOR IMMIGRATION AND REVIEW, UNITED STATES OF AMERICA, <br><br> Defendants. | CASE NO. 25-cv-06487-PCP <br><br> **STIPULATED JOINT REQUEST FOR AN ORDER APPROVING THE PROPOSED BRIEFING SCHEDULE; [PROPOSED] ORDER** <br><br> Honorable P. Casey Pitts <br> United States District Judge |

STIPULATED JOINT REQUEST FOR AN ORDER APPROVING THE PROPOSED BRIEFING SCHEDULE
25-CV-06487-PCP

Plaintiffs and Defendants by, and through, their undersigned counsel, hereby stipulate as follows:

1. On Friday, January 9, 2026, Plaintiffs filed their administrative motion under Civil Local Rule 7-11 seeking, among other things, an order setting a briefing schedule for two motions for partial summary judgment that they plan to file. *See generally* Dkt. No. 164; Dkt. No. 164 at 3-4.

2. Under the Civil Local Rules, Defendants had until January 13, 2026, to respond to Plaintiffs' administrative motion. *See* Civil L.R. 7-11(b); *see also* Dkt. No. 164 (Docket Text).

3. On Monday, January 12, 2026, the Court issued an order granting Plaintiffs' administrative motion and set a briefing schedule for Plaintiffs' planned motions for summary judgment. *See* Dkt. No. 166.

4. Defendants did not have an opportunity to respond to Plaintiffs' administrative motion.

5. After the Court issued its order, Defendants raised with Plaintiffs that the Civil Local Rules include Civil Local Rule 16-5, "Procedures in Actions for Review on an Administrative Record."

6. Plaintiffs' action, in part, arises out of review of an administrative record. *See generally* Dkt. No. 32.

7. Neither Plaintiffs' administrative motion nor the Court's order addresses the applicability of Civil Local Rule 16-5.

8. Plaintiffs do not concede that Civil Local Rule 16-5 applies to this case.

9. To expedite a decision from the Court on Plaintiffs' proposed motions for partial summary judgment, after extensive meet and confer discussions, to avoid Defendants' motion to enlarge time, pursuant to Civil L.R. 6-1(b), Civil L.R. 6-2(a), and subject to the approval of the Court, the parties stipulate that the following procedure is adopted:

A. Defendants must serve and file any opposition or counter-motion within 28 days of Plaintiffs filing a motion for summary judgment or motion for partial summary judgment.

B. Plaintiffs may serve and file a reply within 14 days after service of Defendants' opposition or counter-motion.

///

///

STIPULATED JOINT REQUEST FOR AN ORDER APPROVING THE PROPOSED BRIEFING SCHEDULE
25-CV-06487-PCP

C.      Unless the Court orders otherwise, at the conclusion of the briefing schedule set forth above, the matter will be deemed submitted for decision for decision by the Court, and the parties elect to forego oral argument unless the Court deems it useful to the resolution of any of the issues raised in the parties' briefing on the motions.

10.      Pursuant to the proposal set forth above, the hearing on any partial motions for summary judgment set for March 5, 2026 is vacated, subject to Court approval.

11.      This stipulation will alter the date of an event or deadline already fixed by Court order. This stipulation will modify the schedule set forth in the Court's order dated January 12, 2026. *See* Dkt. No. 166. This stipulation will vacate the hearing set for March 5, 2026. *See* Dkt. No. 166 at 2.

12.      The prior time modifications are as follows: (1) stipulation to modify the briefing schedule for a temporary restraining order, Dkt. Nos. 12, 14; (2) stipulation to allow Plaintiffs to file a late reply, Dkt. Nos. 22, 23, 24; (3) stipulation to extend Defendants' time to answer or otherwise respond to the operative pleading, Dkt. No. 162.

13.      The requested time modification will have little impact on the schedule for the case. The requested time modification will vacate the hearing set for March 5, 2026.

14.      In so stipulating, Plaintiffs and Defendants expressly reserve all arguments and defenses pertaining to Civil Local Rule 16-5 or seeking further modifications to the procedure set forth above.

SO STIPULATED.

Respectfully submitted,

CRAIG H. MISSAKIAN
United States Attorney

Dated: January 23, 2026          By:      */s/ Douglas Johns*
DOUGLAS JOHNS
Assistant United States Attorney
Attorney for Defendants

STIPULATED JOINT REQUEST FOR AN ORDER APPROVING THE PROPOSED BRIEFING SCHEDULE
25-CV-06487-PCP

2

DATED:  January 23, 2026                LAWYERS' COMMITTEE FOR CIVIL RIGHTS OF THE
                                        SAN FRANCISCO BAY AREA

                                        By:        */s/ Marissa Hatton*
                                                   MARISSA HATTON
                                                   ANDREW NTIM
                                                   JORDAN WELLS
                                                   NISHA KASHYAP
                                                   Attorneys for Plaintiffs

DATED:  January 23, 2026                CARECEN SF

                                        By:        */s/ Laura Victoria Sanchez*
                                                   LAURA VICTORIA SANCHEZ
                                                   TALA BERARDI HARTSOUGH
                                                   Attorneys for Plaintiffs

DATED:  January 23, 2026                AMERICAN CIVIL LIBERTIES UNION
                                        FOUNDATION OF NORTHERN CALIFORNIA

                                        By:        */s/ Neil K. Sawhney*
                                                   NEIL K. SAWHNEY
                                                   LAUREN M. DAVIS
                                                   Attorneys for Plaintiffs

DATED:  January 23, 2026                COBLENTZ PATCH DUFFY & BASS LLP

                                        By:        */s/ Mark L. Hejinian*
                                                   MARK L. HEJINIAN
                                                   MARCIA V. VALENTE
                                                   DAVID C. BEACH
                                                   CHARMAINE G. YU
                                                   EVAN G. CAMPBELL
                                                   DARIEN LO
                                                   Attorneys for Plaintiffs

**ATTESTATION**

In compliance with Civil L.R. 5-1(i)(3), I, Douglas Johns, attest that I have obtained concurrence in the filing of this document from each of the other signatories.

Dated: January 23, 2026          By:    */s/ Douglas Johns*
                                        DOUGLAS JOHNS

STIPULATED JOINT REQUEST FOR AN ORDER APPROVING THE PROPOSED BRIEFING SCHEDULE
25-CV-06487-PCP

3

**[PROPOSED] ORDER**

Pursuant to stipulation, and for good cause shown, IT IS SO ORDERED:

1.      Defendants must serve and file any opposition or counter-motion within 28 days of Plaintiffs filing a motion for summary judgment or motion for partial summary judgment.

2.      Plaintiffs may serve and file a reply within 14 days after service of Defendants' opposition or counter-motion.

3.      Unless the Court orders otherwise, at the conclusion of the briefing schedule, the matter will be deemed submitted for decision.

4.      The parties forego oral argument unless the Court deems it useful to the resolution of any of the issues raised in the parties' briefing.

5.      The hearing on Plaintiffs' proposed motions for partial summary judgment on March 5, 2026 at 4:00pm is vacated.

[In addition, the Court makes the further orders stated below:]

IT IS SO ORDERED.

DATED: _____

_____
HONORABLE P. CASEY PITTS
United States District Judge

STIPULATED JOINT REQUEST FOR AN ORDER APPROVING THE PROPOSED BRIEFING SCHEDULE
25-CV-06487-PCP

4