Mark L. Hejinian (SBN 281417)
ef-mlh@cpdb.com
Marcia V. Valente (SBN 321852)
ef-mvv@cpdb.com
David C. Beach (SBN 226972)
ef-dcb@cpdb.com
Charmaine G. Yu (SBN 220579)
ef-cgy@cpdb.com
Evan G. Campbell (SBN 342223)
ef-egc@cpdb.com
Darien Lo (SBN 347244)
ef-dxl@cpdb.com
COBLENTZ PATCH DUFFY & BASS LLP
One Montgomery Street, Suite 3000
San Francisco, CA  94104
Telephone: (415) 391-4800

Neil K. Sawhney (SBN 300130)
nsawhney@aclunc.org
Lauren M. Davis (SBN 357292)
ldavis@aclunc.org
AMERICAN CIVIL LIBERTIES UNION
FOUNDATION OF NORTHERN CALIFORNIA
39 Drumm Street
San Francisco, CA 94111
Telephone: (415) 621-2493

Marissa Hatton (SBN 348678)
mhatton@lccrsf.org
Andrew Ntim (SBN 347084)
antim@lccrsf.org
Jordan Wells (SBN 326491)
jwells@lccrsf.org
Nisha Kashyap (SBN 301934)
nkashyap@lccrsf.org
LAWYERS' COMMITTEE FOR CIVIL RIGHTS
OF THE SAN FRANCISCO BAY AREA
131 Steuart Street, Suite 400
San Francisco, CA 94105
Telephone: (415) 543-9444

Laura Victoria Sanchez (SBN 253736)
laura@carecensf.org
Tala Berardi Hartsough (SBN 230204)
tala@carecensf.org
CARECEN SF
3101 Mission Street, Suite 101
San Francisco, CA  94110
Telephone: (415) 642-4402

Attorneys for Plaintiffs

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| CARMEN ARACELY PABLO SEQUEN, YULISA ALVARADO AMBROCIO, and LIGIA GARCIA,<br><br>            Plaintiffs,<br><br>       v.<br><br>SERGIO ALBARRAN, MARCOS CHARLES, THOMAS GILES, MONICA BURKE, KRISTI NOEM, U.S. DEPARTMENT OF HOMELAND SECURITY, TODD M. LYONS, SIRCE E. OWEN, PAMELA BONDI, U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT, UNITED STATES DEPARTMENT OF JUSTICE, EXECUTIVE OFFICE FOR IMMIGRATION AND REVIEW, UNITED STATES OF AMERICA | Case No. 5:25-cv-06487-PCP<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION FOR CLASS CERTIFICATION**<br><br>Judge: Hon. P. Casey Pitts<br>Date:   March 26, 2026<br>Time:  10:00 a.m.<br>Crtrm.: 8<br><br>Trial Date:      None Set |

Before the Court is Plaintiffs' Motion for Class Certification. Having considered the parties' briefing, the administrative record, and the arguments presented, and for good cause shown, the Court hereby **GRANTS** Plaintiffs' Motion.

IT IS HEREBY ORDERED that:

1. The requirements of Federal Rules of Civil Procedure 23(a) and 23(b)(2) are satisfied, including that:

    a. Each of the two classes is so numerous that joinder of all members is impractical;

    b. There are multiple questions of law and fact common to each of the two respective classes;

    c. The claims and defenses of the proposed class representatives are typical of the claims and defenses of the respective classes they seek to represent;

    d. The proposed class representatives will fairly and adequately protect the interests of the respective classes they seek to represent;

    e. Proposed class counsel has done significant work identifying, investigating, and litigating potential claims in this action; has experience in handling class actions, other complex litigation, and the types of claims asserted in this action; has knowledge of the applicable law; and has adequate resources to represent the class;

    f. Defendants have acted or refused to act on grounds that apply generally to the respective classes;

2. The following Courthouse Arrest Class is hereby certified pursuant to Federal Rule of Civil Procedure 23(a) and 23(b)(2): All persons who have an immigration court hearing in a proceeding on EOIR's non-detained docket in an immigration courthouse in ICE's San Francisco Field Office Area of Responsibility.

3. The following Detention Class is hereby certified pursuant to Federal Rule of Civil Procedure 23(a) and 23(b)(2): All persons who are now or will be detained in a holding cell in ICE's San Francisco Field Office.

4.      Plaintiffs Carmen Aracely Pablo Sequen, Yulisa Alvarado Ambrocio, and Ligia Garcia is appointed as class representatives of the Courthouse Arrest Class.

5.      Plaintiff Ligia Garcia is appointed as class representative of the Detention Class.

6.      Plaintiffs' counsel from the Lawyers' Committee for Civil Rights of the San Francisco Bay Area, American Civil Liberties Union Foundation of Northern California, CARECEN SF, and Coblentz Patch Duffy & Bass LLP are appointed class counsel for both the Detention Class and the Courthouse Arrest Class.

**IT IS SO ORDERED:**

DATED: _____, 2026


_____
P. Casey Pitts
Judge of the United States District Court