CRAIG H. MISSAKIAN (CABN 125202)
United States Attorney

PAMELA T. JOHANN (CABN 145558)
Chief, Civil Division

DOUGLAS JOHNS (CABN 314798)
Assistant United States Attorney

    60 South Market Street, Suite 1200
    San Jose, California 95113
    Telephone: (415) 846-8947
    FAX: (408) 535-5081
    Douglas.Johns@usdoj.gov

Attorneys for Defendants

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN JOSE DIVISION

| | |
|---|---|
| CARMEN ARACELY PABLO SEQUEN, YULISA ALVARADO AMBROCIO, and LIGIA GARCIA,<br><br>    Plaintiffs,<br><br>  v.<br><br>SERGIO ALBARRAN, MARCOS CHARLES, THOMAS GILES, MONICA BURKE, KRISTI NOEM, U.S. DEPARTMENT OF HOMELAND SECURITY, TODD M. LYONS, SIRCE E. OWEN, PAMELA BONDI, U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT, UNITED STATES DEPARTMENT OF JUSTICE, EXECUTIVE OFFICE FOR IMMIGRATION AND REVIEW, UNITED STATES OF AMERICA,<br><br>    Defendants. | CASE NO. 25-cv-06487-PCP-NC<br><br>**STIPULATED JOINT REQUEST FOR AN ORDER PERMITTING PLAINTIFFS TO APPEAR REMOTELY AND PERMITTING CERTIFIED LAW STUDENT TO APPEAR ON BEHALF OF DEFENDANTS AT THE MARCH 25, 2026 HEARING; [PROPOSED] ORDER**<br><br>Honorable Nathanael M. Cousins<br>United States Chief Magistrate Judge |

STIPULATED JOINT REQUEST REGARDING MARCH 25, 2026 HEARING
25-CV-06487-PCP-NC

Plaintiffs and Defendants by, and through, their undersigned counsel, hereby stipulate as follows:

1. On March 18, 2026, the Court set a discovery hearing on the parties' joint discovery letter brief (Dkt. No. 190) for March 25, 2026, at 11:00 a.m. Dkt. No. 191. The hearing concerns Plaintiffs' challenge to Defendants' confidentiality designations.

2. Counsel for Plaintiffs, Nisha Kashyap, is the attorney who notified Defendants of Plaintiffs' challenge to the confidentiality designations on February 18, 2026, met and conferred with counsel for Defendants by phone regarding the contested designations, and drafted Plaintiffs' position in the joint letter submitted to the Court regarding the contested designations. Ms. Kashyap currently resides in Los Angeles County and she is scheduled to return to Los Angeles on March 24 from an out-of-state family vacation, which was planned before this Court set the hearing. Accordingly, Ms. Kashyap will be unable to attend the hearing in person in San Jose the following morning.

3. Although other attorneys representing Plaintiffs are based in the San Francisco Bay Area, they did not participate in the telephonic meet and confer with Defendants regarding the challenged designations. Should questions arise regarding representations made during meet and confer efforts, Ms. Kashyap is best suited to address them and to respond to any questions the Court may have.

4. Remote appearance by Plaintiffs will not prejudice any party and will not hamper the hearing. The parties have appeared remotely before in this matter. Dkt. No. 151.

5. To ensure that Plaintiffs are represented by the attorney who participated in the meet and confer discussions regarding the challenged designations, Plaintiffs respectfully request to appear remotely via Zoom at the March 26, 2026 hearing.

6. Defendants do not oppose Plaintiffs' request and support accommodating Ms. Kashyap.

7. The San Jose Branch of the U.S. Attorney's Office regularly accepts student law interns attending local law schools. The San Jose Branch currently has an intern working within the Civil Division who is a certified law student.

8. To the extent it is practically feasible, Defendants request the opportunity to still appear in person in San Jose for the hearing to allow the intern to offer some oral argument on behalf of Defendants before the Court. The intern will be supervised by Defendants' counsel of record who will also attend the

STIPULATED JOINT REQUEST REGARDING MARCH 25, 2026 HEARING
25-CV-06487-PCP-NC

1

hearing and present argument. Plaintiffs do not object to the intern appearing.

SO STIPULATED.

Respectfully submitted,

CRAIG H. MISSAKIAN
United States Attorney

Dated: March 19, 2026          By:    */s/ Douglas Johns*
                                       DOUGLAS JOHNS
                                       Assistant United States Attorney
                                       Attorney for Defendants

Dated: March 19, 2026          LAWYERS' COMMITTEE FOR CIVIL RIGHTS OF
                               THE SAN FRANCISCO BAY AREA

                               By:        */s/ Nisha Kashyap*
                                          MARISSA HATTON
                                          ANDREW NTIM
                                          JORDAN WELLS
                                          NISHA KASHYAP
                                          Attorneys for Plaintiffs

## ATTESTATION

In compliance with Civil L.R. 5-1(i)(3), I, Jordan Wells, attest that concurrence in the filing of this document has been obtained from each of the signatories.

Dated: March 19, 2026          By:    */s/ Jordan Wells*
                                       JORDAN WELLS

STIPULATED JOINT REQUEST REGARDING MARCH 25, 2026 HEARING
25-CV-06487-PCP-NC

2

**[PROPOSED] ORDER**

Pursuant to stipulation, and for good cause shown, IT IS SO ORDERED:

1.      Plaintiffs may appear at the March 25, 2026 hearing remotely by Zoom.

2.      Defendants will appear in person in San Jose at the March 25, 2026, hearing.


IT IS SO ORDERED.



DATED: _____

_____
HONORABLE NATHANAEL M. COUSINS
United States Chief Magistrate Judge