UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

PABLO SEQUEN, and others,

Plaintiffs,

v.

SERGIO ALBARRAN, and others,

Defendants.

Case No. 25-cv-06487 PCP (NC)

**ORDER RESOLVING DISPUTE OVER CONFIDENTIALITY DESIGNATIONS**

Re: ECF 190

Presented to the Court is a protective order dispute about six categories of documents designated by Defendants as "confidential." ECF 190. The Court approved the stipulated protective order at ECF 171. Under the protective order Section 6.3, the burden of persuasion in any confidentiality challenge proceeding is on the Designating Party. ECF 171. Here, the Designating Party is Defendants.

This Order finds that Defendants' final proposed compromise (ECF 190 at p. 4) is a reasonable one and satisfies their burden of persuasion. As proposed, the Court orders that the confidentiality designations be removed from the temperature log and photographs of supplies similar to those disclosed publicly in *Sergio Alberto Barco Mercado v. Noem*, No. 1:25-cv-06568-LAK, Dkt. Nos. 123, 123-1 (S.D.N.Y. Dec. 9, 2025) (disclosing photographs of water, clothing, blankets, and oral hygiene supplies). The Court upholds the remaining confidentiality designations as sufficiently designated under the protective

order. The Court finds that the course of conduct between counsel does not demonstrate a waiver of confidentiality by Defendants. To be clear, the Court's ruling merely addresses confidentiality under the protective order, not admissibility.

This order resolves ECF 190. No fees or costs are awarded. The Court vacates the March 25 hearing.

**IT IS SO ORDERED.**

Dated: March 23, 2026

_____
NATHANAEL M. COUSINS
Chief Magistrate Judge

United States District Court
Northern District of California