CRAIG H. MISSAKIAN (CABN 125202)
United States Attorney

PAMELA T. JOHANN (CABN 145558)
Chief, Civil Division

DOUGLAS JOHNS (CABN 314798)
Assistant United States Attorney

    60 South Market Street, Suite 1200
    San Jose, California 95113
    Telephone: (415) 846-8947
    FAX: (408) 535-5081
    Douglas.Johns@usdoj.gov

Attorneys for Defendants

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN JOSE DIVISION

| | |
|---|---|
| CARMEN ARACELY PABLO SEQUEN, YULISA ALVARADO AMBROCIO, and LIGIA GARCIA, <br><br> Plaintiffs, <br><br> v. <br><br> SERGIO ALBARRAN, MARCOS CHARLES, THOMAS GILES, MONICA BURKE, KRISTI NOEM, U.S. DEPARTMENT OF HOMELAND SECURITY, TODD M. LYONS, SIRCE E. OWEN, PAMELA BONDI, U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT, UNITED STATES DEPARTMENT OF JUSTICE, EXECUTIVE OFFICE FOR IMMIGRATION AND REVIEW, UNITED STATES OF AMERICA, <br><br> Defendants. | CASE NO. 25-cv-06487-PCP-NC <br><br> **JOINT STIPULATION REGARDING PRESERVATION ORDER; [PROPOSED] ORDER** <br><br> Honorable P. Casey Pitts <br> United States District Judge |

JOINT STIPULATION REGARDING PRESERVATION ORDER
25-CV-06487-PCP-NC

Plaintiffs and Defendants by, and through, their undersigned counsel, hereby stipulate as follows:

1.    On March 24, 2026, the United States Attorney for the Southern District of New York filed in *African Communities Together v. Lyons*, Case No. 1:25-CV-06366-PKC ("*African Communities Together*"), a letter correcting "a material mistaken statement of fact" that the defendants in that case made to the Court and plaintiffs in that case. ECF No. 195-1.

2.    On March 26, 2026, United States District Judge P. Kevin Castel issued a preservation order in *African Communities Together* regarding the May 27, 2025 ICE Memorandum titled "Civil Immigration Enforcement Actions In or Near Courthouses." *African Communities Together*, Case No.1:25-CV-06366-PKC, ECF No. 80.

3.    Defendants will agree to a similar preservation order encompassing the ICE and EOIR courthouse arrest policies at issue in this litigation while not waiving any privilege or protection afforded under any law including, but not limited to, the attorney-client privilege or work product doctrine and reserving the right to challenge any attempt to order the production of any protected communication or document..

4.    This stipulation is not a waiver of the attorney-client privilege or work product doctrine, nor can it be construed as one.

SO STIPULATED.

Respectfully submitted,

CRAIG H. MISSAKIAN
United States Attorney

Dated: April 1, 2026            By:    */s/ Douglas Johns*
DOUGLAS JOHNS
Assistant United States Attorney
Attorney for Defendants

JOINT STIPULATION REGARDING PRESERVATION ORDER
25-CV-06487-PCP-NC

1

Dated: April 1, 2026                    LAWYERS' COMMITTEE FOR CIVIL RIGHTS OF
                                        THE SAN FRANCISCO BAY AREA

                                        By:      */s/ Nisha Kashyap*
                                                 MARISSA HATTON
                                                 ANDREW NTIM
                                                 JORDAN WELLS
                                                 NISHA KASHYAP
                                                 Attorneys for Plaintiffs

**ATTESTATION**

In compliance with Civil L.R. 5-1(i)(3), I, Nisha Kashyap, attest that concurrence in the filing of this document has been obtained from each of the signatories.

Dated: April 1, 2026            By:      */s/ Nisha Kashyap*
                                         NISHA KASHYAP

JOINT STIPULATION REGARDING PRESERVATION ORDER
25-CV-06487-PCP-NC

2

# ~~[PROPOSED]~~ ORDER

Pursuant to stipulation, and for good cause shown, IT IS SO ORDERED:

1.  The United States Attorney for this District is directed to take all necessary steps to cause the preservation until further Order of this Court of all communications between and among a member of the USAO staff and/or any defendant in this action or his or her predecessor, successor, subordinates or representatives.

2.  Further the United States Attorney is Ordered to preserve until further Order of this Court any internal or external communications regarding (1) the January 21, 2025 Memorandum titled "Interim Guidance: Civil Enforcement Actions In or Near Courthouses"; (2) the May 27, 2025 Memorandum, Policy Number 11072.4, titled "Civil Immigration Enforcement Actions In or Near Courthouses"; and (3) the January 28, 2025 Operating Policies and Procedures Memorandum 25-06, titled "Cancellation of Operating Policies and Procedures Memorandum 23-01."

3.  Further the United States Attorney shall also inform the Defendants in this action and their predecessors and successors in office that they are Ordered to preserve until further Order of this Court any internal or external communications regarding (1) the January 21, 2025 Memorandum titled "Interim Guidance: Civil Enforcement Actions In or Near Courthouses"; (2) the May 27, 2025 Memorandum, Policy Number 11072.4, titled "Civil Immigration Enforcement Actions In or Near Courthouses"; and (3) the January 28, 2025 Operating Policies and Procedures Memorandum 25-06, titled "Cancellation of Operating Policies and Procedures Memorandum 23-01."

4.  Defendants are not waiving any privilege or protection for, pertaining to, or arising out of, any of the communications at issue or described in this order under any law or privilege including, but not limited to, the attorney-client privilege or the work product doctrine.

5.  Defendants reserve all of their rights with respect to any of the communications at issue or described in this order including, but not limited to, the right to dispute, contest, or challenge any attempt to review or order the production of any protected communication or document.

JOINT STIPULATION REGARDING PRESERVATION ORDER
25-CV-06487-PCP-NC

6. This order is not a waiver of the attorney-client privilege or the work product doctrine, nor can it be construed as one.

IT IS SO ORDERED.

DATED: __April 1, 2026__

_____

HONORABLE P. CASEY PITTS
United States District Judge

JOINT STIPULATION REGARDING PRESERVATION ORDER
25-CV-06487-PCP-NC

4