CRAIG H. MISSAKIAN (CABN 125202)
United States Attorney

PAMELA T. JOHANN (CABN 145558)
Chief, Civil Division

DOUGLAS JOHNS (CABN 314798)
Assistant United States Attorney

    60 South Market Street, Suite 1200
    San Jose, California 95113
    Telephone: (415) 846-8947
    FAX: (408) 535-5081
    Douglas.Johns@usdoj.gov

Attorneys for Defendants

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

| | |
|---|---|
| CARMEN ARACELY PABLO SEQUEN, YULISA ALVARADO AMBROCIO, and LIGIA GARCIA, <br><br> Plaintiffs, <br><br> v. <br><br> SERGIO ALBARRAN, MARCOS CHARLES, THOMAS GILES, MONICA BURKE, KRISTI NOEM, U.S. DEPARTMENT OF HOMELAND SECURITY, TODD M. LYONS, SIRCE E. OWEN, PAMELA BONDI, U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT, UNITED STATES DEPARTMENT OF JUSTICE, EXECUTIVE OFFICE FOR IMMIGRATION AND REVIEW, UNITED STATES OF AMERICA, <br><br> Defendants. | CASE NO. 25-cv-06487-PCP <br><br> **STIPULATION TO EXTEND THE TIME FOR DEFENDANTS TO RESPOND TO PLAINTIFFS' WRITTEN DISCOVERY AND CONFIRMING DEFENDANTS' AGREEMENT TO PRODUCE DOCUMENTS BY APRIL 2, 2026** <br><br> Honorable P. Casey Pitts <br> United States District Judge |

STIPULATION TO EXTEND THE TIME FOR DEFENDANTS TO RESPOND TO PLAINTIFFS' WRITTEN DISCOVERY AND CONFIRMING DEFENDANTS' AGREEMENT TO PRODUCE DOCUMENTS BY APRIL 2, 2026
25-CV-06487-PCP

Plaintiffs and Defendants hereby stipulate pursuant to Federal Rule of Civil Procedure 29 and Federal Rule of Civil Procedure 34 as follows:

1.     On March 3, 2026, Plaintiffs served Defendants with their first set of document requests under Rule 34 of the Federal Rules of Civil Procedure.

2.     Under the Federal Rules of Civil Procedure, Defendants are required to respond to Plaintiffs' first set of document requests by April 2, 2026.

3.     Defendants requested a 30-day extension to respond to Plaintiffs' first set of document requests and until May 4, 2026.

4.     Plaintiffs and Defendants conferred about Defendants responding to Plaintiffs' first set of document requests.

5.     Based on those meet and confer discussions, Plaintiffs agreed to provide Defendants with a 30-day extension to respond to their first set of document requests if Defendants produced the following documents set forth below by April 2, 2026:

    a.  the medical screening policy in place and a copy of any questionnaire(s) being used, and;

    b.  any policies regarding medication access, prescriptions, and OTC medications.

6.     Defendants agreed to Plaintiffs' proposal and will produce the documents set forth above by April 2, 2026.

7.     Based on the agreement, Defendants will produce their written responses to Plaintiffs first set of document requests and any remaining responsive documents by May 4, 2026.

8.     This stipulation will not alter the date of any event or any deadline already fixed by Court order.

9.     Pursuant to Civil L.R. 6-1(a), Federal Rule of Civil Procedure 29, and Federal Rule of Civil Procedure 34, Plaintiffs and Defendants stipulate to the following:

///

///

STIPULATION TO EXTEND THE TIME FOR DEFENDANTS TO RESPOND TO PLAINTIFFS' WRITTEN DISCOVERY AND CONFIRMING DEFENDANTS' AGREEMENT TO PRODUCE DOCUMENTS BY APRIL 2, 2026
25-CV-06487-PCP

1

a. Defendants must produce the medical screening policy in place and a copy of any questionnaire(s) being used, and any policies regarding medication access, prescriptions, and OTC medications by April 2, 2026.

b. Defendants must produce their written responses to Plaintiffs' first set of document requests and any remaining responsive documents by May 4, 2026.

SO STIPULATED.

Respectfully submitted,

CRAIG H. MISSAKIAN
United States Attorney

Dated: April 1, 2026

By:   */s/ Douglas Johns*
DOUGLAS JOHNS
Assistant United States Attorney
Attorney for Defendants

DATED:  April 1, 2026

LAWYERS' COMMITTEE FOR CIVIL RIGHTS OF THE SAN FRANCISCO BAY AREA

By:      */s/ Jordan Wells*
MARISSA HATTON
ANDREW NTIM
JORDAN WELLS
NISHA KASHYAP
Attorneys for Plaintiffs

DATED:  April 1, 2026

CARECEN SF

By:      */s/ Laura Victoria Sanchez*
LAURA VICTORIA SANCHEZ
TALA BERARDI HARTSOUGH
Attorneys for Plaintiffs

STIPULATION TO EXTEND THE TIME FOR DEFENDANTS TO RESPOND TO PLAINTIFFS' WRITTEN DISCOVERY AND CONFIRMING DEFENDANTS' AGREEMENT TO PRODUCE DOCUMENTS BY APRIL 2, 2026
25-CV-06487-PCP

2

DATED:  April 1, 2026          AMERICAN CIVIL LIBERTIES UNION
                               FOUNDATION OF NORTHERN CALIFORNIA

                        By:         /s/ Neil K. Sawhney
                                    NEIL K. SAWHNEY
                                    LAUREN M. DAVIS
                                    Attorneys for Plaintiffs

DATED:  April 1, 2026          COBLENTZ PATCH DUFFY & BASS LLP

                        By:         /s/ Mark L. Hejinian
                                    MARK L. HEJINIAN
                                    MARCIA V. VALENTE
                                    DAVID C. BEACH
                                    CHARMAINE G. YU
                                    EVAN G. CAMPBELL
                                    DARIEN LO
                                    Attorneys for Plaintiffs

## ATTESTATION

In compliance with Civil L.R. 5-1(i)(3), I, Douglas Johns, attest that I have obtained concurrence in the filing of this document from each of the other signatories.

Dated: April 1, 2026          By:    /s/ Douglas Johns
                                     DOUGLAS JOHNS

STIPULATION TO EXTEND THE TIME FOR DEFENDANTS TO RESPOND TO PLAINTIFFS' WRITTEN DISCOVERY AND CONFIRMING DEFENDANTS' AGREEMENT TO PRODUCE DOCUMENTS BY APRIL 2, 2026
25-CV-06487-PCP

3