BRETT SHUMATE
Assistant Attorney General
DREW ENSIGN
Deputy Assistant Attorney General
JOSHUA HA (NJBN 352792021)
Counsel to the Assistant Attorney General

950 Pennsylvania Avenue NW
Washington, DC 20530
Telephone: (202) 598-3747
Joshua.Ha@usdoj.gov

CRAIG H. MISSAKIAN (CABN 125202)
United States Attorney

450 Golden Gate Avenue
San Francisco, California 94102
Telephone: (415) 436-7066
William.skewes-cox@usdoj.gov

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| CARMEN ARACELY PABLO SEQUEN, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>SERGIO ALBARRAN, et al.,<br><br>Defendants. | CASE NO. 25-cv-06487-PCP<br><br>**DEFENDANTS' NOTICE OF APPEAL**<br><br>Honorable P. Casey Pitts<br>United States District Judge |

Please take notice that Defendants, Sergio Albarran, Marcos Charles, Thomas Giles, Monica Burke, Markwayne Mullin, David Venturella, Daren Margolin, and Todd Blanche, all in their official capacities, [1] and the U.S. Department of Homeland Security, U.S. Immigration and Customs Enforcement, U.S. Department of Justice, the Executive Office for Immigration and Review, and the United States of America hereby appeal to the United States Court of Appeals for the Ninth Circuit from the District Court's Order Entering Judgment under Federal Rule of Civil Procedure 54(b), issued on June 30, 2026. Dkt. No. 212.

DATED: July 2, 2026

Respectfully submitted,

BRETT SHUMATE
Assistant Attorney General

DREW ENSIGN
Deputy Assistant Attorney General

CRAIG H. MISSAKIAN
United States Attorney

*/s/ Joshua Ha*
JOSHUA HA
Counsel to the Assistant Attorney General

*Attorneys for Defendants*

[1] The parties have been automatically substituted pursuant to Federal Rule of Civil Procedure 25(d).