BRETT SHUMATE
Assistant Attorney General
DREW ENSIGN
Deputy Assistant Attorney General
JOSHUA HA (NJBN 352792021)
Counsel to the Assistant Attorney General

950 Pennsylvania Avenue NW
Washington, DC 20530
Telephone: (202) 598-3747
Joshua.Ha@usdoj.gov

CRAIG H. MISSAKIAN (CABN 125202)
United States Attorney

450 Golden Gate Avenue
San Francisco, California 94102
Telephone: (415) 436-7066
William.skewes-cox@usdoj.gov

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

CARMEN ARACELY PABLO SEQUEN,
YULISA ALVARADO AMBROCIO, and
LIGIA GARCIA,

     Plaintiffs,

  v.

SERGIO ALBARRAN, et al.,

     Defendants.

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

No. 25-cv-06487-PCP


**DECLARATION OF PAMELA T. JOHANN IN SUPPORT OF EMERGENCY MOTION FOR STAY PENDING APPEAL**

DECLARATION IN SUPPORT OF MOTION FOR STAY PENDING APPEAL
25-cv-06487-PCP                                   1

I, Pamela T. Johann, declare as follows:

1.    I am an Assistant United States Attorney in the United States Attorney's Office for the Northern District of California.  I am licensed to practice law in the State of California and to appear before this Court. I have personal knowledge of the following facts and if called to testify, I could and would competently testify.

2.    I submit this declaration in support of Defendants' Emergency Motion to Stay pending appeal pursuant to Local Civil Rules 7-11 and 6-3.

3.    This motion is filed to stay the Court's June 30, 2026 Order entered pursuant to Rule 54(b), Dkt. No. 212, pending appeal of that order.  Defendants filed a Notice of Appeal today, July 2, 2026.

4.    On Wednesday, July 1, 2026, I reached out to counsel for Plaintiffs to discuss Defendants' anticipated appeal and emergency motion to stay pending appeal.  I informed Plaintiffs' counsel that Defendants intended to request a decision on their motion to stay by July 9, 2026, and inquired whether Plaintiffs would agree to a schedule for the motion and requested decision.

5.    On Thursday, July 2, 2026, I received a response from Plaintiffs' counsel by email. Plaintiffs' counsel indicated that Plaintiffs would file a response to the motion by 11:59 p.m. on July 8, 2026.  Plaintiffs' counsel further indicated that Plaintiffs took no position as to the requested date for a decision on the emergency motion.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.  Executed this second day of July, 2026, in San Francisco, California.

/s/ Pamela T. Johann
PAMELA T. JOHANN

DECLARATION IN SUPPORT OF MOTION FOR STAY PENDING APPEAL
25-cv-06487-PCP