

Office of the Clerk
**United States Court of Appeals for the Ninth Circuit**
Post Office Box 193939
San Francisco, California 94119-3939
415-355-8000

Molly C. Dwyer
Clerk of Court

# FILED

JUL 7 2026



MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

## DOCKETING NOTICE

Docket Number:           26-4310
Originating Case Number:  5:25-cv-06487-PCP

Short Title:             Garcia, et al. v. Albarran, et al.

Dear Appellant/Counsel

The United States Court of Appeals for the Ninth Circuit has received a copy of your notice of appeal and assigned the docket number above to your case.

Please include this docket number on every filing you submit and in any communication you have with the court about this case.  If you are ordering any transcript from the lower court, please give the docket number to the court reporter right away.

Motions filed with the notice of appeal are not transferred to this court. You need to separately file on this court's docket any motion that seeks relief from this court.

You must file a Disclosure Statement (Form 34) within 14 days of this notice if your case: (1) involves a corporation, association, joint venture, partnership, limited liability company, or similar entity; (2) is a bankruptcy case; (3) is a criminal case with an organizational victim; or (4) involves review of state court proceedings. *See* Ninth Circuit Rule 26-1.1.

**Failure to timely file the opening brief may also result in your case being dismissed.**

**Please read the enclosed materials carefully.**



Office of the Clerk
**United States Court of Appeals for the Ninth Circuit**
Post Office Box 193939
San Francisco, California 94119-3939
415-355-8000

Molly C. Dwyer
Clerk of Court

# TIME SCHEDULE ORDER

Docket Number:           26-4310
Originating Case Number: 5:25-cv-06487-PCP

Case Title:              Garcia, et al. v. Albarran, et al.

**7/13/2026**

| | |
|---|---|
| United States Department of Homeland Security | Mediation Questionnaire due |
| Thomas Giles | Mediation Questionnaire due |
| Todd M. Lyons | Mediation Questionnaire due |
| Monica Burke | Mediation Questionnaire due |
| United States of America | Mediation Questionnaire due |
| Pamela Bondi | Mediation Questionnaire due |
| Sirce Owen | Mediation Questionnaire due |
| Sergio Albarran | Mediation Questionnaire due |
| United States Immigration and Customs Enforcement | Mediation Questionnaire due |
| Marcos Charles | Mediation Questionnaire due |
| DOJ - Office of the United States Attorney | Mediation Questionnaire due |
| Markwayne Mullin | Mediation Questionnaire due |
| Polly Kaiser | Mediation Questionnaire due |
| Executive Office for Immigration Review | Mediation Questionnaire due |

**8/17/2026**

| | |
|---|---|
| United States Immigration and Customs Enforcement | Appeal Opening Brief (No Transcript Due) |
| Thomas Giles | Appeal Opening Brief (No Transcript Due) |
| Markwayne Mullin | Appeal Opening Brief (No Transcript Due) |
| Sirce Owen | Appeal Opening Brief (No Transcript Due) |
| United States of America | Appeal Opening Brief (No Transcript Due) |
| Monica Burke | Appeal Opening Brief (No Transcript Due) |
| Executive Office for Immigration Review | Appeal Opening Brief (No Transcript Due) |
| DOJ - Office of the United States Attorney | Appeal Opening Brief (No Transcript Due) |
| Marcos Charles | Appeal Opening Brief (No Transcript Due) |
| United States Department of Homeland Security | Appeal Opening Brief (No Transcript Due) |
| Pamela Bondi | Appeal Opening Brief (No Transcript Due) |
| Todd M. Lyons | Appeal Opening Brief (No Transcript Due) |
| Sergio Albarran | Appeal Opening Brief (No Transcript Due) |
| Polly Kaiser | Appeal Opening Brief (No Transcript Due) |

**9/15/2026**

| | |
|---|---|
| Ligia Garcia | Appeal Answering Brief (No Transcript Due) |
| Carmen Aracely Pablo Sequen | Appeal Answering Brief (No Transcript Due) |
| Yulisa Alvarado Ambrocio | Appeal Answering Brief (No Transcript Due) |

Martin Hernandez Torres                     Appeal Answering Brief (No Transcript
                                                                          Due)

If there were reported hearings, the parties shall designate and, if necessary, cross-designate the transcripts pursuant to 9th Cir. R. 10-3. If there were no reported hearings, the transcript deadlines do not apply.

The optional reply may be filed within 21 days of service of the answering brief.  See Fed. R. App. P. 31 and 9th Cir. R. 31-2.1.

Mediation Questionnaire is available here. More information about the Mediation Program is available here.

**If the opening brief is not filed by the deadline, the court may dismiss this case.  *See* 9th Cir. R. 42-1.**