Mark L. Hejinian (SBN 281417)
ef-mlh@cpdb.com
Marcia V. Valente (SBN 321852)
ef-mvv@cpdb.com
David C. Beach (SBN 226972)
ef-dcb@cpdb.com
Charmaine G. Yu (SBN 220579)
ef-cgy@cpdb.com
Evan G. Campbell (SBN 342223)
ef-egc@cpdb.com
Darien Lo (SBN 347244)
ef-dxl@cpdb.com
COBLENTZ PATCH DUFFY & BASS LLP
One Montgomery Street, Suite 3000
San Francisco, CA  94104
Telephone: (415) 391-4800

Neil K. Sawhney (SBN 300130)
nsawhney@aclunc.org
Lauren M. Davis (SBN 357292)
ldavis@aclunc.org
AMERICAN CIVIL LIBERTIES UNION
FOUNDATION OF NORTHERN
CALIFORNIA
39 Drumm Street
San Francisco, CA 94111
Telephone: (415) 621-2493

Marissa Hatton (SBN 348678)
mhatton@lccrsf.org
Andrew Ntim (SBN 347084)
antim@lccrsf.org
Jordan Wells (SBN 326491)
jwells@lccrsf.org
Nisha Kashyap (SBN 301934)
nkashyap@lccrsf.org
LAWYERS' COMMITTEE FOR CIVIL
RIGHTS OF THE SAN FRANCISCO BAY
AREA
131 Steuart Street, Suite 400
San Francisco, CA 94105
Telephone: (415) 543-9444

Laura Victoria Sanchez (SBN 253736)
laura@carecensf.org
Tala Berardi Hartsough (SBN 230204)
tala@carecensf.org
CARECEN SF
3101 Mission Street, Suite 101
San Francisco, CA  94110
Telephone: (415) 642-4402

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| CARMEN ARACELY PABLO SEQUEN, YULISA ALVARADO AMBROCIO, and LIGIA GARCIA,<br><br>Plaintiffs,<br><br>v.<br><br>SERGIO ALBARRAN, MARCOS CHARLES, THOMAS GILES, MONICA BURKE, KRISTI NOEM, U.S. DEPARTMENT OF HOMELAND SECURITY, TODD M. LYONS, SIRCE E. OWEN, PAMELA BONDI, U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT, UNITED STATES DEPARTMENT OF JUSTICE, EXECUTIVE OFFICE FOR IMMIGRATION AND REVIEW, UNITED STATES OF AMERICA,<br><br>Defendants. | Case No. 5:25-cv-06487-PCP-NC<br><br>**CLASS ACTION**<br><br>**JOINT REQUEST FOR ENTRY OF STIPULATED CASE MANAGEMENT SCHEDULE**<br><br>Crtrm.:   8<br>Judge:    Hon. P. Casey Pitts.<br><br>Trial Date:        None Set |

COBLENTZ PATCH DUFFY & BASS LLP
One Montgomery Street, Suite 3000, San Francisco, California 94104-5500
415.391.4800 • Fax 415.989.1663

**JOINT REQUEST FOR ENTRY OF STIPULATED CASE MANAGEMENT SCHEDULE**

Pursuant to the Court's request during the July 16, 2026 Case Management Conference, the Parties have stipulated to the following schedule and hereby jointly request that the Court enter a Case Management Order pursuant to this schedule, with any adjustments that the Court may deem appropriate.

| Deadline | Parties' Stipulated Proposal |
|---|---|
| Deadline to Amend Pleadings | July 6, 2026 |
| Preliminary Injunction Compliance Rolling Document Production Cutoff | October 15, 2026 |
| Fact Discovery Cutoff | December 16, 2026 |
| Opening Expert Disclosure | January 15, 2027 |
| Rebuttal Expert Disclosure | February 5, 2027 |
| Expert Discovery Cutoff | February 19, 2027 |
| Dispositive Motion Deadline | March 12, 2027 |
| Trial Setting Conference | July 30, 2027 |
| Deadline for Completion of ADR | August 30, 2027 |

COBLENTZ PATCH DUFFY & BASS LLP
One Montgomery Street, Suite 3000, San Francisco, California 94104-5500
415.391.4800 • Fax 415.989.1663

JOINT REQUEST FOR ENTRY OF STIPULATED CASE MANAGEMENT SCHEDULE

DATED: July 20, 2026

LAWYERS' COMMITTEE FOR CIVIL RIGHTS OF THE SAN FRANCISCO BAY AREA

By:    /s/ Marissa Hatton
        MARISSA HATTON
        ANDREW NTIM
        JORDAN WELLS
        NISHA KASHYAP
        Attorneys for Plaintiffs

CARECEN SF

By:    /s/ Laura Victoria Sanchez
        LAURA VICTORIA SANCHEZ
        TALA BERARDI HARTSOUGH
        Attorneys for Plaintiffs

AMERICAN CIVIL LIBERTIES UNION FOUNDATION OF NORTHERN CALIFORNIA

By:    /s/ Neil K. Sawhney
        NEIL K. SAWHNEY
        LAUREN M. DAVIS
        Attorneys for Plaintiffs

COBLENTZ PATCH DUFFY & BASS LLP

By:    /s/ Mark L. Hejinian
        MARK L. HEJINIAN
        MARCIA V. VALENTE
        DAVID C. BEACH
        CHARMAINE G. YU
        EVAN G. CAMPBELL
        DARIEN LO
        Attorneys for Plaintiffs

        CRAIG H. MISSAKIAN
        United States Attorney

        /s/ William Skewes-Cox
        WILLIAM SKEWES-COX
        Special Assistant United States Attorney

        *Attorneys for Defendants*

COBLENTZ PATCH DUFFY & BASS LLP
One Montgomery Street, Suite 3000, San Francisco, California 94104-5500
415.391.4800 • Fax 415.989.1663

3    Case No. 5:25-cv-06487-PCP

**JOINT REQUEST FOR ENTRY OF STIPULATED CASE MANAGEMENT SCHEDULE**