UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARMEN ARACELY PABLO SEQUEN, et al., | Case No.  25-cv-6487-PCP |
| Plaintiffs, | **CASE MANAGEMENT ORDER** |
| v. | Dkt. Nos. 203, 220 |
| SERGIO ALBARRAN, et al., | |
| Defendants. | |

Based on the joint case management statement, stipulated case management schedule, and discussions held at the July 16, 2026 case management conference, the following schedule is set for this case:

**Deadlines**

- Joinder and Other Amendments                                July 6, 2026
- Preliminary Injunction Compliance Rolling        October 15, 2026
  Document Production Cutoff
- Fact Discovery Cutoff                                              December 16, 2026
- Designation of Opening Experts with Reports     January 15, 2027
- Designation of Rebuttal Experts with Reports     February 15, 2027
- Expert Discovery Cutoff                                          February 19, 2027
- Completion of ADR                                                 August 30, 2027
- Filing of Dispositive/*Daubert* Motion(s)            March 12, 2027
- Filing of Joint Statement of Trial Availability      July 23, 2027
- Trial Setting Conference                                          July 30, 2027

United States District Court
Northern District of California

*Standing Order.* The parties shall comply with the Court's Standing Order for Civil Cases, available at cand.uscourts.gov/judges/pitts-p-casey-pcp or from the Clerk of the Court.

*Amending Pleadings.* Federal Rule of Civil Procedure 15 requires the Court to "freely give leave" to amend "when justice so requires." The Court expects parties not to unreasonably withhold consent to another party's proposed amendments. If the parties cannot stipulate to an amendment, any motion to amend shall be submitted by the deadline for amending the pleadings.

*Discovery.* The parties shall comply with the presumptive limits on discovery set forth in the Federal Rules of Civil Procedure. Any disputes with respect to discovery or disclosure are referred to the assigned Magistrate Judge. Discovery motions must be filed no more than seven days after the applicable discovery cutoff. *See* Civil L.R. 37-3.

*ADR.* By August 6, 2026, the parties shall meet and confer in order to reach an agreement on an ADR process, and file either (1) the form entitled "Stipulation and (Proposed) Order Selecting ADR Process" if an agreement is reached, or (2) the form entitled "Notice of Need for ADR Phone Conference." If the parties select private mediation, the form shall also identify a mediator. As explained at the case management conference, although the Court generally does not refer cases for settlement conferences with a magistrate judge unless the parties have already attempted one of the other processes listed in ADR Local Rule 3-4, the Court shall do so in this case if the parties so stipulate.

*Summary Judgment.* If the parties file cross-motions for summary judgment, four briefs will be allowed: (1) a 25-page opening brief by plaintiff(s); (2) a 25-page opening/opposition brief by defendant(s); (3) a 20-page opposition/reply brief by plaintiff(s); and (4) a 15-page reply brief by defendant(s). The parties may agree to reverse the order (defense files first) without a court order. Before the first brief is filed, the parties must stipulate to a briefing schedule with the final brief filed at least 21 days before the hearing. Joint statements of undisputed facts are not required but are helpful if fully agreed upon. Separate statements of undisputed facts may not be filed.

*Modification.* This schedule may be modified only by Court order for good cause. The parties may request modification by stipulation or by filing an administrative motion pursuant to Civil Local Rule 7-11. Requests to modify a deadline must be made before that deadline.

**IT IS SO ORDERED.**

Dated: July 22, 2026

P. Casey Pitts
United States District Judge