UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARMEN ARACELY PABLO SEQUEN, et al., | Case No.  25-cv-06487-PCP |
| Plaintiffs, | |
| v. | **ORDER RE: PRO SE DETAINEE FILINGS** |
| SERGIO ALBARRAN, et al., | |
| Defendants. | |

In recent weeks, the Court has received a large volume of communications from pro se detainees referencing this case. Some of these detainees appear to be members of one of the plaintiff classes. As such, they may file motions, requests, and other documents only through their counsel of record. Accordingly, with good cause appearing, IT IS HEREBY ORDERED that the clerk shall forward any pro se communications referencing this action to counsel of record. The clerk shall also forward to counsel of record any communications to this Court by pro se detainees challenging conditions of confinement at ICE's San Francisco field office at 630 Sansome Street, even if such communications do not cite this case's caption or number, as such detainees may be members of the plaintiff detention class. Similarly, the clerk shall forward to counsel of record any communications to this Court by pro se detainees who were arrested by ICE at a courthouse within the agency's San Francisco field office area of responsibility (i.e., in northern California, Hawai'i, Guam, or Saipan), as such detainees may be members of the plaintiff courthouse-arrest class. Counsel may return to the Court any communications that they believe require court review and are beyond the scope of this case. Such communications may include, for example, allegations concerning courthouse arrests that are not impacted by the Court's vacatur order (e.g., criminal immigration enforcement actions or civil arrests authorized by ICE's pre-2025 policy) or

United States District Court
Northern District of California

communications by detainees who are not members of the plaintiff classes. The Court will not retain copies of the pro se communications that are forwarded to counsel.

**IT IS SO ORDERED.**

Dated: July 22, 2026

P. Casey Pitts
United States District Judge

United States District Court
Northern District of California

2