UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

JUL 23 2026

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| CARMEN ARACELY PABLO SEQUEN; et al., <br><br> Petitioners - Appellees, <br><br> v. <br><br> KRISTI NOEM, Department of Homeland Security; et al., <br><br> Respondents - Appellants, <br><br> Acting Director POLLY KAISER, San Francisco Immigration and Customs Enforcement, <br><br> Respondent. | No. 26-1045 <br><br> D.C. No. 5:25-cv-06487-PCP <br> Northern District of California, San Jose <br><br> ORDER |

The motion (Docket Entry No. 10) for voluntary dismissal is granted. *See*

Fed. R. App. P. 42(b).

This case is dismissed.

This order serves as the mandate of the court.


FOR THE COURT:


MOLLY C. DWYER
CLERK OF COURT