FILED

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

JUL 24 2026

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

LIGIA GARCIA; et al.,

          Petitioners - Appellees,

 v.

SERGIO ALBARRAN; et al.,

          Respondents - Appellants.

No. 25-7868

D.C. No.
5:25-cv-06487-PCP
Northern District of California,
San Jose

ORDER

      The motion (Docket Entry No. 10) for voluntary dismissal is granted. *See*

Fed. R. App. P. 42(b).

      This case is dismissed.

      This order serves as the mandate of the court.


          FOR THE COURT:

          MOLLY C. DWYER
          CLERK OF COURT