CRAIG H. MISSAKIAN (CABN 125202)
United States Attorney
PAMELA JOHANN (CABN 1455558)
Chief, Civil Division
WILLIAM SKEWES-COX (DCBN 1780431)
Special Assistant United States Attorney

450 Golden Gate Avenue
San Francisco, California 94102
Telephone: (415) 436-7066
William.skewes-cox@usdoj.gov

*Attorneys for Defendants*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| CARMEN ARACELY PABLO SEQUEN, YULISA ALVARADO AMBROCIO, and LIGIA GARCIA, <br><br> Plaintiffs, <br><br> v. <br><br> SERGIO ALBARRAN, MARCOS CHARLES, THOMAS GILES, MONICA BURKE, KRISTI NOEM, U.S. DEPARTMENT OF HOMELAND SECURITY, TODD M. LYONS, SIRCE E. OWEN, PAMELA BONDI, U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT, UNITED STATES DEPARTMENT OF JUSTICE, EXECUTIVE OFFICE FOR IMMIGRATION AND REVIEW, UNITED STATES OF AMERICA, <br><br> Defendants. | CASE NO. 25-cv-06487-PCP <br><br> **DEFENDANTS' MOTION TO EXTEND DEADLINE TO FILE STIPULATION SELECTING ADR PROCESS** <br><br><br> Honorable P. Casey Pitts <br> United States District Judge |

STIPULATION RE: ADR REFERRAL FILING DEADLINE
25-CV-06487-PCP

Defendants hereby move to extend the deadline to file a stipulation selecting ADR process by two weeks, i.e. from August 6, 2026 to August 20, 2026. *See* Dkt. No. 219. Since the initial case management conference held on July 16, 2026, Defendants have discussed internally the stipulation selecting ADR process. Those discussions are ongoing and Defendants have not yet reached a decision to sign the stipulation. Plaintiffs otherwise are ready to stipulate to ADR with a magistrate. This motion is sought solely by Defendants. Counsel for Defendants conferred with counsel for Plaintiffs regarding this motion, and Plaintiffs stated their non-opposition to the motion.

DATED: August 6, 2026                    Respectfully submitted,

                                          CRAIG H. MISSAKIAN
                                          United States Attorney

                                          */s/ William Skewes-Cox*
                                          WILLIAM SKEWES-COX
                                          Special Assistant United States Attorney

                                          *Attorneys for Defendants*

STIPULATION RE: ADR REFERRAL FILING DEADLINE
25-CV-06487-PCP

1

## [PROPOSED] ORDER

Defendants' motion is granted and the parties' deadline to file a stipulation selecting ADR process is extended to August 20, 2026.

**IT IS SO ORDERED.**

DATED:

_____
HON. P. CASEY PITTS
United States District Judge

[PROPOSED] ORDER
25-CV-06487-PCP