UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

FILED

SEP 18 2026

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

LIGIA GARCIA; et al.,

Petitioners - Appellees,

v.

SERGIO ALBARRAN; et al.,

Respondents - Appellants.

No. 25-8055

D.C. No. 5:25-cv-06487-PCP
Northern District of California,
San Jose

ORDER

The motion (Docket Entry No. 18) for voluntary dismissal is granted. *See* Fed. R. App. P. 42(b).

This case is dismissed.

This order serves as the mandate of the court.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT