COBLENTZ PATCH DUFFY & BASS LLP
ONE MONTGOMERY STREET, SUITE 3000, SAN FRANCISCO, CALIFORNIA 94104-5500
415.391.4800 · FAX 415.989.1663

Mark L. Hejinian (SBN 281417)
ef-mlh@cpdb.com
Marcia V. Valente (SBN 321852)
ef-mvv@cpdb.com
David C. Beach (SBN 226972)
ef-dcb@cpdb.com
Charmaine G. Yu (SBN 220579)
ef-cgy@cpdb.com
Evan G. Campbell (SBN 342223)
ef-egc@cpdb.com
Darien Lo (SBN 347244)
ef-dxl@cpdb.com
COBLENTZ PATCH DUFFY & BASS LLP
One Montgomery Street, Suite 3000
San Francisco, CA 94104
Telephone: (415) 391-4800

Marissa Hatton (SBN 348678)
mhatton@lccrsf.org
Andrew Ntim (SBN 347084)
antim@lccrsf.org
Jordan Wells (SBN 326491)
jwells@lccrsf.org
Nisha Kashyap (SBN 301934)
nkashyap@lccrsf.org
LAWYERS' COMMITTEE FOR CIVIL RIGHTS OF THE SAN FRANCISCO BAY AREA
131 Steuart Street, Suite 400
San Francisco, CA 94105
Telephone: (415) 543-9444

Neil K. Sawhney (SBN 300130)
nsawhney@aclunc.org
Adriana Herrera (SBN 368812)
aherrera@aclunc.org
AMERICAN CIVIL LIBERTIES UNION FOUNDATION OF NORTHERN CALIFORNIA
39 Drumm Street
San Francisco, CA 94111
Telephone: (415) 621-2493

Laura Victoria Sanchez (SBN 253736)
laura@carecensf.org
Tala Berardi Hartsough (SBN 230204)
tala@carecensf.org
CARECEN SF
3101 Mission Street, Suite 101
San Francisco, CA 94110
Telephone: (415) 642-4402

Attorneys for Plaintiffs

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION**

CARMEN ARACELY PABLO SEQUEN, YULISA ALVARADO AMBROCIO, and LIGIA GARCIA,

Plaintiffs,

v.

SERGIO ALBARRAN, MARCOS CHARLES, THOMAS GILES, MONICA BURKE, MARKWAYNE MULLIN, U.S. DEPARTMENT OF HOMELAND SECURITY, TODD M. LYONS, SIRCE E. OWEN, TODD BLANCHE, U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT, UNITED STATES DEPARTMENT OF JUSTICE, EXECUTIVE OFFICE FOR IMMIGRATION AND REVIEW, UNITED STATES OF AMERICA,

Defendants.

Case No. 5:25-CV-06487-PCP-NC

**<u>CLASS ACTION</u>**

**PLAINTIFFS' NOTICE OF MOTION AND MOTION TO ENFORCE PRELIMINARY INJUNCTION**

DATE: November 5, 2026
TIME: 10:00 a.m.
DEPT. Courtroom 8

Trial Date: None Set

COBLENTZ PATCH DUFFY & BASS LLP
ONE MONTGOMERY STREET, SUITE 3000, SAN FRANCISCO, CALIFORNIA 94104-5500
415.391.4800 · FAX 415.989.1663

**PLAINTIFFS' NOTICE OF MOTION AND MOTION TO ENFORCE PRELIMINARY INJUNCTION**

**TO ALL PARTIES AND TO THEIR ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE that on November 5, 2026, at 10:00 a.m., or as soon thereafter as the matter may be heard, in Courtroom 8, 4th Floor, of the United States District Court, Northern District of California, San Jose Division, located at 280 South 1st Street, San Jose, California 95113, before the Honorable P. Casey Pitts, Plaintiffs Carmen Aracely Pablo Sequen, Yulisa Alvarado Ambrocio, and Ligia Garcia, on behalf of themselves and those similarly situated ("Plaintiffs"), will and hereby do move this Court for an order enforcing the Preliminary Injunction entered on November 25, 2025 (ECF No. 138) (the "Preliminary Injunction" or "PI").

This Motion is made on the grounds that, for more than nine months, Defendants have failed to comply with the Preliminary Injunction at ICE's San Francisco Field Office located at 630 Sansome Street ("630 Sansome"), and that Plaintiffs have made extensive efforts to obtain Defendants' voluntary compliance without success. As set forth in the accompanying Memorandum of Points and Authorities, this Court has inherent authority to enforce its own orders and to impose monitoring and reporting requirements to ensure compliance.

