Mark L. Hejinian (SBN 281417)
ef-mlh@cpdb.com
Marcia V. Valente (SBN 321852)
ef-mvv@cpdb.com
David C. Beach (SBN 226972)
ef-dcb@cpdb.com
Charmaine G. Yu (SBN 220579)
ef-cgy@cpdb.com
Evan G. Campbell (SBN 342223)
ef-egc@cpdb.com
Darien Lo (SBN 347244)
ef-dxl@cpdb.com
COBLENTZ PATCH DUFFY & BASS LLP
One Montgomery Street, Suite 3000
San Francisco, CA 94104
Telephone: (415) 391-4800

Marissa Hatton (SBN 348678)
mhatton@lccrsf.org
Andrew Ntim (SBN 347084)
antim@lccrsf.org
Jordan Wells (SBN 326491)
jwells@lccrsf.org
Nisha Kashyap (SBN 301934)
nkashyap@lccrsf.org
LAWYERS' COMMITTEE FOR CIVIL RIGHTS OF THE SAN FRANCISCO BAY AREA
131 Steuart Street, Suite 400
San Francisco, CA 94105
Telephone: (415) 543-9444

Neil K. Sawhney (SBN 300130)
nsawhney@aclunc.org
Adriana Herrera (SBN 368812)
aherrera@aclunc.org
AMERICAN CIVIL LIBERTIES UNION FOUNDATION OF NORTHERN CALIFORNIA
39 Drumm Street
San Francisco, CA 94111
Telephone: (415) 621-2493

Laura Victoria Sanchez (SBN 253736)
laura@carecensf.org
Tala Berardi Hartsough (SBN 230204)
tala@carecensf.org
CARECEN SF
3101 Mission Street, Suite 101
San Francisco, CA 94110
Telephone: (415) 642-4402

Attorneys for Plaintiffs

COBLENTZ PATCH DUFFY & BASS LLP
ONE MONTGOMERY STREET, SUITE 3000, SAN FRANCISCO, CALIFORNIA 94104-5500
415.391.4800 · FAX 415.989.1663

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION**

CARMEN ARACELY PABLO SEQUEN, YULISA ALVARADO AMBROCIO, and LIGIA GARCIA,

Plaintiffs,

v.

SERGIO ALBARRAN, MARCOS CHARLES, THOMAS GILES, MONICA BURKE, MARKWAYNE MULLIN, U.S. DEPARTMENT OF HOMELAND SECURITY, TODD M. LYONS, SIRCE E. OWEN, TODD BLANCHE, U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT, UNITED STATES DEPARTMENT OF JUSTICE, EXECUTIVE OFFICE FOR IMMIGRATION AND REVIEW, UNITED STATES OF AMERICA,

Defendants.

Case No. 5:25-CV-06487-PCP-NC

<u>**CLASS ACTION**</u>

**DECLARATION OF MARISSA HATTON IN SUPPORT OF MOTION TO ENFORCE PRELIMINARY INJUNCTION**

Trial Date: None Set

COBLENTZ PATCH DUFFY & BASS LLP
ONE MONTGOMERY STREET, SUITE 3000, SAN FRANCISCO, CALIFORNIA 94104-5500
415.391.4800 · FAX 415.989.1663

## DECLARATION OF MARISSA HATTON

I, Marissa Hatton, hereby declare under penalty of perjury pursuant to 28 U.S.C. § 1746 that the following statement is true and correct:

1. I am a senior staff attorney at Lawyers' Committee for Civil Rights of the San Francisco Bay Area ("LCCRSF"). LCCRSF is a 501(c)(3) nonprofit legal services organization that provides a range of legal services, including legal representation in immigration matters. I also am class counsel in *Pablo Sequen et al. v. Albarran et al.*, No. 5:25-CV-06487-PCP-NC.

2. I make this declaration based on my personal knowledge and, if called to testify about its contents, I could and would do so competently and truthfully.

