# EXHIBIT 22

# DECLARATION OF JOSE RIVAS CRUZ

I, Jose Rivas Cruz, hereby declare pursuant to 28 U.S.C. § 1746 that the following is true and correct:

1. I make this declaration based on my personal knowledge and, if called to testify about its contents, I could and would do so competently and truthfully. My primary language is Spanish.

2. I am currently detained at the California City Detention Facility.

3. I am from Honduras. I have had a pending asylum case for over four years, and I have never failed to attend a scheduled check-in appointment with ICE.

4. Because I always attended my ICE check-in appointments, I believed I would be returning home after my 7:00 a.m. appointment on February 24, 2026, at 630 Sansome Street in San Francisco ("630 Sansome"). Instead, ICE officers handcuffed my hands behind my back in front of my children and my wife and took me to the first floor of 630 Sansome.

5. I was then made to speak with someone over a screen about my health, and an ICE agent was in the room with me the entire time; I was not handcuffed during this meeting, although two other ICE agents handcuffed me again immediately afterward. I only speak Spanish, and so the person over the screen spoke to me through a phone interpreter. It took approximately thirty minutes to get an internet connection for this call.

6. Before the call connected, I vomited blood. No one physically examined me after I threw up. The ICE agent just looked at me until after I was finished vomiting, at which point he pushed a trash can toward me with his foot. I asked him for water, but he refused. My stomach was in extreme pain.

7. During the call, the person on the screen asked me what medical problems I had. I told her I had anxiety, that I had gastritis, and that I had just vomited blood. I told her I take medication for my gastritis. She did not offer me any treatment for my gastritis or for my having just vomited blood.

8. I never received or saw a copy of any medical form. A 630 Sansome official asked me some medical questions and filled out a form based on my answers, but I was not given a copy of it.

9. I was then held in a cell at 630 Sansome for approximately six hours.

10. I was alone in a large cell at 630 Sansome for nearly the entire time I was there, except for one other man who was briefly held there with me. I had access to a toilet, but it was exposed, without privacy. The room I was held in was very cold, and I asked for a blanket or jacket but was not given one.

11. While I was detained, I asked to eat. 630 Sansome officials did not respond to my requests for food. In total, I did not eat or drink anything for approximately 24 hours, from before I arrived at 630 Sansome until the morning after I arrived at California City.

12. I was not told that I could ask to call an attorney. I did ask to call my family, but I was told no.

13. At around 1:00 p.m., ICE agents removed me from the cell, bound my hands and feet, and placed me, together with about four other people, in a small van. We were driven through the night to California City. During the drive, I needed to urinate and make a bowel movement but had to hold it for hours because the drivers refused to stop.

14. ICE agents took away all my personal belongings when I was detained at 630 Sansome. I do not know where my personal belongings are, including my wallet, identification, passport, and valid work permit.

15. Since arriving at California City, I have not been given medication for gastritis, a condition I had before I was detained in February. Without this medication, I experience burning in my stomach and vomiting almost every morning. I have asked for treatment multiple times, but I still have not received the medication I need.

16. I have now been detained for approximately six months.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed in California City, California.

Date: 08/27/2026

Signed: JOSE

JOSE RIVAS CRUZ

**TRANSLATION ATTESTATION**

I, Jacob Gonzalez, declare under penalty of perjury that I am competent to translate between English and Spanish, and I accurately translated the foregoing declaration of JOSE RIVAS CRUZ from English to Spanish.

Date: August 28, 2026

Signed: [signature]

Jacob Gonzalez