COBLENTZ PATCH DUFFY & BASS LLP
ONE MONTGOMERY STREET, SUITE 3000, SAN FRANCISCO, CALIFORNIA 94104-5500
415.391.4800 • FAX 415.989.1663

Mark L. Hejinian (SBN 281417)
ef-mlh@cpdb.com
Marcia V. Valente (SBN 321852)
ef-mvv@cpdb.com
David C. Beach (SBN 226972)
ef-dcb@cpdb.com
Charmaine G. Yu (SBN 220579)
ef-cgy@cpdb.com
Evan G. Campbell (SBN 342223)
ef-egc@cpdb.com
Darien Lo (SBN 347244)
ef-dxl@cpdb.com
COBLENTZ PATCH DUFFY & BASS LLP
One Montgomery Street, Suite 3000
San Francisco, CA 94104
Telephone: (415) 391-4800

Marissa Hatton (SBN 348678)
mhatton@lccrsf.org
Andrew Ntim (SBN 347084)
antim@lccrsf.org
Jordan Wells (SBN 326491)
jwells@lccrsf.org
Nisha Kashyap (SBN 301934)
nkashyap@lccrsf.org
LAWYERS' COMMITTEE FOR CIVIL RIGHTS OF THE SAN FRANCISCO BAY AREA
131 Steuart Street, Suite 400
San Francisco, CA 94105
Telephone: (415) 543-9444

Neil K. Sawhney (SBN 300130)
nsawhney@aclunc.org
Adriana Herrera (SBN 368812)
aherrera@aclunc.org
AMERICAN CIVIL LIBERTIES UNION FOUNDATION OF NORTHERN CALIFORNIA
39 Drumm Street
San Francisco, CA 94111
Telephone: (415) 621-2493

Laura Victoria Sanchez (SBN 253736)
laura@carecensf.org
Tala Berardi Hartsough (SBN 230204)
tala@carecensf.org
CARECEN SF
3101 Mission Street, Suite 101
San Francisco, CA 94110
Telephone: (415) 642-4402

Attorneys for Plaintiffs

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION**

CARMEN ARACELY PABLO SEQUEN, YULISA ALVARADO AMBROCIO, and LIGIA GARCIA,

Plaintiffs,

v.

SERGIO ALBARRAN, MARCOS CHARLES, THOMAS GILES, MONICA BURKE, MARKWAYNE MULLIN, U.S. DEPARTMENT OF HOMELAND SECURITY, TODD M. LYONS, SIRCE E. OWEN, TODD BLANCHE, U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT, UNITED STATES DEPARTMENT OF JUSTICE, EXECUTIVE OFFICE FOR IMMIGRATION AND REVIEW, UNITED STATES OF AMERICA,

Defendants.

Case No. 5:25-CV-06487-PCP-NC

**CLASS ACTION**

**[PROPOSED] ORDER ENFORCING PRELIMINARY INJUNCTION, ORDERING COMPLIANCE REPORTING, AND SETTING STATUS CONFERENCE**

Trial Date: None Set

COBLENTZ PATCH DUFFY & BASS LLP
ONE MONTGOMERY STREET, SUITE 3000, SAN FRANCISCO, CALIFORNIA 94104-5500
415.391.4800 · FAX 415.989.1663

**[PROPOSED] ORDER**

Upon consideration of Plaintiffs' Motion to Enforce Preliminary Injunction (ECF No. ____, the exhibits and declarations attached thereto, and the opposition and reply, the Court finds Defendants in violation of the Preliminary Injunction (ECF No. 138). Specifically, Defendants have violated PI Nos. 5, 6, and 7 by failing to provide adequate medical screening, access to medical care upon request, and access to prescription and over-the-counter medication; PI Nos. 8, 12, and 13 by failing to provide written notice of rights within one hour of arrival and language translation for Class Members who cannot read or do not speak English or Spanish; and PI No. 9 by failing to provide hygiene supplies.

The Court **GRANTS** Plaintiffs' Motion to Enforce the Preliminary Injunction, and hereby **ORDERS** compliance with the Preliminary Injunction (ECF No. 138) as follows:

(1) Within fourteen (14) calendar days of the issuance of this Order, Defendants shall develop and implement a plan for providing Detention Class members with individualized hygiene products to be kept on their person; shall develop and implement a protocol for tracking issuance of hygiene products to each Detention Class Member; shall disseminate that plan and protocol to 630 Sansome staff; shall serve copies of that plan and protocol on Class Counsel; and shall submit a copy to the Court, certifying it has been deployed at 630 Sansome consistent with the Court's November 25, 2025, PI Order;

(2) Within fourteen (14) calendar days of the issuance of this Order, Defendants shall develop and implement a plan for providing a translated Notice of Rights to Class Members within sixty (60) minutes of their arrival at 630 Sansome; shall develop and implement a plan for tracking the language translation provided for each Notice of Rights; shall develop and implement a plan for tracking the timing of receipt of that Notice for each Class Member; shall disseminate that plan and protocol to 630 Sansome staff; shall serve copies of that plan and protocol on Class Counsel, and shall submit a copy to the Court, certifying it has been deployed at 630 Sansome consistent with the Court's November 25, 2025, PI Order;

COBLENTZ PATCH DUFFY & BASS LLP
ONE MONTGOMERY STREET, SUITE 3000, SAN FRANCISCO, CALIFORNIA 94104-5500
415.391.4800 · FAX 415.989.1663

