CRAIG H. MISSAKIAN (CABN 125202)
United States Attorney
KENNETH BRAKEBILL (CABN 196696)
Chief, Civil Division
WILLIAM SKEWES-COX (DCBN 1780431)
Special Assistant United States Attorney

450 Golden Gate Avenue
San Francisco, California 94102
Telephone: (415) 436-7066
William.skewes-cox@usdoj.gov

*Attorneys for Defendants*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| CARMEN ARACELY PABLO SEQUEN, YULISA ALVARADO AMBROCIO, and LIGIA GARCIA,<br><br>Plaintiffs,<br><br>v.<br><br>SERGIO ALBARRAN, MARCOS CHARLES, THOMAS GILES, MONICA BURKE, KRISTI NOEM, U.S. DEPARTMENT OF HOMELAND SECURITY, TODD M. LYONS, SIRCE E. OWEN, PAMELA BONDI, U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT, UNITED STATES DEPARTMENT OF JUSTICE, EXECUTIVE OFFICE FOR IMMIGRATION AND REVIEW, UNITED STATES OF AMERICA,<br><br>Defendants. | CASE NO. 25-cv-06487-PCP<br><br>**STIPULATION TO EXTEND DEFNDANTS' LOCAL RULE 79-5(F)(3) FILING DEADLINE**<br><br>Honorable P. Casey Pitts<br>United States District Judge |

The parties hereby stipulate to request that this Court extend by 7 days Defendants' deadline under Local Rule 79-5(f)(3) to file a statement and/or declaration in response to Plaintiffs' Motion to Consider Whether Another Party's Material Should be Sealed at Dkt. No. 233.

Plaintiffs filed their Motion on October 1, 2026. Under the Local Rules, Defendants would otherwise need to file their statement and/or declaration "within 7 days of the motion's filing" i.e. by October 8, 2026. Pursuant to this stipulation, the parties agree that Defendants will file their statement and/or declaration by October 15, 2026.

DATED: October 7, 2026

Respectfully submitted,

CRAIG H. MISSAKIAN
United States Attorney

*/s/ William Skewes-Cox*
WILLIAM SKEWES-COX
Special Assistant United States Attorney

*Attorneys for Defendants*

DATED: October 7, 2026

LAWYERS' COMMITTEE FOR CIVIL RIGHTS OF THE SAN FRANCISCO BAY AREA

By: */s/ Marissa Hatton*
MARISSA HATTON
ANDREW NTIM
JORDAN WELLS
NISHA KASHYAP
Attorneys for Plaintiffs

CARECEN SF

By: */s/ Laura Victoria Sanchez*
LAURA VICTORIA SANCHEZ
TALA BERARDI HARTSOUGH
Attorneys for Plaintiffs

AMERICAN CIVIL LIBERTIES UNION
FOUNDATION OF NORTHERN CALIFORNIA

By: */s/ Neil K. Sawhney*
NEIL K. SAWHNEY
LAUREN M. DAVIS
Attorneys for Plaintiffs

COBLENTZ PATCH DUFFY & BASS LLP

By: */s/ Mark L. Hejinian*
MARK L. HEJINIAN
MARCIA V. VALENTE
DAVID C. BEACH
CHARMAINE G. YU
EVAN G. CAMPBELL
DARIEN LO
Attorneys for Plaintiffs

**ECF ATTESTATION**

In accordance with Civil Local Rule 5-1(i)(3), I, William Skewes-Cox, attest that I have obtained concurrence in the filing of this document from the other signatory listed here.

*/s/ William Skewes-Cox*
WILLIAM SKEWES-COX

**[PROPOSED] ORDER**

Pursuant to the Stipulation of the Parties, Defendants' deadline under Local Rule 79-5(f)(3) to file a statement and/or declaration in response to Plaintiffs' Motion to Consider Whether Another Party's Material Should be Sealed shall be extended to October 15, 2026.

**IT IS SO ORDERED.**

DATED:

HON. P. CASEY PITTS
United States District Judge