Specifically, Plaintiffs request that the Court find that Defendants have violated the Preliminary Injunction, and enter an order directing Defendants to comply as follows:

(1) Finding that Defendants have violated PI Nos. 5, 6, and 7 by failing to provide adequate medical screening, access to medical care upon request, and access to prescription and over-the-counter medication; PI Nos. 8, 12, and 13 by failing to provide written notice of rights within one hour of arrival and language translation for Class Members who cannot read or do not speak English or Spanish; and PI No. 9 by failing to provide hygiene supplies;

(2) Ordering Defendants, within fourteen (14) calendar days, to develop and implement plans and tracking protocols for (a) providing Detention Class members with individualized hygiene products to be kept on their person; (b) providing a translated Notice of Rights within sixty (60) minutes of arrival at 630 Sansome, including tracking the language translation provided and the timing of receipt; and (c) guidance for 630 Sansome staff on the provision of over-the-counter

COBLENTZ PATCH DUFFY & BASS LLP
ONE MONTGOMERY STREET, SUITE 3000, SAN FRANCISCO, CALIFORNIA 94104-5500
415.391.4800 · FAX 415.989.1663

medication and on Class Members' right to keep prescription medication on their person — and to disseminate those plans, protocols, and guidance to 630 Sansome staff, serve copies on Class Counsel, and submit copies to the Court certifying deployment;

(3) Ordering Defendants, within thirty (30) calendar days, to (a) obtain, store, and provide medically necessary dietary foods onsite at 630 Sansome; (b) develop and implement policies for infectious disease screening; (c) develop and implement policies for identifying disabilities and providing accommodations, including assistive devices; and (d) develop and implement policies for mental health screening and mental health urgent care — and to serve copies of those policies on Class Counsel;

(4) Ordering Defendants, within sixty (60) calendar days, to (a) ensure at least one licensed medical professional is on the premises of 630 Sansome between 7 a.m. and 9:30 p.m. with sufficient licensure to conduct intake health screenings and physical assessments, provide urgent care, and administer medications and treatments as prescribed; (b) ensure an on-call medical practitioner is available to authorize prescription medication and consult with onsite staff; (c) develop guidance for onsite staff on responding to medical care requests and medical emergencies; (d) ensure sufficient medical equipment is onsite to conduct physical examinations and provide urgent care; (e) develop and implement a policy for continuity of prescription medications for chronic medical conditions; and (f) ensure medical staff maintain Medication Administration Records;

(5) Ordering Defendants, within fourteen (14) calendar days and every fourteen (14) days thereafter while the Preliminary Injunction remains in effect, to serve periodic compliance reports on Class Counsel, accompanied by a sworn declaration from the ERO San Francisco Field Office Director or their designee certifying the contents of each report; and

(6) Setting a Status Conference, and ordering the parties to file a Joint Status Report no less than seven (7) days in advance addressing Defendants' compliance with each provision of the Preliminary Injunction and the enforcement order, the contents of the compliance reports, and whether further relief is warranted.

This Motion is based on this Notice of Motion and Motion, the Memorandum of Points and

COBLENTZ PATCH DUFFY & BASS LLP
ONE MONTGOMERY STREET, SUITE 3000, SAN FRANCISCO, CALIFORNIA 94104-5500
415.391.4800 · FAX 415.989.1663

Authorities, the Declarations and Exhibits filed concurrently herewith, the Proposed Order submitted herewith, all of the pleadings, files, and records in this proceeding, all other matters of which the Court may take judicial notice, and any argument or evidence that may be presented to or considered by the Court prior to its ruling.

DATED: October 1, 2026

LAWYERS' COMMITTEE FOR CIVIL RIGHTS OF THE SAN FRANCISCO BAY AREA

By: */S/ Marissa Hatton*
MARISSA HATTON
ANDREW NTIM
JORDAN WELLS
NISHA KASHYAP
Attorneys for Plaintiffs

DATED: October 1, 2026

CARECEN SF

By: */S/ Laura Victoria Sanchez*
LAURA VICTORIA SANCHEZ
TALA BERARDI HARTSOUGH
Attorneys for Plaintiffs

DATED: October 1, 2026

AMERICAN CIVIL LIBERTIES UNION FOUNDATION OF NORTHERN CALIFORNIA

By: */S/ Neil K. Sawhney*
NEIL K. SAWHNEY
ADRIANA HERRERA
Attorneys for Plaintiffs

DATED: October 1, 2026

COBLENTZ PATCH DUFFY & BASS LLP

By: */S/ Mark L. Hejinian*
MARK L. HEJINIAN
MARCIA V. VALENTE
DAVID C. BEACH
CHARMAINE G. YU
EVAN G. CAMPBELL
DARIEN LO
Attorneys for Plaintiffs

COBLENTZ PATCH DUFFY & BASS LLP
ONE MONTGOMERY STREET, SUITE 3000, SAN FRANCISCO, CALIFORNIA 94104-5500
415.391.4800 · FAX 415.989.1663

COBLENTZ PATCH DUFFY & BASS LLP
ONE MONTGOMERY STREET, SUITE 3000, SAN FRANCISCO, CALIFORNIA 94104-5500
415.391.4800 · FAX 415.989.1663

## ATTESTATION

I, Mark L. Hejinian, am the ECF user whose identification and password are being used to file the foregoing document. In compliance with LR 5-1(i)(3), I hereby attest that all parties have concurred in this filing.

DATED: October 1, 2026

COBLENTZ PATCH DUFFY & BASS LLP

By: */s/ Mark L. Hejinian*
MARK L. HEJINIAN
Attorneys for Plaintiffs