3. I submit this declaration in support of Plaintiffs' Motion to Enforce Preliminary Injunction.

4. Attached hereto as **Exhibit 1** is a true and correct copy of the transcript of the status conference held before this Court on December 22, 2025.

5. Attached hereto as **Exhibit 2** is a true and correct copy of a letter from Class Counsel to Douglas Johns dated February 2, 2026, regarding the documents Defendants provided concerning preliminary injunction compliance at 630 Sansome Street.

6. Attached hereto as **Exhibit 3** is a true and correct copy of an e-mail thread between counsel dated February 18, 2026 regarding the reopening of 630 Sansome and discovery response deficiencies.

7. Attached hereto as **Exhibit 4** is a true and correct copy of Plaintiffs' First Set of Requests for Production of Documents regarding preliminary injunction compliance, served March 3, 2026.

8. Attached hereto as **Exhibit 5** is a true and correct copy of documents Defendants produced in response to Request for Production No. 15, Bates numbered DEF000103 through DEF000116.

9. Attached hereto as **Exhibit 6** is a true and correct copy of Defendants' production index identifying Bates ranges and the Requests for Production to which each produced item is responsive, served July 2, 2026.

COBLENTZ PATCH DUFFY & BASS LLP
ONE MONTGOMERY STREET, SUITE 3000, SAN FRANCISCO, CALIFORNIA 94104-5500
415.391.4800 · FAX 415.989.1663

10. Attached hereto as **Exhibit 7** is a true and correct copy of documents Defendants produced in response to Request for Production No. 19, Bates numbered DEF000650 through DEF000689.

11. Attached hereto as **Exhibit 8** is a true and correct copy of messages exchanged on a Microsoft Teams channel, produced by Defendants and Bates numbered DEF004967 through DEF004995.

12. Attached hereto as **Exhibit 9** is a true and correct copy of Defendants' Responses to Plaintiffs' First Set of Requests for Production, served May 4, 2026.

13. Attached hereto as **Exhibit 10** is a true and correct copy of a letter from Class Counsel to William Skewes-Cox dated June 2, 2026, regarding deficiencies in Defendants' May 4, 2026 responses to Plaintiffs' First Set of Requests for Production.

14. Attached hereto as **Exhibit 11** is a true and correct copy of Defendants' Further Responses to Plaintiffs' June 2, 2026 Deficiency Letter.

15. Attached hereto as **Exhibit 12** is a true and correct copy of photographs of notices posted at the ERO Holding Facility at 630 Sansome Street, produced by Defendants on July 2, 2026 and Bates numbered DEF004963 through DEF004966.

16. Attached hereto as **Exhibit 13** is a true and correct copy of an e-mail chain between William Skewes-Cox and class counsel between July 7, 2026 and July 15, 2026, regarding various topics, including attorney access issues, discovery deficiencies and preliminary injunction compliance.

17. Attached hereto as **Exhibit 14** is a true and correct copy of the Declaration of William Joyce filed December 9, 2025 in *Barco Mercado v. Noem*, No. 25 Civ. 6568 (LAK) (S.D.N.Y.), ECF No. 123.

18. Attached hereto as **Exhibit 15** is a true and correct copy of the Expert Witness Report of Jeffrey E. Keller, M.D., dated September 19, 2026.