(3) Within fourteen (14) calendar days of the issuance of this Order, Defendants shall develop guidance for 630 Sansome staff on provision of over-the-counter medications as well as the Preliminary Injunction's requirement that Class Members be permitted to keep prescription medications on their person; shall disseminate that guidance to the field;shall serve a copy of that guidance on Class Counsel; and shall submit a copy to the Court, certifying it has been deployed at 630 Sansome consistent with the Court's November 25, 2025, PI Order;

(4) Within thirty (30) calendar days of the issuance of this Order, Defendants shall obtain, store, and where appropriate, provide medically-necessary dietary foods onsite at 630 Sansome to accommodate Class Member medical needs, including but not limited to severe allergies and Celiac disease (severe gluten sensitivity). Once such items are obtained, Defendants shall serve notice on Class Counsel. For Class Members requiring food with prescription medication, such food shall be provided without limit;

(5) Within thirty (30) calendar days of the issuance of this Order, Defendants shall develop and implement policies for infectious disease screening, including Tuberculosis screening and COVID-19 screening, and shall serve copies of those policies on Class Counsel;

(6) Within thirty (30) calendar days of the issuance of this Order, Defendants shall develop and implement policies for identifying disabilities and providing accommodations, including the appropriation of any necessary assistive devices, and shall serve copies of those policies on Class Counsel;

(7) Within thirty (30) calendar days of the issuance of this Order, Defendants shall develop and implement policies for mental health screening and mental health urgent care and shall serve copies of those policies on Class Counsel;

(8) Within sixty (60) days of the issuance of this Order, Defendants shall ensure that there is at least one contracted medical personnel on the premises of 630 Sansome between the hours of 7 a.m. and 9:30 p.m. The onsite medical professional shall be licensed in California and have sufficient licensure to conduct intake health screenings and physical assessments for new arrivals, to provide urgent care, and to administer medications, immunizations, and treatments as prescribed.

COBLENTZ PATCH DUFFY & BASS LLP
ONE MONTGOMERY STREET, SUITE 3000, SAN FRANCISCO, CALIFORNIA 94104-5500
415.391.4800 · FAX 415.989.1663

(9) Within sixty (60) days of the issuance of this Order, Defendants shall ensure there is an on-call medical practitioner capable of authorizing prescription medications and who is available for consultation with onsite staff;

(10) Within sixty (60) days of the issuance of this Order, Defendants shall develop guidance for onsite staff regarding responding to medical care requests and medical emergencies, including the process for seeking consultation from an onsite or offsite medical provider;

(11) Within sixty (60) days of the issuance of this Order, Defendants shall ensure that there is sufficient medical equipment onsite at 630 Sansome to conduct physical examinations and provide urgent care as needed;

(12) Within sixty (60) days of the issuance of this Order, Defendants shall develop and implement a policy for providing continuity of prescription medications for chronic medical issues, including but not limited to insulin and mental health medications, and shall serve copies of those policies on Class Counsel;

(13) Within sixty (60) days of the issuance of this Order, Defendants shall ensure that medical staff maintain Medication Administration Records (MARs) for Class Members;

(14) Defendants shall take all other reasonable measures to come into compliance with the Preliminary Injunction and the Enforcement Order;

(15) Within fourteen (14) calendar days of the issuance of this Order, and every fourteen (14) days thereafter while the PI Order remains in effect, Defendants shall serve a periodic compliance reports on Class Counsel detailing the following:

(a) Daily Logs showing the name, age, gender, A-number, primary language, medication needs, and disability needs of all Class Members held at 630 Sansome each day, and for each, the time of arrival and departure and the destination on transfer;

(b) medical screening forms of those Class Members, and for each, the credential and physical location of the screener and the credential and language spoken for any translator;

(c) medication Administration Records for Class Members detained at

COBLENTZ PATCH DUFFY & BASS LLP
ONE MONTGOMERY STREET, SUITE 3000, SAN FRANCISCO, CALIFORNIA 94104-5500
415.391.4800 · FAX 415.989.1663

630 Sansome;

(d) names of Class Members for whom medical care was requested, the credential and physical location of the responding medical professional, and the disposition of each request;

(e) proof that each Class Member received hygiene items to keep on their person ;

(f) proof that Class Members received a written or appropriately-translated Notice of Rights within sixty (60) minutes of arrival;

(g) Proof that Class Members received oral translation under PI Nos. 8 and 13, and if translation into a language other than Spanish was required, the language, mode of interpretation, and name of translator;

(16) Periodic compliance reports shall be accompanied by a sworn declaration from the ERO San Francisco Field Office Director, or their designee, certifying the contents of the report.

(17) A Status Conference is hereby SET for _____________, 202__. The Status Conference will be held in-person at 10:00 a.m. in Courtroom 8 of this Court's San José courthouse, located at 280 S. 1st Street, San José, CA 95113. No less than seven (7) days before the Status Conference, the Parties shall file a Joint Status Report of no more than fifteen (15) pages addressing the following: (a) Defendants' compliance with each provision of the Preliminary Injunction and Enforcement Order (b) the contents of the compliance reports and any onsite inspection by Class Counsel, and (c) whether further relief — including contempt proceedings, sanctions, appointment of a monitor, and an award of fees — is warranted.

**IT IS SO ORDERED.**

DATED:

________________________________

Hon. Judge P. Casey Pitts
United States District Judge