19. Attached hereto as **Exhibit 16** is a true and correct copy of the Declaration of Miguel Gonzalez-Almanza.

COBLENTZ PATCH DUFFY & BASS LLP
ONE MONTGOMERY STREET, SUITE 3000, SAN FRANCISCO, CALIFORNIA 94104-5500
415.391.4800 · FAX 415.989.1663

20. Attached hereto as **Exhibit 17** is a true and correct copy of the Declaration of Cruz Ixcotoyac Bacilio.

21. Attached hereto as **Exhibit 18** is a true and correct copy of the Declaration of Korrinne Yurick Gosain.

22. Attached hereto as **Exhibit 19** is a true and correct copy of the Declaration of Juan Carlos Gines-Hernandez.

23. Attached hereto as **Exhibit 20** is a true and correct copy of the Declaration of Marvin Dick Godoy Calderon.

24. Attached hereto as **Exhibit 21** is a true and correct copy of the Declaration of P.F. González Montes De Oca.

25. Attached hereto as **Exhibit 22** is a true and correct copy of the Declaration of Jose Rivas Cruz.

26. Attached hereto as **Exhibit 23** is a true and correct copy of the Declaration of Ramiro Lucero Lopez.

27. Attached hereto as **Exhibit 24** is a true and correct copy of Colorado Department of Public Health and Environment Public Health Order 26-02, issued August 13, 2026, titled *Compliance with State and Local Public Health Tuberculosis Investigation*. (last accessed via https://cdphe.colorado.gov/press-release/state-issues-public-health-order-after-geo-group-refusesstandard-cooperation on October 1, 2026).

28. Attached hereto as **Exhibit 25** is a true and correct copy of a report of the United States Government Accountability Office published in June 2026, GAO-26-108886, titled *Immigration Detention: Waste and Performance Issues at Camp East Montana Provide Valuable Lessons for Future Facilities*. (last accessed at https://www.gao.gov/assets/gao-26-108886.pdf on October 1, 2026).

29. Attached hereto as **Exhibit 26** is a true and correct copy of documents Defendants produced that Dr. Keller relied upon in preparing his expert report.

30. Attached hereto as **Exhibit 27** is a true and correct copy of a broadcast e-mail dated August 25, 2026, together with the Health Screening Form transmitted with it, provided to Class

COBLENTZ PATCH DUFFY & BASS LLP
One Montgomery Street, Suite 3000, San Francisco, California 94104-5500
415.391.4800 • Fax 415.989.1663

Counsel by Defendants' counsel on August 28, 2026.

31. Attached hereto as **Exhibit 28** is a true and correct copy of a blank ERO Holding Facility Acknowledgement of Advisal form, produced by Defendants and Bates numbered DEF002342.

32. Attached hereto as **Exhibit 29** is a true and correct copy of the San Francisco Hold Room Daily Calendars for March 2, 2026 and April 3, 2026, produced by Defendants and Bates numbered DEF000051 and DEF000180.

33. Attached hereto as **Exhibit 30** is a true and correct copy of a Department of Homeland Security requisition form for a contract modification to add a registered nurse at the ICE office in Broadview, Illinois, provided to me by the plaintiffs' counsel in *Moreno Gonzalez v. Noem*, 25 C 13323 (N.D. Illinois), who represented that this document was produced by the defendants in that litigation.

34. Attached hereto as **Exhibit 31** is a true and correct copy of a Department of Homeland Security Statement of Work titled *Processing Center Nurse*, for the ICE/ERO office at 1930 Beach Street, Broadview, Illinois, provided to me by the plaintiffs' counsel in *Moreno Gonzalez v. Noem*, 25 C 13323 (N.D. Illinois), who represented that this document was produced by the defendants in that litigation.

Executed on this 1st day of October 2026, at San Francisco, California.

Marissa Hatton

COBLENTZ PATCH DUFFY & BASS LLP
ONE MONTGOMERY STREET, SUITE 3000, SAN FRANCISCO, CALIFORNIA 94104-5500
415.391.4800 · FAX 415.989.1663

## ATTESTATION

I, Mark L. Hejinian, am the ECF user whose identification and password are being used to file the foregoing document. In compliance with LR 5-1(i)(3), I hereby attest that all parties have concurred in this filing.

DATED: October 1, 2026 COBLENTZ PATCH DUFFY & BASS LLP

By: */s/ Mark L. Hejinian*
MARK L. HEJINIAN
Attorneys for Plaintiffs